RECEIVED

AUG -5 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and JANET AINSWORTH, Plaintiff, v. DEPUTY CHRIS INABINETT, in his individual capacity, and SHERIFF ANTHONY CLARK, in his individual capacity, Defendants. | Civil Case No. 2:05cv740-B |

## DECLARATION OF SUBSTANTIAL HARDSHIP

COMES NOW JANET AINSWORTH, and files her Affidavit of Substantial Hardship with the Court in the above-styled cause, and as grounds therefor says as follows:

1. Because of substantial hardship, I am unable to pay the docket and service fees in this case.

2. I am disabled, unable to work, and am without financial resources to pay the above-referenced fees.

3. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

Further declarant saith not.

Done on this the 4 day of August, 2005.

*Janet Ainsworth*
JANET AINSWORTH,
Declarant

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

SCANNED

correct.

_____8/4/05_____
Executed on    (date)

*Janet Ainsworth*
Signature of Declarant