IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS***

| | | |
|---|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and<br>JANET AINSWORTH,<br>    Plaintiff,<br><br>        v.<br><br>DEPUTY CHRIS INABINETT, in his individual capacity, and<br>SHERIFF ANTHONY CLARK, in his individual capacity,<br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | RECEIVED<br><br>2005 AUG -5  P 4:02<br><br>DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT AL.<br><br>Civil Case No. 2:05cv740-B |

     I, JANET AINSWORTH declare and say under penalty of perjury that I am a plaintiff in the above entitled case and the mother and next friend of N.A., the other plaintiff. N.A. is a minor child with no assets and no source of income. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.
I further swear that the responses which I have made to questions and instructions below are true.

1.    Are you presently employed? Yes ( )    No ( X )

A.    If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. N/A

B.    If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. Last date of employment was, to the best of my recollection, some time during 1990. I worked for J&J Packing Company, Enterprise, Alabama. My wages averaged $225.00 per week.

2.    Have you received within the past twelve months any money from any of the following sources?

| | | | |
|---|---|---|---|
| A | Business, profession, or form of self-employment? | Yes ( ) | No (X) |
| B. | Rent payments, interest, or dividends? | Yes ( ) | No (X) |
| C. | Pensions, annuities, or life insurance payments? | Yes ( ) | No (X) |
| D. | Gifts or inheritances? | Yes ( ) | No (X) |
| E. | Any other sources? | Yes (X) | No ( ) |

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. I presently receive $497.00 per month from SSI;

I receive $102.00 per month in Social Security payments. Over the past twelve months, I have received approximately $7,188.00

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].    Yes (X)    No ()

If the answer is YES, state the total value of the items owned. Less than $500.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   Yes ()  No (X)

If the answer is YES, describe the property and state its approximate value. N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Robert Ainsworth, Jr. – Son
Christopher Neil Ainsworth – Son
$600.00 per month

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_8-3-05_
Executed on   (date)

_Janet Ainsworth_
Signature of Declarant