AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

N.A. et al.,

V.

Deputy Chris Inabinett, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV740-B

TO: (Name and address of defendant)
Deputy Chris Inabinett
c/o Covington County Sheriff's Dept.
290 Hillcrest Drive
Andalusia, Alabama 36420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Andy Nelms
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE 8/11/05

# UNITED STATES DISTRICT COURT

MIDDLE  DISTRICT OF ALABAMA

N.A. et al.,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05cv740-B

Deputy Chris Inabinett, et al

TO: (Name and address of defendant)
Sheriff Anthony Clark
c/o Covington County Sheriff's Dept.
290 Hillcrest Drive
Andalusia, Alabama 36420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Andy Nelms
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE 8/11/05