UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and Janet Ainsworth | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:05-CV-740-B |
| DEPUTY CHRIS INABINETT, in his individual capacity, and SHERIFF ANTHONY CLARK, in his individual capacity, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause shown, it is

**ORDERED** that Plaintiff Janet Ainsworth's *Motion for Leave to Proceed in forma pauperis*, filed on August 5, 2005, as a *Declaration of Substantial Hardship* with a supporting affidavit (Doc.2), is **GRANTED to the extent of her request that the docket and service fees in this case "be waived initially and taxed as costs at the conclusion of the case."**

Done this 16th day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE