| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Debbie Cook*   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Debbie Cook    8-15-05 |
| 1. Article Addressed to:<br><br>Deputy Chris Inabinett<br>c/o Covington County Sheriff's Department<br>290 Hillcrest Drive<br>Andalusia, AL 36420 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV740-B<br>S+C |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0004 6820 3786 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540