IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JANET AINSWORTH, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-cv-740-B |
| ) | |
| **DEPUTY CHRIS INABINETT, et al.,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO DISMISS

COME NOW the Defendants, Covington County Sheriff Anthony Clark and Covington County Deputy Sheriff Chris Inabinett, and move this Honorable Court to dismiss the Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as the Complaint separately and severally fails to state a claim upon which relief can be granted. As grounds for so moving, Defendants set down and assign the following:

1. The Plaintiffs bring four federal claims pursuant to 42 U.S.C. § 1983 against Sheriff Clark and Deputy Inabinett in their individual capacities. As against Deputy Chris Inabinett, each Plaintiff asserts a Fourth Amendment excessive force claim. Each Plaintiff also asserts improper hiring/retention and training claims against Sheriff Clark.

2. As alleged in the Complaint, Plaintiff N.A. was attempting to commit suicide by choking himself with a belt he had placed around his neck. Plaintiff Janet Ainsworth called for assistance and Deputy Inabinett and another officer responded to the Plaintiffs' home. Deputy Inabinett pushed past Janet Ainsworth, entered N.A.'s room, and got control of N.A. by using physical force that included the use of a Taser. The Plaintiffs also assert that Deputy Inabinett was involved in another excessive force case pending before this Court. What they fail to inform

the Court in their Complaint is that with respect to the other incident, the Covington County grand jury refused to return an indictment Deputy Inabinett and the civil lawsuit is still on-going. Consequently, the Complaint does not contain an allegation of any incident in which it has been proven that Deputy Inabinett used excessive force.

3. Sheriff Clark and Deputy Inabinett are entitled to a dismissal of the Plaintiffs' claims because they are entitled to qualified immunity.

4. Sheriff Clark and Deputy Inabinett request an opportunity to be heard orally on this motion.

WHEREFORE, PREMISES CONSIDERED, Defendants request that this Court dismiss all of the Plaintiffs' claims against them and grant unto them costs and attorneys' fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted, this 6th day of September, 2005.

> s/Gary L. Willford, Jr.
> DARYL L. MASTERS – Bar No. MAS018
> GARY L. WILLFORD, JR. – Bar No. WIL198
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7474 Halcyon Pointe Road (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay B. Lewis, Esq., and Keith A. Nelms, Esq.**

> s/Gary L. Willford, Jr.
> OF COUNSEL