UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

N.A., a minor who sues by and through )
Janet Ainsworth, his mother and next )
friend, and Janet Ainsworth )
)
    Plaintiff, )
)
v. )   2:05-CV-740-B
)
DEPUTY CHRIS INABINETT, in his )
individual capacity, and )
SHERIFF ANTHONY CLARK, in his )
individual capacity, )
)
    Defendants. )

## **ORDER**

Upon notice of Defendants' *Motion to Dismiss,* filed with a supporting *Brief* on September 6, 2005 (Docs. 7 and 8), it is

ORDERED that Plaintiff file any response by September shall show any cause on or before **September 30, 2005**, to show any cause for not granting the Motion. Defendants may file any reply by October 11, 2005, and absent any request for oral argument, the Motion then shall be deemed submitted.

However, as this is a Motion requiring consensual jurisdiction for ruling by the Magistrate Judge, the parties are reminded as follows:

> The record reflects the Clerk's transmittal of notices – to the plaintiff on August 11, 2005 and to the defendant on September 7, 2005 – for the random assignment of this civil case to a United States Magistrate Judge, who is authorized by 28 U.S.C. § 636(c) to conduct any and all proceedings in a jury or non-jury civil case and to order the entry of final judgment **upon the**

**consent of all parties to a case**. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court. Any party to this lawsuit has the right to consent to, or decline to consent to, the exercise of jurisdiction of a Magistrate Judge, without adverse consequences.

ACCORDINGLY, it is

**ORDERED** that **Counsel for the parties shall execute and send to the Clerk, for receipt not later than September 28, 2005,** *either* the attached form for consent to the Magistrate Judge's exercise of jurisdiction *or* the attached form for reassignment of this case to the District Judge.

DONE this 14th day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and Janet Ainsworth )<br><br>Plaintiff, )<br><br>v. )<br><br>DEPUTY CHRIS INABINETT, in his individual capacity, and SHERIFF ANTHONY CLARK, in his individual capacity, )<br><br>Defendants. ) | 2:05-CV-740-B |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____        _____
Date                                                                  Signature

                                                   _____
                                                   Counsel For (**print** name of all parties)

                                                   _____
                                                   Address, City, State, Zip Code

                                                   _____
                                                   Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and Janet Ainsworth | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:05-CV-740-B |
| DEPUTY CHRIS INABINETT, in his individual capacity, and SHERIFF ANTHONY CLARK, in his individual capacity, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____        _____
Date                                              Signature

                                            _____
                                            Counsel For (**print** name of all parties)

                                            _____
                                            Address, City, State Zip Code

                                            _____
                                            Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101