IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 30 P 12:45

| | |
|---|---|
| JANET AINSWORTH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05-cv-740-B |
| ) | |
| DEPUTY CHRIS INABINETT, et al ) | |
| ) | |
| Defendant. ) | |

## CONSENT TO MAGISTRATE JUDGE

COMES NOW Plaintiff in the above-styled matter hereby filing his consent to the Magistrate Judge's exercise of civil jurisdiction in this case.

RESPECTFULLY submitted this the 29th day of September, 2005.

_/s/ Jay Lewis_
JAY LEWIS (LEW031)
Counsel for Plaintiff
The Law Offices of Jay Lewis, LLC
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733
Fax: (334) 832-4390
ASB-2014-E66J
J-Lewis@jaylewislaw.com