## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and Janet Ainsworth | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 2:05-CV-740-B |
| DEPUTY CHRIS INABINETT, in his individual capacity, and SHERIFF ANTHONY CLARK, in his individual capacity, | ) ) ) ) ) ) |
| Defendants. | ) ) |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

9/13/05
Date

[Signature]
Signature

Deputy Chris Inabinett & Sheriff Anthony Clark
Counsel For (**print** name of all parties)

P.O. Box 240909, Montgomery, AL 36124
Address, City, State, Zip Code

334-262-1850
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101