IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and JANET AINSWORTH, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Case No.: 2:05cv740-DRB |
| DEPUTY CHRIS INABINETT, in his individual capacity, and SHERIFF ANTHONY CLARK, in his individual capacity, | * * * * | |
| Defendants. | * | |

## MOTION TO AMEND COMPLAINT

COMES NOW Plaintiffs N.A. and Janet Ainsworth, by and through their attorneys of record, and would move the Court for leave to amend their complaint and to substitute therefor their First Amended Complaint, and in support of which would show unto the Court as follows:

Plaintiffs' counsel have noted that the defendants have expressed some confusion over whether the minor child, N.A., still posed a danger to himself or to others at the time of the arrival of defendant Chris Inabinett. Plaintiffs desire to remove any ambiguity in the pleadings by adding certain language to paragraph 18 of their complaint, so that it reads as follows:

> At that time, N.A. was expressing great fear and apprehension. He was kneeling on his bed with his arms wrapped around the metal bars that made up his headboard; **however, by that time, he was no longer attempting to harm himself, and he did not so attempt thereafter.**

Plaintiffs aver that there are no more substantive changes to the original complaint.

WHEREFORE, the premises considered, Plaintiffs pray that the Court will grant them leave to amend their original complaint by substituting therefor their First Amended Complaint, submitted as an attachment hereto.

RESPECTFULLY SUBMITTED on this the __21__ day of October, 2005.

/s/JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
J-Lewis@jaylewislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on the following counsel or parties, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the __21___ day of October, 2005.

Hon. Daryl L. Masters
Hon. Gary Willford, Jr.
WEBB & ELEY, P.C.
P.O. Box 238
Montgomery, AL 36101-0238

/s/JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
J-Lewis@jaylewislaw.com