**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

October 24, 2005

# NOTICE OF CORRECTION

FROM:        Clerk's Office

Case Style:  N.A. et al v. Inabinett et al

Case No.:    2:05cv740-B
             Document 14 Motion to Amend Complaint

This Notice of Correction was filed in the referenced case this date to enter the corrected first page of the attachment. The original proposed document read as "Complaint" rather than "Amended Complaint." The first page of the corrected pdf is attached for your review.