IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and<br>JANET AINSWORTH,<br>    Plaintiff,<br><br>v.<br><br>DEPUTY CHRIS INABINETT, in his individual capacity, and<br>SHERIFF ANTHONY CLARK, in his individual capacity,<br>    Defendants. | Civil Case No.: 2:05cv740-DRB<br><br><br>JURY TRIAL DEMANDED |

**FIRST AMENDED COMPLAINT**

COMES NOW Plaintiffs N.A. and Janet Ainsworth, by and through their attorneys of record, and would show unto the Court as follows:

**JURISDICTION AND VENUE**

1. Plaintiffs file this Complaint and invoke the jurisdiction of this Court under and by virtue of the Fourth Amendment to the Constitution of the United States, 42 U.S.C. § 1983, 28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. § 2201, 28 U.S.C. § 2202, and the common law of Alabama to obtain declaratory and injunctive relief and compensatory and punitive damages.  Defendants violated Plaintiffs' rights as guaranteed by the Constitution of the United States, by Federal law, and by Alabama law.

2. The violations of Plaintiffs' rights as alleged herein occurred in Covington County, Alabama, and were committed within the Middle District of the State of Alabama.

**PARTIES**