UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and Janet Ainsworth, <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY CHRIS INABINETT, in his individual capacity, and SHERIFF ANTHONY CLARK, in his individual capacity, <br><br> Defendants. | ) ) ) ) ) ) ) ) 2:05-CV-740-B ) ) ) ) ) ) ) |

**ORDER ON MOTION**

After review of Plaintiffs' *Motion to Submit Supplemental Response to Motion to Dismiss* (Doc. 15, filed Oct. 21, 2005), for good cause, it is hereby

**ORDERED** that the *Motion* (Doc. 15) is **GRANTED.**

Done this 26th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE