UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and Janet Ainsworth | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  2:05-CV-740-B<br>) |
| DEPUTY CHRIS INABINETT, in his individual capacity, and SHERIFF ANTHONY CLARK, in his individual capacity, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

For good cause, it is **ORDERED** that Defendants file not later than November 22, 2005, a response to show any cause why Plaintiffs' *Motion to Amend Complaint* (Doc. 14, filed Oct. 21, 2005) should not be granted.

Done this 15th day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE