UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and Janet Ainsworth<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY CHRIS INABINETT, in his individual capacity, and SHERIFF ANTHONY CLARK, in his individual capacity,<br><br>Defendants. | 2:05-CV-740-B<br>[WO] |

## ORDER ON MOTION

After consideration of the Plaintiffs' *Motion to Amend Complaint* (Doc. 14, filed Oct. 21, 2005) which seeks to file the First Amended Complaint submitted with the *Motion* and for good cause,[1] it is hereby

**ORDERED** that the *Motion* (Doc. 14) is **GRANTED**.

The Clerk is INSTRUCTED to docket the First Amended Complaint, **to which Defendants shall file a responsive pleading by December 13, 2005.**

Done this 29th day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Absent on this record is a response filed by the Defendants to show any good cause why the *Motion* should not be granted as permitted by this court's November 15, 2005 *Order*.