IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, and <br> JANET AINSWORTH, <br>     Plaintiff, <br><br> v. <br><br> DEPUTY CHRIS INABINETT, in his individual capacity, <br>     Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> Civil Case No.: 2:05cv740-DRB |

## MOTION TO AMEND FIRST AMENDED COMPLAINT

COMES NOW Plaintiffs N.A. and Janet Ainsworth, by and through their attorneys of record, and would move the Court for leave to amend their First Amended Complaint and to substitute therefor their Second Amended Complaint, and in support of which would show unto the Court as follows:

The First Amended Complaint inadvertently named Sheriff Clark as a defendant and made claims against him.  Plaintiffs acknowledged in their response to the defendants' motion to dismiss that they expressly abandoned claims against Sheriff Clark at that time.  Those claims are due to be dismissed without prejudice.

WHEREFORE, the premises considered, Plaintiffs pray that the Court will grant them leave to amend their First Amended Complaint by substituting therefor their Second Amended Complaint, submitted as an attachment hereto.

RESPECTFULLY SUBMITTED on this the __13__ day of December, 2005.

/s/JAY LEWIS

Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
J-Lewis@jaylewislaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served the foregoing document on the following counsel or parties, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the __13__ day of December, 2005.

Hon. Daryl L. Masters
Hon. Gary Willford, Jr.
WEBB & ELEY, P.C.
P.O. Box 238
Montgomery, AL 36101-0238

/s/JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
J-Lewis@jaylewislaw.com