IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANET AINSWORTH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-cv-740-B |
| ) | |
| DEPUTY CHRIS INABINETT, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S MOTION TO DISMISS

COMES NOW the Defendant, Covington County Deputy Sheriff Chris Inabinett, and move this Honorable Court to dismiss the Plaintiffs' Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as the Second Amended Complaint separately and severally fails to state a claim upon which relief can be granted.[1]  As grounds for so moving, Defendant sets down and assigns the following:

1.  The Plaintiffs bring two federal claims pursuant to 42 U.S.C. § 1983 against Deputy Inabinett in his individual capacities.  Specifically, each Plaintiff asserts a Fourth Amendment excessive force claim.

2.  As alleged in the Second Amended Complaint, Plaintiff N.A. was attempting to commit suicide by choking himself with a belt he had placed around his neck.  Plaintiff Janet

---

[1] As noted in the accompanying brief, the Plaintiffs have filed a new Motion to Amend on the same day that Sheriff Clark and Deputy Inabinett's response to the Plaintiffs' Amended Complaint was due.  The Second Amended Complaint merely corrects the Plaintiffs' inadvertent reassertion of their claims against Sheriff Clark in the Amended Complaint.  Both Sheriff Clark and Deputy Inabinett urge the Court to grant the Plaintiffs' Motion to Amend and dismiss the Plaintiffs' claims against Sheriff Clark.  As the Second Amended Complaint does not change any of the Plaintiffs' allegations against Deputy Inabinett, and in the interests of judicial economy and moving this case forward, Deputy Inabinett requests that the Court treat this motion as being applicable to the Plaintiffs' Second Amended Complaint and enter an appropriate briefing Order.  Alternatively, if the Court denies the Plaintiffs' Motion to Amend or otherwise believes that this motion should not be applicable to the Second Amended Complaint, Deputy Inabinett requests that the motion be considered as directed at the Amended Complaint and Sheriff Clark reasserts his arguments as set forth in the Motion to Dismiss the Plaintiffs' original Complaint.

Ainsworth called for assistance and Deputy Inabinett and another officer responded to the Plaintiffs' home. Deputy Inabinett pushed past Janet Ainsworth, entered N.A.'s room, and got control of N.A. by using physical force that included the use of a Taser.

3. Deputy Inabinett is entitled to a dismissal of the Plaintiffs' claims because he is entitled to qualified immunity.

4. Deputy Inabinett requests an opportunity to be heard orally on this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Court dismiss all of the Plaintiffs' claims against him and grant unto him costs and attorneys' fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted, this 13th day of December, 2005.

          **s/Gary L. Willford, Jr.**
          DARYL L. MASTERS – Bar No. MAS018
          GARY L. WILLFORD, JR. – Bar No. WIL198
          Attorneys for Defendants
          WEBB & ELEY, P.C.
          7474 Halcyon Pointe Road (36117)
          Post Office Box 240909
          Montgomery, Alabama 36124
          Telephone: (334) 262-1850
          Fax: (334) 262-1889
          E-mail: gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jay B. Lewis, Esq., and Keith A. Nelms, Esq.**

          **s/Gary L. Willford, Jr.**
          OF COUNSEL