JOINTCHAMBERS, MAG+

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00064-MEF-DRB



EXHIBIT A

Henderson v. Inabinett et al (JCMAG+)  
Assigned to: Hon. Chief Judge Mark E. Fuller  
Referred to: Honorable Delores R. Boyd  
Demand: $1,000,000  
Cause: 42:1983 Civil Rights Act  

Date Filed: 01/25/2005  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Margaret Shaw Henderson**  
*as Administratix of the Estate of Aaron Shaw*

represented by **Jay Lewis**  
Law Offices of Jay Lewis, LLC  
PO Box 5059  
Montgomery, AL 36103-5059  
334-263-7733  
Fax: 832-4390  
Email: j-lewis@jaylewislaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Keith Anderson Nelms**  
The Law Office of Jay Lewis  
PO Box 5059  
Montgomery, AL 36103-5059  
334-263-7733  
Fax: 832-4390  
Email: andynelms@jaylewislaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chris Inabinett**

represented by **Daryl L. Masters**  
Webb & Eley, P.C.  
PO Box 240909  
Montgomery, AL 36124  
334-262-1850  
Email: rrobertson@webbeley.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Gary L. Willford, Jr.**  
Webb & Eley, P.C.  
PO Box 240909

        Montgomery, AL 36124
        334-262-1850
        Fax: 334-262-1889
        Email: gwillford@webbeley.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

Walter Inabinett      represented by    **Daryl L. Masters**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Gary L. Willford, Jr.**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

City of Florala, Alabama      represented by    **James H. Pike**
        Cobb Shealy Crum & Derrick PA
        PO Box 6346
        Dothan, AL 36302-6346
        334-677-3000
        Fax: 677-0030
        Email: jpike@cobb-shealy.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2005 | 1 | COMPLAINT against Chris Inabinett, Walter Inabinett, City of Florala, Alabama (Filing fee $ 150.00 receipt number 105133.), filed by Margaret Shaw Henderson.(sl, ) (Entered: 01/26/2005) |
| 01/25/2005 |   | DEMAND for Trial by Jury by Margaret Shaw Henderson. (sl, ) (Entered: 01/26/2005) |
| 01/26/2005 | 2 | Summons Issued as to Chris Inabinett, Walter Inabinett, City of Florala, Alabama mailed CMRRR with copy of complaint. (sl, ) (Entered: 01/26/2005) |
| 01/31/2005 | 3 | ORDER REFERRING CASE to Magistrate Judge Delores R. Boyd for action or recommendation on all pretrial matters. Signed by Judge Mark E. Fuller on 01/31/05. (mfm, ) (Entered: 01/31/2005) |
| 01/31/2005 | 4 | Return Receipt Card showing service of summons and complaint signed by Perry Williams for Chris Inabinett, Walter Inabinett and City of Florala served on 1/27/2005, answer due 2/16/2005 (sl, ) (Entered: 02/01/2005) |
| 02/07/2005 | 5 | ANSWER to Complaint by City of Florala, Alabama.(Pike, James) |

| | | |
|---|---|---|
| | | (Entered: 02/07/2005) |
| 02/23/2005 | 6 | Alias Summons issued as to Walter Inabinett CMRRR with copy of complaint. (sl, ) (Entered: 02/23/2005) |
| 02/25/2005 | 7 | AMENDED ANSWER to 1 Complaint by City of Florala, Alabama. (Pike, James) (Entered: 02/25/2005) |
| 02/28/2005 | 8 | MOTION for process server by Margaret Shaw Henderson. (sl, ) (Entered: 03/01/2005) |
| 03/03/2005 | 9 | ORDER granting 8 Motion for process server; further Ordered that Billy Smith is appointed a process server to serve the Complaint upon the defendant and make his return to the Clerk of this Court forthwith . Signed by Judge Delores R. Boyd on 3/3/05. (sl, ) (Entered: 03/03/2005) |
| 03/07/2005 | 10 | Return Receipt Card showing service of alias summons and complaint signed by Walter Inabinett for Walter Inabinett served on 3/5/2005, answer due 3/25/2005. (sl, ) (Entered: 03/07/2005) |
| 03/07/2005 | 11 | Alias Summons issued as to Chris Inabinett and returned to counsel for process service. (sl, ) (Entered: 03/08/2005) |
| 03/23/2005 | 12 | SUMMONS Returned Executed as to Chris Inabinett served on 3/21/2005, answer due 4/11/2005. (Name of server: Billy Smith) (sl, ) (Entered: 03/23/2005) |
| 03/25/2005 | 13 | MOTION to Dismiss by Walter Inabinett. (Willford, Gary) (Entered: 03/25/2005) |
| 03/25/2005 | 14 | BRIEF/MEMORANDUM in Support re 13 MOTION to Dismiss filed by Walter Inabinett. (Willford, Gary) (Entered: 03/25/2005) |
| 03/25/2005 | 15 | ANSWER to Complaint by Walter Inabinett.(Willford, Gary) (Entered: 03/25/2005) |
| 03/25/2005 | | ***Attorney Daryl L. Masters for Walter Inabinett added. (sl, ) (Entered: 03/28/2005) |
| 04/01/2005 | 16 | ORDERED that plaintiff show cause not later than 4/12/05 why the 13 MOTION to Dismiss filed by Walter Inabinett should not be granted. Defendant may file any response by 4/20/05 and thereafter the motion shall be submitted for determination without oral argument. Signed by Judge Delores R. Boyd on 4/1/05. (sl, ) (Entered: 04/01/2005) |
| 04/04/2005 | 17 | ANSWER to Complaint by Chris Inabinett.(Willford, Gary) (Entered: 04/04/2005) |
| 04/04/2005 | 18 | MOTION to Dismiss *(Partial)* by Chris Inabinett. (Willford, Gary) (Entered: 04/04/2005) |
| 04/04/2005 | 19 | BRIEF/MEMORANDUM in Support re 18 MOTION to Dismiss *(Partial)* filed by Chris Inabinett. (Willford, Gary) (Entered: 04/04/2005) |
| 04/04/2005 | | ***Attorney Daryl L. Masters for Chris Inabinett added. (sl, ) (Entered: |

