EXHIBIT
B

```
GRAND JURY  NO: 567              THE STATE VS Walter Inabinett
DISTRICT CT NO:
CIRCUIT CT  NO:                  Murder

# STATE WITNESSES   ADDRESSES                    ISSUE      RETURN TYP
- -----------------  ---------                   -----      ---------- ---
                                                 0000000    0000000


                                                 0000000    0000000
                                                 0000000    0000000
ACTION:           No Bill                        DATE: 4-9-05

        * * * * *                                       * * * * *
```