## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

| | |
|---|---|
| HON. DELORES R. BOYD, MAG JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED: January 23, 2006 | AT  10:30 a.m. |
| DATE COMPLETED: January 23, 2006 | AT  11:58 a.m. |

N.A., JANET AINSWORTH )
)
v. ) 2:05cv740-DRB
)
CHRIS INABINETT )

===============================================================

| PLAINTIFF | APPEARANCES | DEFENDANT |
|---|---|---|
| Jay Lewis | ) | Gary Willford, Jr. |

Stan Long, Courtroom, CtRmDp COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

### PROCEEDINGS:

( ) NON-JURY TRIAL

( X ) OTHER PROCEEDINGS:    HEARING ON MOTIONS TO DISMISS

| | |
|---|---|
| 10:30 a.m. | Court convenes |
| | Court statements to counsel regarding status of case and pleadings. |
| | Court will proceed with oral arguments on pending motion to dismiss filed on 12/13/05 Doc. #22. |
| 10:35 a.m. | Mr. Willford's oral arguments. |
| 10:37 a.m. | Court's questions to Mr. Willford. |
| 10:38 a.m. | Mr. Willford's oral arguments continue. |
| 10:39 a.m. | Court's discussions with Mr. Willford to clarify portions to defendant's brief and reply brief. |
| 11:10 a.m. | Mr. Lewis' oral argument. |

Page 2

11:33 a.m.   Mr. Willford's rebuttal argument.

11:58 a.m.   Taken under advisement. Court is recessed.