UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:05-CV-740-DRB |
| DEPUTY CHRIS INABINETT, in his individual capacity, | ) ) ) ) ) | |
| Defendant. | ) | |

# RULE 26(f) O R D E R

All Rule 12(b)(6) *Motions to Dismiss* herein having now been adjudicated, it is, for good cause, now **ORDERED** as follows:

1. Defendant Inabinett, the sole remaining defendant, shall file not later than February 27, 2006, his *Answer* to the sole remaining claim in this litigation, the Count II claim of excessive force asserted by the minor plaintiff.

2. Pursuant to FED. R. CIV. P. 26(f) and M.D. Ala. LR 26.2(b), the parties shall confer, as soon as practicable, "to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan. The **jointly prepared Rule 26(f) report** shall be filed not later than **March 9, 2006,** and it should comply with Form 35, Appendix of Forms to the Federal Rules of Civil Procedure.

The longstanding practice in this district is that dispositive motions shall be filed no later than

90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of the judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section. The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

DONE this 7th day of February, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE