IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JANET AINSWORTH, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-cv-740-B |
| ) | |
| **DEPUTY CHRIS INABINETT, et al.,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S NOTICE OF FILING OF DISCOVERY DOCUMENTS

COMES NOW Defendant Covington County Deputy Sheriff Chris Inabinett, and hereby gives notice that the following discovery documents have been served upon the other parties in this action:

1. Notice of Deposition of Neil Ainsworth;

2. Notice of Deposition of Janet Ainsworth;

3. Notice of Deposition of Robert Ainsworth; and

4. Notice of Deposition of R.A.

Respectfully submitted on this the 11th day of July, 2006.

        **s/Gary L. Willford, Jr.**
        DARYL L. MASTERS – Bar No. MAS018
        GARY L. WILLFORD, JR. – Bar No. WIL198
        Attorneys for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Road (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  gwillford@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 11th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay B. Lewis, Esq., and Keith A. Nelms, Esq.**

                             **s/Gary L. Willford, Jr.**
                             OF COUNSEL