IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., | ) |
|     Plaintiff, | ) |
| v. | )   Civil Action No.: 2:05-cv-740-DRB |
| DEPUTY CHRIS INABINETT, | ) |
|     Defendant. | ) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Covington County Deputy Sheriff Chris Inabinett, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court to enter an Order granting him judgment in his favor as a matter of law. In support thereof, Defendant states as follows:

1. The sole remaining claim in this case is N.A.'s 42 U.S.C § 1983 Fourth Amendment excessive force claim against Covington County Sheriff's Deputy Chris Inabinett.

2. As demonstrated by the contemporaneously filed Memorandum Brief and Evidentiary Submissions, no genuine issue of material fact exists and Deputy Inabinett is entitled to qualified immunity and judgment in his favor as a matter of law.

    a. Deputy Inabinett was acting within his discretionary authority;

    b. The Plaintiff cannot meet his burden under the qualified immunity analysis of showing:

        (1) that Deputy Inabinett violated his federally protected rights; and

(2)  clearly established law provided Deputy Inabinett with fair warning that his conduct was illegal.

3. Deputy Inabinett requests the opportunity to be heard orally on this motion.

WHEREFORE, PREMISES CONSIDERED, Covington County Sheriff's Deputy Chris Inabinett requests that this Court enter summary judgment with respect to all claims, and grant him costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted, this 28th day of July, 2006.

> s/Gary L. Willford, Jr.
> DARYL L. MASTERS – Bar No. MAS018
> GARY L. WILLFORD, JR. – Bar No. WIL198
> Attorneys for Defendant
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Road (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay B. Lewis, Esq., and Keith A. Nelms, Esq.**

> s/Gary L. Willford, Jr.
> OF COUNSEL