# APPENDIX

Exhibit A, Laurel Oaks Behavioral Health Center Records for Christopher Neal Ainsworth, dated 2/9/05

Exhibit B, Excerpts of Deposition of Janet Ainsworth with attached exhibits

Exhibit C, Laurel Oaks Behavioral Health Center Records for Christopher Neal Ainsworth, dated 7/13/05

Exhibit D, Excerpts of Deposition of Neal Ainsworth with attached exhibits

Exhibit E, Excerpts of Deposition of Robert Ainsworth, Sr.

Exhibit F, Alabama Uniform Incident/Offense Report, Case No. 051100208

Exhibit G, Excerpts of Deposition of Robert Ainsworth, Jr.

Exhibit H, Declaration of Kristi Stamnes with attached exhibits

    Exhibit A, Recording of 911 call placed by Janet Ainsworth on July 13, 2005 – filed conventionally

Exhibit I, Transcript of 911 call placed by Janet Ainsworth on July 13, 2005, a recording of which is attached to Declaration of Kristi Stamnes

Exhibit J, Affidavit of Chris Inabinett

    Exhibit A, True and correct copy of the case file prepared as a result of the incident that forms the basis of the Plaintiff's Second Amended Complaint.

    Exhibit B, Recording of the Covington County public safety radio traffic – filed conventionally

    Exhibit C, Transcript of the radio traffic made using Deputy Inabinett's personal knowledge and review of the radio traffic recording

    Exhibit D, Copy of the video taken from Deputy Inabinett's dashboard video system during the incident underlying the Plaintiff's Second Amended Complaint – filed conventionally

    Exhibit E, Transcript of the video taken from Deputy Inabinett's dashboard video system madethat is based upon the personal knowledge of both Deputy Inabinett and Chief Anderson and will be cited to by Deputy Inabinett in this brief.

Exhibit K, Affidavit of David Anderson

Exhibit L, Alabama Uniform Arrest Report, Case No. 040901229

Exhibit M, 7/13/05 Andalusia Regional Hospital Records for Christopher Neal Ainsworth

Exhibit N, PBF Form 1097 for Christopher Ainsworth, dated 7/13/05

Exhibit O, 10/8/05 Andalusia Regional Hospital Records for Christopher Neal Ainsworth

Exhibit P, Psychological Specialties Forensic Evaluation Report for Christopher "Neal" Ainsworth dated 4/19/06

Exhibit Q, Covington County Jail Inmate Data Form, dated January 11, 2006

Exhibit R, Alabama Uniform Arrest Report, Case No. 060100309