IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-cv-740-B |
| ) | |
| DEPUTY CHRIS INABINETT, et al., ) | |
| ) | |
|     Defendants. ) | |

**COVINGTON COUNTY SHERIFF'S DEPUTY CHRIS INABINETT'S
EVIDENTIARY MATERIALS IN SUPPORT OF HIS
MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Covington County Sheriff's Deputy Chris Inabinett, Defendant in the above-entitled action, and submits the evidentiary materials described below in support of his contemporaneously filed Motion for Summary Judgment:

    A.    Laurel Oaks Behavioral Health Center Records for Christopher Neal Ainsworth, dated 2/9/05;

    B.    Excerpts of Deposition of Janet Ainsworth with attached exhibits;

    C.    Laurel Oaks Behavioral Health Center Records for Christopher Neal Ainsworth, dated 7/13/05;

    D.    Excerpts of Deposition of Neal Ainsworth with attached exhibits;

    E.    Excerpts of Deposition of Robert Ainsworth, Sr.;

    F.    Alabama Uniform Incident/Offense Report, Case No. 051100208;

    G.    Excerpts of Deposition of Robert Ainsworth, Jr.;

    H.    Declaration of Kristi Stamnes with attached exhibit;

I.  Transcript of 911 call placed by Janet Ainsworth on July 13, 2005, a recording of which is attached to Declaration of Kristi Stamnes;

J.  Affidavit of Chris Inabinett with attached exhibits;

K.  Affidavit of David Anderson;

L.  Alabama Uniform Arrest Report, Case No. 040901229;

M.  7/13/05 Andalusia Regional Hospital Records for Christopher Neal Ainsworth;

N.  PBF Form 1097 for Christopher Ainsworth, dated 7/13/05;

O.  10/8/05 Andalusia Regional Hospital Records for Christopher Neal Ainsworth;

P.  Psychological Specialties Forensic Evaluation Report for Christopher "Neal" Ainsworth dated 4/19/06;

Q.  Covington County Jail Inmate Data Form, dated January 11, 2006;

R.  Alabama Uniform Arrest Report, Case No. 060100309

Respectfully submitted, this 28th day of July, 2006.

        **s/Gary L. Willford, Jr.**
        DARYL L. MASTERS – Bar No. MAS018
        GARY L. WILLFORD, JR. – Bar No. WIL198
        Attorneys for Defendants
        WEBB & ELEY, P.C.
        7474 Halcyon Pointe Road (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 28th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay B. Lewis, Esq., and Keith A. Nelms, Esq.**

                                **s/Gary L. Willford, Jr.**
                                OF COUNSEL