# EXHIBIT A

**Laurel Oaks Behavioral Health Center Records for Christopher Neal Ainsworth, dated 2/9/05**

LAUREL OAKS BEHAVIORAL HEALTH CENTER
700 East Cottonwood Road
Dothan, Alabama 36301

## HISTORY, PHYSICAL, AND PSYCHIATRIC EVALUATION

**NAME:** Christopher Ainsworth         **MEDICAL RECORD NO.:** 2056

**DATE OF BIRTH:** 06/07/89              **ADMIT DATE:** 02/09/05

**PHYSICIAN:** Eyob Tessema, M.D.

---

### PATIENT PROFILE:

Address:        103 Opine Road Opp, Alabama 36467
Phone No:       334-493-0092
Informant:
SSN:            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

### CHIEF COMPLAINT:
Patient is a 15-year-old European American child who is currently in the 8th grade in regular classes who was admitted to Laurel Oaks Behavioral Health Center on 02/09/05 when he was referred by Dr. Hall for this admission. During this interview, he presented with chief complaints of "I get in argument with my brother and my mother".

### HISTORY OF PRESENT ILLNESS:
The patient's psychiatric history is significant for treatment with antidepressant including Zoloft for the past 7 months with 100mgs at bedtime. This medication was prescribed to him by his primary care physician. Apparently, he was seen by Dr. Hall the day prior to this admission on 02/08/05 due to his ongoing disruptive and inappropriate behavior. He states that he got in an argument with his mother and brother that other kids at school pick on him and make fun of his father and states that he was very frustrated and tried to commit suicide. Apparently, he put a belt around his neck in an attempted suicide and was trying to choke himself to death. He states that he feels sad all the times, tends to fight with his mom as well as other peers at school. He is failing his grades, he is getting mostly F's in almost all subjects. There are times when he cries a lot, but the major concern is his increased irritability, gets easily upset and mad for no apparent reason. About 3 to 4 weeks ago he threatened to kill his mother. He stated "I know we had a gun at home". During this time, the family contacted the police and he was sent to the Diversion Center. He is charged with 3rd degree assault and he is now on probation. He has poor sleep, but particularly has difficulty with initiating sleep. He stays up almost every night and has difficulty waking up. When family tries to encourage him to go to bed as early as he can he fights with them and stays in bed watching TV or playing with Playstation. He reports having good appetite.

The suicide attempt was twice in the past three days. The first one was triggered by the fact that he got into a fight at the skating rink where he was accused of kicking another girl and he got upset and tried to choke himself with the belt.

NAME: Christopher Ainsworth
History, Physical and Psychiatric Evaluation
Page Two

### DEVELOPMENTAL HISTORY:
He was born from a planned pregnancy weighing 6 pounds and 4 ounces. His mother was having prenatal care during her pregnancy. There was no use of illicit drugs or alcohol during that pregnancy. He was born at the Medical Center Enterprise. He started walking at age 14 months, but he had some delay in his speech. No delay in the motor and adaptive behaviors.

### PAST MEDICAL AND PSYCHIATRIC HISTORY:
Past psychiatric history; he was given by his primary care physician Zoloft 100mgs and has been taking it for the past 7 days. He just saw Dr. Hall for the first time the day prior to this admission and had no prior psychiatric hospitalization. Past medical history is significant for bronchial asthma. The patient is currently on different medications for this.

### FAMILY HISTORY:
Family psychiatric history is significant for his mother who had a history of auditory and visual hallucinations and depression as well as anxiety. She had attempted suicide. She was on different medication. Maternal uncle was diagnosed with Bipolar and he committed suicide when he was in jail. His brother had a history of Bipolar as well as illicit drug use and alcohol abuse.

### SOCIAL HISTORY:
He was born from an intact family. His parents divorced three years ago, but he says that he has frequent contact and visits by his father. He has one brother age 18. Christopher is currently attending 8th grade, but he had failed twice, once in Kindergarten and once in 8th grade. He is now failing in 8th grade, his grades are mostly F's.