| | | |
|---|---|---|
| | | 04/05/2005) |
| 04/05/2005 | 20 | ORDERED that plaintiff shall file one or more responses, not later than 4/25/05, to show cause why the 13 MOTION to Dismiss filed by Walter Inabinett and 18 MOTION to Dismiss filed by Chris Inabinett, should not be granted. The defendants shall have until 5/4/05 to file any reply that each may wish to file. Both Motions shall be submitted on 5/4/05 without oral argument. Signed by Judge Delores R. Boyd on 4/5/05. (sl, ) (Entered: 04/05/2005) |
| 04/25/2005 | 21 | RESPONSE to Motion re 13 MOTION to Dismiss, 18 MOTION to Dismiss *(Partial)* filed by Margaret Shaw Henderson. (Lewis, Jay) (Entered: 04/25/2005) |
| 05/04/2005 | 22 | REPLY to Response to Motion re 13 MOTION to Dismiss, 18 MOTION to Dismiss *(Partial)* filed by Chris Inabinett, Walter Inabinett. (Willford, Gary) (Entered: 05/04/2005) |
| 05/20/2005 | 23 | MOTION to Strike 22 Reply to Response to Motion *for partial dismissal* by Margaret Shaw Henderson. (Lewis, Jay) (Entered: 05/20/2005) |
| 05/25/2005 | 24 | RESPONSE in Opposition re 23 MOTION to Strike 22 Reply to Response to Motion *for partial dismissal* filed by Chris Inabinett, Walter Inabinett. (Willford, Gary) (Entered: 05/25/2005) |
| 06/02/2005 | 25 | First MOTION to Amend/Correct 1 Complaint by Margaret Shaw Henderson. (Attachments: # 1 First Amended Complaint)(Lewis, Jay) (Entered: 06/02/2005) |
| 06/09/2005 | 26 | ORDERED that the defendants show any cause why the 25 First MOTION to Amend 1 Complaint should not be granted Show Cause Response due by 6/17/2005.. Signed by Judge Delores R. Boyd on 6/9/05. (sl, ) (Entered: 06/09/2005) |
| 06/10/2005 | 27 | RESPONSE TO 26 ORDER TO SHOW CAUSE by Chris Inabinett, Walter Inabinett (Willford, Gary) (Entered: 06/10/2005) |
| 06/17/2005 | 28 | RESPONSE to Motion re 25 First MOTION to Amend/Correct 1 Complaint filed by City of Florala, Alabama. (Pike, James) (Entered: 06/17/2005) |
| 08/02/2005 | 29 | ORDERED that plaintiff's 25 MOTION to Amend 1 Complaint is granted and plaintiff shall be allowed until 8/9/05 to file an Amended Complaint as further set out in order. Signed by Judge Delores R. Boyd on 8/2/05. (sl, ) (Entered: 08/02/2005) |
| 08/05/2005 | 30 | MOTION to Dismiss *(Partial)* by Chris Inabinett, Walter Inabinett. (Willford, Gary) (Entered: 08/05/2005) |
| 08/05/2005 | 31 | ANSWER to Complaint *(Amended)* by Chris Inabinett, Walter Inabinett. (Willford, Gary) (Entered: 08/05/2005) |
| 08/07/2005 | 32 | AMENDED COMPLAINT , *First,* against all defendants, filed by Margaret Shaw Henderson.(Lewis, Jay) Additional attachment(s) added |