### MENTAL STATUS EXAMINATION:
This is a 15-year-old male who appeared his stated age. He was calm and cooperative with good eye contact. He is awake, alert and oriented to time, person and place and situation. His speech was coherent and goal-directed. He denied having suicidal or homicidal ideations intent or plan. No delusions. He stated that he has auditory hallucinations, but he sees his grandfather and hears his voice telling him that he loves him. He denied any command hallucinations. His mood was described as "happy". Affect was neutral. His cognition was intact. Memory to recent and remote events were good. His progressions as well as obstructions were fair to good. His insight and judgment were poor.

### ALLERGIES:
No known drug allergies.

### MEDICATIONS:
His most recent medications include Zoloft 100mgs p.o. day as prescribed by his primary care physician, as well as Flovent, Singulair, Accolate and Atrovent.

### REVIEW OF SYSTEMS:
Unremarkable.

NAME: Christopher Ainsworth
History, Physical and Psychiatric Evaluation
Page Three

## PHYSICAL EXAMINATION:

| | |
|---|---|
| VITAL SIGNS: | BP: 100/70   TEMP: 97   PULSE: 64   RESPIRATIONS: 16 |
| | HEIGHT: 5'4"          WEIGHT: 135 pounds. |
| HEENT: | Normocephalic, atraumatic. Extraocular movements were intact. Pupils were equal and reactive to light and accommodations. The ear canals were visualized and no finding. |
| NECK: | Supple, nontender, no thyromegaly. |
| HEART: | S1 and S2 were heard. No murmur or gallop. |
| CHEST: | Clear to auscultation. |
| ABDOMEN: | Soft and nontender. Bowel sounds were present. No organomegaly. |
| EXTREMITIES: | No cyanosis, clubbing or edema. |
| MUSCULOSKELETAL: | |
| NEUROLOGICAL: | Cranial nerves II through XII were examined and grossly intact. DTR's were 2+. Muscle strengths were 5 over 5 in all extremities. |

## LABS:
Pending.

## SUMMARY:
Patient is a 15-year-old male due to aggressive and fighting with mother and brother and then he tried to commit suicide by tieing a belt around his neck and choke himself to death. He states that he feels sad all the times, tends to fight with his mom as well as other peers at school. He is failing his grades, he is getting mostly F's in almost all subjects. There are times when he cries a lot, but the major concern is his increased irritability, gets easily upset and mad for no apparent reason. About 3 to 4 weeks ago he threatened to kill his mother. The patient is in need of acute psychiatric hospitalization for evaluation and stabilization.

## DIAGNOSTIC IMPRESSION:

| | |
|---|---|
| AXIS I: | 1) Bipolar II Disorder (with Possible Psychotic Features). |
| | 2) Rule Out Intermittent Explosive Disorder. |
| | 3) Conduct Disorder. |
| | 4) Oppositional Defiant Disorder. |
| AXIS II: | Antisocial personality traits (developing). |
| AXIS III: | Bronchial asthma. |
| AXIS IV: | Moderate to severe. |
| AXIS V: | Current GAF: 15 to 20 |

## PLAN:
1. Patient benefits from individual counseling and we will assign him with an individual counselor.
2. He also benefits from group therapy and he will be assigned to group therapy sessions.
3. He will also benefit from adjustment of his medication. Will defer from discontinuing the

Continued....

**NAME:** Christopher Ainsworth
History, Physical and Psychiatric Evaluation
Page Four

4. Zoloft at this moment, but attempt to augment the antidepressant effect by adding Risperdal 0.5mgs twice a day. The patient is reporting auditory and visual hallucinations and the Risperdal might give an added benefit to this.
5. I will start the patient on Depakote 250mgs twice a day for the patient's anger problem.
6. We will do thorough lab work and we will also consult Dr. Cotter for psychological testing.

**DISCHARGE CRITERIA:**
Upon discharge, the patient's target symptoms will be resolved and he will be able to function in a less restrictive alternative.

_____
Eyob Tessema, M.D.
Psychiatrist

ET/ss

D:   02/10/05
T:   02/10/05