| | | |
|---|---|---|
| | | on 8/8/2005 (sl, ). (Entered: 08/07/2005) |
| 08/08/2005 | 33 | NOTICE of Correction re 32 Amended Complaint to attach signed documents and add Certificate of Service Page. (sl, ) ). (Entered: 08/08/2005) |
| 08/08/2005 | 34 | ANSWER to 32 Amended Complaint by City of Florala, Alabama.(Pike, James) (Entered: 08/08/2005) |
| 08/10/2005 | 35 | ORDERED that defendants' 13 and 18 Motions to Dismiss and plaintiff's 23 Motion to Strike are DENIED as MOOT, as they apply to the original Complaint, rather than the Amended Complaint. Signed by Judge Mark E. Fuller on 8/10/05. (sl, ) (Entered: 08/10/2005) |
| 08/10/2005 | 36 | ORDERED that defendants Walter Inabinett and Chris Inabinett are each directed to file, either jointly or independently, a Brief and Memorandum of Law in support of their 30 Motion for Partial Dismissal on or before 8/24/2005. Ordered that plaintiff shall show cause why this 30 Motion should not be granted on or before 9/7/05. The defendants shall have until 9/14/05 to file any reply that each may wish to file. The Motion shall be submitted thereafter without oral argument on 9/14/05. Signed by Judge Delores R. Boyd on 8/10/05. (sl, ) (Entered: 08/10/2005) |
| 08/12/2005 | 37 | BRIEF/MEMORANDUM in Support re 30 MOTION to Dismiss *(Partial)* filed by Chris Inabinett, Walter Inabinett. (Willford, Gary) (Entered: 08/12/2005) |
| 08/22/2005 | 38 | REPORT of Rule 26(f) Planning Meeting. (Lewis, Jay) (Entered: 08/22/2005) |
| 08/23/2005 | 39 | NOTICE by Chris Inabinett, Walter Inabinett re 38 Report of Rule 26(f) Planning Meeting *of Endorsement* (Willford, Gary) (Entered: 08/23/2005) |
| 09/07/2005 | 40 | RESPONSE to Motion re 30 MOTION to Dismiss *(Partial) W.Inabinett, C.Inabinett* filed by Margaret Shaw Henderson. (Nelms, Keith) (Entered: 09/07/2005) |
| 09/09/2005 | 41 | REPLY to Response to Motion re 30 MOTION to Dismiss *(Partial)* filed by Chris Inabinett, Walter Inabinett. (Willford, Gary) (Entered: 09/09/2005) |
| 09/09/2005 | 42 | SCHEDULING ORDER: Final Pretrial Conference set for 6/23/2006 in Montgomery; Jury Trial set for 8/7/2006 in Montgomery, AL; Amended Pleadings due by 9/9/2005; Discovery due by 4/21/2006; Dispositive Motions due by 3/23/2006; Mediation Notice due by 4/13/2006. Signed by Judge Delores R. Boyd on 9/9/05. (sl, ) (Entered: 09/09/2005) |
| 09/23/2005 | 43 | MOTION for Judgment on the Pleadings by City of Florala, Alabama. (Pike, James) (Entered: 09/23/2005) |
| 09/23/2005 | 44 | BRIEF/MEMORANDUM in Support re 43 MOTION for Judgment on the Pleadings filed by City of Florala, Alabama. (Pike, James) (Entered: 09/23/2005) |

| 11/02/2005 | 45 | ORDERED that plaintiff shall show cause why the 43 Motion for Judgment on the Pleadings should not be granted on or before 11/16/05. Defendant City of Florala, AL shall file any reply not later than 11/30/05. Unless oral argument is requested, the 43 Motion shall be deemed submitted on 11/30/05. Signed by Judge Delores R. Boyd on 11/2/05. (sl, ) (Entered: 11/02/2005) |
| --- | --- | --- |
| 11/16/2005 | 46 | RESPONSE to Motion re 43 MOTION for Judgment on the Pleadings filed by Margaret Shaw Henderson. (Nelms, Keith) (Entered: 11/16/2005) |
| 11/20/2005 | 47 | REPLY to Response to Motion re 43 MOTION for Judgment on the Pleadings filed by City of Florala, Alabama. (Pike, James) (Entered: 11/20/2005) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 12/13/2005 12:49:25 | | | |
| PACER Login: | we0167 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-00064-MEF-DRB |
| Billable Pages: | 3 | Cost: | 0.24 |