# EXHIBIT B

**Excerpts of Deposition of Janet Ainsworth with attached exhibits**

Pp. 1, 13, 14, 23, 24, 25, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40, 49, 50, 51, 52, 55, 56,
98, 99, 100, 101, 102, 103, 111, 112, 113

Exhibits 1, 2, 3, and 6

# FREEDOM COURT REPORTING

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE MIDDLE DISTRICT OF ALABAMA

3           NORTHERN DIVISION

4

5  JANET AINSWORTH, et al., )  **ORIGINAL**

6        Plaintiffs,   )

7  vs.              )  CASE NUMBER:

8  DEPUTY CHRIS INABINETT, )  2:05-CV-740-DRB

9  et al.,           )

10        Defendants.   )

11

12      DEPOSITION OF JANET AINSWORTH

13        In accordance with Rule 5(d) of

14  The Alabama Rules of Civil Procedure, as

15  Amended, effective May 15, 1988, I, Cindy

16  Weldon, am hereby delivering to Gary

17  Willford, the original transcript of the

18  oral testimony taken on the 18th day of

19  July, 2006, along with exhibits.

20        Please be advised that this is the

21  same and not retained by the Court Reporter,

22  nor filed with the Court.

23

# FREEDOM COURT REPORTING

1    places he has to go.

2        Q.    Okay.    What happened with Neal on

3    the four wheeler before this?

4        A.    I'm not sure.    I wasn't there.

5    All I know is that he -- they had put him on

6    some medication and it just seemed -- the

7    medication -- they couldn't get it like it

8    should be and he would run into things.    And

9    he ran into the tree with the four wheeler.

10       Q.    Okay.

11       A.    But I'm not sure that's where the

12   big spot came from.

13       Q.    Did it knock him off the four

14   wheeler?

15       A.    He hit a tree.

16       Q.    Not a branch, but a tree?

17       A.    A tree.

18       Q.    Did he have to go to the hospital

19   for that?

20       A.    No.    It just skinned him.    I asked

21   him did he want to go and he said he was

22   okay.

23       Q.    Was that -- the thing on his

## FREEDOM COURT REPORTING

1    forehead the only thing he got from hitting

2    the tree?

3         A.   As far as I know.

4         Q.   How long before the incident with

5    Chris Inabinett did that four wheeler

6    accident occur?

7         A.   I think only a couple of weeks.

8    It's hard for him to heal.

9         Q.   Why is it hard for him to heal?

10        A.   His -- He just don't scab up and

11   heal like normal.

12        Q.   Does he have a diagnosed condition

13   that makes it difficult for him to heal?

14        A.   No, sir.

15        Q.   Is it anything that he does

16   because of his mental condition?

17        A.   Picks.

18        Q.   He picks at them?

19        A.   Yes.

20        Q.   I know it's not a polite thing to

21   ask a lady, but when were you born?

22        A.   February the 4th, 1969.

23        Q.   And what's your educational

# FREEDOM COURT REPORTING

1    week it was?

2        A.    No, sir, I don't.

3        Q.    Prior to anything happening to

4    Neal, do you remember anything that you did?

5        A.    No.    Because -- I'm not sure -- I

6    can't remember exactly if it was he wouldn't

7    take the medicine or -- because we had an

8    incident where the doctor called in the

9    medicine in to the wrong pharmacy.

10            It was supposed to have been

11    called to the City Drugs in Andalusia.    But

12    it was called to City Drugs in Dothan.    So

13    they had called his medication in wrong.

14            And I can't remember if that's

15    what it was, he wasn't on the medication

16    when we was -- when I began arguing with

17    him, you know, or if he didn't take it.    I

18    can't remember.

19        Q.    Okay.

20        A.    I'm just not sure.    I've had so

21    many things to I can't remember exactly.

22        Q.    If I recall correctly from his

23    deposition, he testified that he had taken

**FREEDOM COURT REPORTING**

1    his medication the last night before?

2         A.    Well, they had -- Well, they had

3    changed some of it.  So that's the reason

4    I'm saying I'm not sure.  I can't remember.

5         Q.    Let me finish my question.  Do you

6    remember him taking medication the night

7    before?

8         A.    No, I don't.

9         Q.    Okay.

10        A.    I really don't.

11        Q.    All right.  So somehow or another,

12   either because he just wasn't taking it or

13   because there was a mix up in calling it

14   into the pharmacy, he didn't take his

15   medication that morning?

16        A.    Correct.

17        Q.    What medication are we talking

18   about?

19        A.    At the time, he was taking

20   Depakote, Risperdal and Cogentin I believe

21   is right.

22        Q.    What was the Risperdal for?

23        A.    For his nerves, depression,

# FREEDOM COURT REPORTING

1  anxiety.  I take it myself.

2      Q.   I guess I should ask you.  Are you

3  on any medication?

4      A.   A lot.

5      Q.   What have you taken today?

6      A.   I've had my Risperdal, my Prozac.

7  I take my -- two heart medications and my

8  blood pressure.

9      Q.   Okay.  Is anything that you have

10  taken given you any problems with

11  understanding my questions or being able to

12  formulate an answer to my question?

13      A.   No so far.

14      Q.   My words may be doing that, but

15  okay.  I've got you.  So he was taking these

16  -- the Depakote, the Risperdal and the

17  Cogentin for diagnosed mental conditions; is

18  that correct?

19      A.   Correct.

20      Q.   What were those conditions?

21      A.   Bipolar two.

22      Q.   Bipolar two?

23      A.   Disorder.  And then they found out

# FREEDOM COURT REPORTING

1    A.    Well, they diagnosed him with

2  that.   Like I said, we was just getting --

3  We was in the notice of all this medicine

4  change and stuff.   So it's hard for me to be

5  specific.

6    Q.    Right.   I'm sorry.   That was a bad

7  question on my part.   I guess what I'm

8  trying to get at is, besides the bipolar

9  two, is there any other diagnosed mental

10 condition that he had at the time that was

11 being treated by these three medications?

12   A.    Schizophrenic.

13   Q.    Schizophrenic.   So we have bipolar

14 and schizophrenic?

15   A.    And what do you call that where

16 you see things that's not there?

17   Q.    Hallucinations?

18   A.    Yes.

19   Q.    He had hallucinations.   What kind

20 of hallucinations would he have?

21   A.    Well, for instance, he had come

22 running to me by him saying that something

23 was looking in the window.   Then he had been

## FREEDOM COURT REPORTING

1    in his room where he was telling us to come

2    in there, that there was little people

3    tearing his room up.

4         Q.    Take your time.

5         A.    And I've had to go to the pond and

6    get him because he would call me on the cell

7    phone -- I always made him take a cell phone

8    with him because he'd have seizures.  And he

9    would tell me to come and get him because

10   snakes had him wrapped up in the pond and

11   wouldn't let him out.

12        Q.    Was this all going on at the same

13   time?

14        A.    Yes.

15        Q.    When was the last time before July

16   13 that he had one of those hallucinations?

17        A.    I don't remember exactly because

18   he had been in and out of the hospital so

19   much.  I don't remember.

20        Q.    Okay.  You said -- let's try it

21   that way.  He had been out of the hospital

22   so many times.  Is that the Laurel Oaks?

23        A.    Laurel Oaks.

**FREEDOM COURT REPORTING**

1      Q.    Is it Oaks?

2      A.    Laurel Oaks.

3      Q.    Okay.  Laurel Oaks.  And is that

4   in Dothan?

5      A.    Yes, sir.

6      Q.    There's -- And we may get to this

7   later.  But there's some reference in the

8   tape to taking him to Luverne.  What is that

9   about?

10      A.    Okay.  I had said that if I

11   couldn't get him in the Dothan, I would try

12   to call Luverne because I know that Luverne

13   has that facility there.  But they do not

14   take children.

15      Q.    So he had never actually been in

16   Luverne?

17      A.    No, sir.

18      Q.    I was wondering what that

19   reference was.  Okay.  Prior to the 13th of

20   July last year, when was the last time that

21   Neal had been in Laurel Oaks?

22      A.    I don't remember.

23      Q.    Had it been more than a month?

# FREEDOM COURT REPORTING

1       A.   I don't think it had been a month

2   that he had been in there.  I'm just not

3   positive.

4       Q.   Sure.

5       A.   I've had a lot going on with him.

6   So I don't know for sure.

7       Q.   Well, do you have any recollection

8   of maybe how long he had been home before

9   all this happened, any feel for that?

10      A.   I really don't know.  I wouldn't

11  want to say because I'm not sure.

12      Q.   Had he been sent to Laurel Oaks

13  for the hallucinations?

14      A.   Yes, sir.

15      Q.   Were they the ones who put him on

16  the Depakote, the Risperdal and the

17  Cogentin?

18      A.   Correct.

19      Q.   Who was his doctor?

20      A.   He was seeing several of them.

21  There was a McConny (spelled phonetically).

22      MR. NELMS:  Can you spell that?

23      THE WITNESS:  Huh-uh.

# FREEDOM COURT REPORTING

1          MR. NELMS:  McConny?

2          THE WITNESS:  McConny.

3      A.    Dr. McCloud.  Let's see.  I can't

4  remember anymore from there.  Then I know he

5  was seeing counselors, but I don't know what

6  their names were.

7      Q.    Where were the counselors from?

8      A.    From the same place.

9      Q.    The same place?

10      A.    Yes.

11      Q.    How long back had -- from July

12  13th had you been taking him to Laurel Oaks?

13      A.    I really don't know.  All I know

14  is that I started in January of the year --

15  it was 2004 I think it was when we started

16  noticing the problems and I started getting

17  him help.  But I'm not sure.

18      Q.    Okay.  So it was sometime in

19  January of 2004 when you first started

20  noticing that he had problems?

21      A.    Correct.

22      Q.    And he would have been fifteen?

23      A.    Correct.

## FREEDOM COURT REPORTING

1      Q.    Is that when the hallucinations

2    started as well?

3      A.    All kinds of things.

4      Q.    Okay.  And prior to that time, he

5    hadn't had any problems?

6      A.    No.  He was doing good except in

7    school.  He's never been able to do the work

8    in school.  His older brother we come to

9    find out had been doing the work for him,

10   his homework, is the reason kept him going.

11     Q.    Where was the first place that you

12   took him after he started exhibiting

13   symptoms?

14     A.    To his regular doctor, Dr. Barrett

15   in Opp.

16     Q.    What did Dr. Barrett do for him?

17     A.    He's the one that give me the

18   number to the Laurel Oaks to call and get an

19   appointment set up and talk with them to see

20   what they could help me do.

21     Q.    And you did that?

22     A.    Yes, sir.

23     Q.    What did they do the first time

**FREEDOM COURT REPORTING**

1    you took him to Laurel Oaks?

2         A.    They admitted him there.    They

3    said they was going to do counseling on

4    him.    And that's when they first began the

5    medications.    Said that some of them might

6    not be right, you know, that they would try

7    him on them.

8              Then when I went back for the

9    appointment, I could tell them what was

10   happening.    And after a couple of times is

11   when we found out the Depakote was causing

12   him to have seizures.

13        Q.    So they gave him the Depakote with

14   the first visit basically?

15        A.    Correct.

16        Q.    And he was still on Depakote on

17   July 13th of 2005?

18        A.    I believe so.

19        Q.    Okay.

20        A.    I can't be positive.

21        Q.    Okay.    How long was he in Laurel

22   Oaks the first time?

23        A.    I think it was approximately ten

**FREEDOM COURT REPORTING**

1    days that they did the first time.

2        Q.    And they released him back to you;

3    correct?

4        A.    Yes, sir.

5        Q.    And he had the medication that he

6    was on at the time?

7        A.    Yes, sir.

8        Q.    And you said that he exhibited --

9    started exhibiting seizures?

10       A.    Correct.

11       Q.    Did you take him back to Laurel

12   Oaks at some point?

13       A.    I called the doctor that they

14   assigned me to at the -- some kind of --

15   Dothan Specialties or something.  It was Dr.

16   McConny I believe.  And I told them what he

17   was doing.  So they made me appointment to

18   bring him back down there.

19       Q.    Besides the seizures, what was he

20   doing?

21       A.    The hallucinations was getting

22   worse.  And the seizures, he had had like

23   three in one day.

# FREEDOM COURT REPORTING

1        Q.    Did you have to take him to the

2    emergency room?

3        A.    I did.  On one of the occasions, I

4    did because he -- I had found him -- he had

5     -- He was bad about getting off and walking

6    off and not knowing where he was at.  So I

7    had went out to check him.

8            And I found him down the road on a

9    little hill.  He was having a seizure.   I

10   drug him and put him in the truck and I took

11   him to the hospital over in Opp.

12       Q.    What did they do for him?

13       A.    They just hooked him up to

14   monitors and stuff.  He was pretty much out

15   of it, you know, back to his self by then.

16   They -- I don't remember them giving him

17   anything because they didn't want to

18   overload him from what he was already

19   taking.

20           And they give me a paper stating

21   that he was having seizure like spells, for

22   me to take him to his doctor.

23       Q.    Is that when you took him to

## FREEDOM COURT REPORTING

1  Laurel Oaks the second time?

2      A.   No.   That's we went back to our

3  regular Dr. Barrett first.   And then we

4  re-scheduled over there again.   I'm not sure

5  just exactly which went where.   I don't

6  know.

7      Q.   Okay.   How many times has he been

8  in Laurel Oaks?

9      A.   I think it's five times.

10     Q.   Five times.   And each time it was

11 because he was having these hallucinations

12 and seizures; is that fair to say?

13     A.   Well, yes, sir, partial.   And then

14 I had took him to a lawyer's office and she

15 was watching him, how he was digging at

16 himself.   And she called one time and had

17 him put in for me.   He had just tore his

18 face up.

19     Q.   Okay.   That was a lawyer who did

20 that?

21     A.   Yes, sir.

22     Q.   Okay.

23     A.   She helps me.

**FREEDOM COURT REPORTING**

1    Q.    Okay.  Now, while all of this was

2   going on, did Neal get into trouble with the

3   law?

4    A.    Most of his was -- at that time

5   getting in trouble was he wouldn't take his

6   medication and then he would get real --

7   he'd get angry fast.  Just everything would

8   upset him.  You could easily upset him.

9        And I would have to call them and

10  I've had them send an officer to come out.

11  I'd go get the medication and they'd make

12  him take the medication.  And then they'd go

13  on their way.

14   Q.    How many times before the 13th of

15  July had you had to have law enforcement to

16  come out and get him to take his medication?

17   A.    I'll say three, four times,

18  something like that.  I'm not sure.

19   Q.    So between January of 2004 and

20  July 13th of 2005, about three or four

21  times?

22   A.    Yes, sir.  For the medication.

23   Q.    Which department responded when

# FREEDOM COURT REPORTING

1  you called?

2      A.    It's always the sheriff's

3  department.

4      Q.    Always the sheriff's department.

5  Now, we know obviously that Chris came out

6  one time.  Do you remember the names of any

7  other deputies who came out when you called

8  on these three or four times between 2004

9  and 2005?

10     A.    Yes, sir.  Howard West.  I believe

11 Chris has been out one time.  I believe it

12 was on Old Salt Road when he came out.  But

13 it was where Neal had walked off from me.

14 I'm trying to think of their names.

15         And I'm not real good with keeping

16 up with names.  I'm not sure of another name

17 off the top of my head.  There's been

18 several.  I mean, I know them if I see

19 them.  The tall -- what was his name?

20         Teddy Reddy (spelled

21 phonetically).  And I don't know what --

22 Greg Jackson has been out.  And I can't

23 think of anymore right off.

## FREEDOM COURT REPORTING

1   okay.  We're going to go.  If you need us,

2   call us.

3        Q.    Okay.  On any of those other

4   occasions, the three or four occasions, had

5   Neal gotten as agitated as he did on July

6   13?

7        A.    Yes, sir.

8        Q.    Okay.  Tell me about one where he

9   got agitated.

10       A.    It was after the July 14th one.  I

11  believe I'm right now.

12       Q.    What I'm asking is before July

13  13.  Did he ever get as agitated as he did

14  on the 13th?

15       A.    I don't think so.  I'm not

16  positive.  I can't think of any.  I want to

17  say this was before then.  But I don't want

18  to say it and be wrong.

19       Q.    Well, tell me about the one that

20  you're thinking about.

21       A.    He got to seeing things and he got

22  upset and he took a VCR and beat himself in

23  the head with the VCR.

## FREEDOM COURT REPORTING

1        It's like he's going up the wall,

2  you know.  He gets real hyper.  And like I

3  said, I have problems myself.  I take a lot

4  of medicine.  And it sort of gets on my

5  nerves.

6        So I tell him, you know, to slow

7  down.  And he thinks I'm picking on him, you

8  know.

9     Q.   Is that your recollection of what

10  happened on July 13?

11     A.   Yes, sir.  I believe that he

12  thought -- because he was upset because I

13  told him I was calling back to the hospital

14  because seemed like the medicine was not

15  doing it, you know.

16        If that -- Like I say, I can't

17  remember if he had the medicine or if that's

18  the date that they got the medicine mixed

19  up.  I'm just not sure.

20     Q.   Did you actually call the

21  hospital?

22     A.   No, sir.

23     Q.   I think we're talking about Laurel

**FREEDOM COURT REPORTING**

1  Oaks?

2      A.    Laurel Oaks.

3      Q.    You did not call the hospital?

4      A.    No, sir.

5      Q.    But you told Neal that you were

6  going to?

7      A.    I told Neal I was going to and

8  that I was going to call Luverne to that

9  facility, which I did call Luverne.

10     Q.    You did call Luverne?

11     A.    I did call Luverne.  But they did

12  not accept children.

13     Q.    That day is when you found out

14  they didn't take children?

15     A..   Correct.

16     Q.    Did Neal overhear that

17  conversation between Luverne and you?

18     A.    I think so.  I think he was in

19  there because I think he went and laid on

20  his bed.

21     Q.    Okay.  And his bed, based on these

22  pictures that you showed me, is kind of --

23  his bedroom is right --

**FREEDOM COURT REPORTING**

1      A.    It's in my living room.

2      Q.    -- by the living room?

3      A.    Uh-huh.

4      Q.    Where is your telephone?  Where

5  was your telephone?

6      A.    My telephone -- Where you see his

7  door is, the recliner, the blue recliner

8  that sits over here, right there was my

9  phone.

10      Q.    I think I see a blue recliner in

11  the foreground in this picture.

12      A.    This is the recliner.  This table

13  here -- There's a table that sits right here

14  that's sort of catty cornered at my bar

15  because there's a bar that comes across.

16      Q.    You're pointing off the bottom of

17  the picture?

18      A.    Correct.  Because my telephone was

19  over here.  And then I had another phone

20  that run over on this side of the chair.

21      Q.    Which one do you remember using?

22      A.    I was on this one.

23      Q.    The one that's kind of off the

## FREEDOM COURT REPORTING

1    picture?

2        A.    It was a cordless phone.

3        Q.    It's sort of in the middle of this

4    picture.  And we're going to mark this as

5    Defendant's Exhibit 3.  Is that the bedroom

6    that Neal was in?

7        A.    Correct.

8              (Whereupon, Defendant's Exhibit

9    No. 3 was marked for identification.)

10        Q.    Okay.  And you don't remember if

11    he had gone in there or if he was out in the

12    living room area?

13        A.    No.  I think he had went to the

14    bedroom because after I had hung up, seemed

15    like to me that's when my other son said

16    something about he had a belt around his

17    neck or something.

18        Q.    Did he shut his door?

19        A.    Yes, he did.

20        Q.    Okay.

21        A.    Because seemed like I told one of

22    them to go in and check on him or

23    something.  I can't remember.

# FREEDOM COURT REPORTING

1      Q.    Okay.  What did you do when he

2  came out of the room and said he's got a

3  belt on his neck?

4      A.    I went in and I seen it and --

5      Q.    Tell me what you saw.

6      A.    I seen him with a belt around his

7  neck and he was pulling it.  And I was

8  telling him to turn a loose and he wouldn't

9  for me.  And I couldn't get it off.

10          So I had Robert, Junior to go in.

11  And his dad went in with him.  And while

12  they were in there getting the belt off, I

13  was dialing 911.

14      Q.    Okay.  Is that a cordless phone?

15      A.    Yes, sir.

16      Q.    What happened next?

17      A.    Okay.  I dialed 911 and the

18  operator come on.  She asked me what was the

19  emergency.  And I said my son is trying to

20  hang himself.  And she said something to the

21  fact of she would be sending an ambulance

22  out, but she also had an officer in route.

23  Okay.

**FREEDOM COURT REPORTING**

1    I was still on the phone with

2  her.  And she said that just let her know,

3  you know, what he was doing.  Well, he went

4  to vomiting on the bed.  He was spitting out

5  just a white foamy stuff.

6    Q.    Was that before or after the belt

7  had been loosened?

8    A.    That was after they took the belt

9  off.

10    Q.    Did they get it completely off of

11  him?

12    A.    They got it completely off.

13    Q.    Did it have to be cut off or taken

14  off or was it just taken off?

15    A.    No.  Between the two, they got it

16  off of him.

17    Q.    Okay.  And he was vomiting or

18  foaming or whatever it was --

19    A.    Foaming.

20    Q.    -- while you were on the phone

21  with 911?

22    A.    Correct.

23    Q.    What was -- Besides the vomiting

**FREEDOM COURT REPORTING**

1    A.    Because I had to find a place to

2    put him.

3    Q.    How long did it take to make those

4    several phone calls?

5    A.    Maybe fifteen, twenty minutes.

6    Q.    And part of that time you were

7    outside?

8    A.    Yes, sir.

9    Q.    Okay.  And your husband was

10   talking with the ambulance driver.  Was that

11   during the phone call?

12   A.    No.  He had come with me to make

13   some of the calls because he was trying to

14   help me keep up with the numbers that I had

15   wrote down.

16   Q.    Do you remember the name of the

17   doctor who treated Neal at the Andalusia ER?

18   A.    No, sir.

19   Q.    Was it one doctor or more than one

20   doctor?

21   A.    I just seen one doctor come in.  I

22   can't state, you know, me being outside who

23   might have.  Just one is all I know.

# FREEDOM COURT REPORTING

1       Q.    How many nurses?

2       A.    I seen two come in.

3       Q.    So one doctor and two nurses.  Do

4   you remember the names of any of the nurses?

5       A.    No, sir.

6       Q.    Was there ever a time when they

7   were in the room or the area where they were

8   treating Neal that you were not in there?

9       A.    That who?

10      Q.    In other words, the doctors or the

11  nurses were in the room with Neal but you

12  weren't in the room?

13      A.    I don't know that now.  If they --

14  I'm trying to get the question you asked

15  right.  Do it again.

16      Q.    Sure.  Let's make it a little bit

17  more specific.  While you were making your

18  telephone calls, was there ever a time while

19  you were making those telephone calls

20  outside that there was a doctor or a nurse

21  in the room with Neal?

22      A.    Yes, sir.  One time because they

23  called for me to come in there.

# FREEDOM COURT REPORTING

1      Q.    Okay.  Was it the doctor or a

2  nurse?

3      A.    I believe it was the doctor.

4      Q.    Okay.  And they called for you to

5  come in there.  What did -- What did he say

6  when you got in there?

7      A.    I think they was wanting to know

8  the medications that he was taking.  Was he

9  allergic to anything, things like that.

10     Q.    Did you see them give him any kind

11  of physical examination?

12     A.    No, sir.

13     Q.    Could they have given him a

14  physical examination while you were out of

15  the room?

16     A.    Possibility.

17     Q.    But you're sure they didn't give

18  him any x-rays or take any x-rays?

19     A.    No x-rays.

20     Q.    To your knowledge, did Neal ever

21  suffer from a broken bone because of this

22  incident?

23     A.    No, sir.

**FREEDOM COURT REPORTING**

1          Q.    How long was he at the Andalusia

2    ER?

3          A.    I'm really not sure.  It was

4    probably way over an hour by the time he was

5    cleaned, got around, got a place to put him

6    when the ambulance got there to take him.

7          Q.    Was it the same ambulance that

8    brought him there or a different one?

9          A.    It could have been the same

10   company.  But it was different people I

11   think.

12         Q.    You talked about Chris talking to

13   Robert.  Did you have any conversation with

14   Chris there at the hospital?

15         A.    No.  I just told him to just let

16   it go.

17         Q.    Did the doctors at Andalusia give

18   Neal any medication or do any kind of

19   treatment that you saw?

20         A.    Nothing that I saw.

21         Q.    Did they put anything on his tazer

22   wound?

23         A.    Nothing that I saw.

**FREEDOM COURT REPORTING**

1     Q.    Where was Neal taken to from

2   Andalusia?

3     A.    Laurel Oaks in Dothan.

4     Q.    And that was where you were

5   finally able to find him a room?

6     A.    Yes, sir.

7     Q.    Do you remember who you spoke to

8   there at Laurel Oaks to find him a room?

9     A.    No, sir, I don't.

10     Q.    Did you go over to Laurel Oaks

11   with him?

12     A.    Yes, sir.

13     Q.    In the ambulance or did you

14   follow?

15     A.    I rode in the ambulance.

16     Q.    You did ride in the ambulance?

17     A.    Yes, sir.

18     Q.    How many people were in the

19   ambulance besides you and Neal?

20     A.    The driver and one in the back.

21     Q.    Okay.  And you're positive that it

22   was a different crew?

23     A.    I'm not positive it was a

# FREEDOM COURT REPORTING

1  different crew because I can't remember what

2  those looked like that was at the house.

3      Q.   All right.  I think we've got sort

4  of a picture of one of them.  I sort of have

5  a profile of this fellow here.  That's

6  Defendant's Exhibit 5 to Neal's deposition.

7      A.   I'm not sure if that was one of

8  them or not.  I can't be positive.

9      Q.   Okay.  How long does it take to

10 get to Laurel Oaks from Andalusia?

11     A.   I don't really know with them

12 driving.  I'm not sure.

13     Q.   Do you have any idea how long it

14 took you that day?

15     A.   I don't know.  Maybe an hour and a

16 half.  Something like that.  I'm not sure.

17     Q.   Did they run lights and siren or

18 did --

19     A.   No.

20     Q.   -- they just go?

21     A.   They just went normal.

22     Q.   Okay.  And when he got to Laurel

23 Oaks, what happened there?

**FREEDOM COURT REPORTING**

1    A.    He's just a psychiatrist.

2    Q.    Okay.

3    A.    I don't know what you call them

4 people.  But anyway, he does all the testing

5 with Neal.

6    Q.    Okay.  Neal kind of referred to

7 you when I asked him about the criminal

8 charges, the reckless -- I'm sorry -- the

9 obstruction of governmental operations and

10 resisting arrest charges that came out of

11 this.  What happened with those charges?

12    A.    We haven't even never got to go to

13 court on them yet.  Each time that she would

14 set -- try to get a date set --

15    Q.    Who is she?

16    A.    The attorney.  Deb Smith.

17    Q.    That's his defense attorney?

18    A.    Correct.

19    Q.    Each time she would try to get a

20 date set --

21    A.    He would either wind up -- When

22 she'd make the visit for us to see him, he

23 would wind up back in the hospital where she

# FREEDOM COURT REPORTING

1  had seen him because he would be -- you

2  couldn't talk to him.  He was agitated,

3  scratching and rocking.

4      Q.   The last document that's going to

5  be -- What I have here is Defendant's

6  Exhibit 6, which is the last of the three

7  documents that you have given me this

8  morning from Psychological Specialties.

9          (Whereupon, Defendant's Exhibit

10  No. 6 was marked for identification.)

11      Q.   There's some indication here on

12  the back about his competency to stand trial

13  right around page five I think is where it

14  begins.

15          Was this document prepared for the

16  charges that came out of the July 13th

17  incident or the later one involving the

18  altercation between Neal and his brother?

19      A.   The altercation between Neal and

20  his brother.

21      Q.   Okay.  Did the altercation between

22  Neal and his brother have any impact on

23  trying the charges that Chris arrested him

# FREEDOM COURT REPORTING

Page 113

1    for?

2        A.    I don't understand what you're

3    saying.

4        Q.    You told me that there were

5    several times when Deb Smith attempted to

6    get a trial date for the charges that Chris

7    put on him?

8        A.    Yes, sir.

9        Q.    And that various things would

10    happen, he would pull his face or whatever

11    the case maybe, and it would be postponed?

12        A.    Yes, sir.

13        Q.    I took from that.

14        A.    Yes, sir.

15        Q.    Somewhere after this was when

16    Chris -- I'm sorry -- when Neal and his

17    brother had the altercation; right?

18        A.    Correct.

19        Q.    Okay.  What I'm asking you is, did

20    that altercation also postpone the

21    obstruction and the resisting arrest

22    charges?

23        A.    Possibility.

# Andalusia Regional Hospital    EMERGENCY ENCOUNTER RECORD

| Patient | Unit # | Status | Triage Time | Account # |

**AINSWORTH, CHRISTOPHER NEAL** AL0045064  PRE ER  10/08/05/1555  **D00100879658**

DOB     Age    Sex       Emergency Physician:Abdulmagid.Ayman
06/07/89   16     M
Reason For Visit:PSYCHOSIS        VS: T 96.9   P 108   R 20   B/P 132/75   Wt: 150
Triage Chief Complaint:            Spo2 on O2       Spo2 on RM 100 _
MOA: EMS        Accompanied By: EMS      Family Doctor: BARRETT
Police Notified [ ] _____ Animal Control [ ]_____    Tet Hx:UNKNOWN
ALLERGIES:No Known Drug Allergies. No Known Food Allergies. No Known Contrast Allergies.
       No Known Other Allergies

DIAGNOSTIC STUDIES /IMAGING
[ ]Chest _____ VIEW    [ ]CT _____
[ ]Port Chest       Contrast: [ ] w/o
[ ]Abd Series (F&E)     [ ] w/o   [ ] w/ &w/o
[ ]Abd AP/KUB
[ ]_____ View
[ ]Skull _____ View
[ ]Facial _____ View
[ ]Sinus _____ View
[ ]_____ View
SPINE
[ ] Cervical ___1V ___ AP/LAT ___ Complete
[ ] Thoracic ___1V ___ AP/LAT/SWIM
[ ] Lumber ___1V ___ AP/LAT ___ Complete

EXTREMITY
[ ] Shoulder ___1V ___ Complete    Other:_____
[ ] Elbow ___1V ___ Complete      _____
[ ] Wrist ___2V ___ Complete       _____
[ ] Hand ___2V ___ Complete
[ ] Foot ___2V ___ Complete
[ ] Ankle ___2V ___ Complete
[ ] Hip ___1V ___ Complete
[ ] Femur ___1V ___ Complete

DIGITS Hand LH _____ RH_____
      Foot LF _____ RF_____

[ ] Cardiac: EKG, CHEST(port), Cardiac Enzymes
      CBC, CHEM12, CK, MG
[ ] CBC
[ ] Basic Metabolic        [ ] Old Records
[ ] Chem 12            [ ] EKG_____
[ ] CC Urine   [ ] Cath Ua    [ ] ABG_____
[ ] Lytes             [ ] Monitor_____
[ ] PT              [ ] Aerosol_____
[ ] PTT
[ ] Amylase         [ ] 02 Sat _____
[ ] Qual. HCG       [ ]_____
[ ] Quick Strep      [ ] GC_____
[ ]_____         [ ] Chlam_____
[ ] Wet Prep ____

[ ] _____      [ ] Gram Stain

[ ] Culture_____

Other: _(UA)._____

SPLINT _____
IMMOBLIZER_____

[ ] dT 0.5cc Lot NO._____   [ ] Exp._____

| Meds/ Treatment/ Dose/ IVS | Route | Initial | Time |
|---|---|---|---|
| _(handwritten)_ u mg / vm | | JN | 1035 |

Physicians Discharge Instructions

NURSE ASSESSMENT REVIEWED: [ ] Physician Signature      Departure Time: 1930

**DEFENDANT'S EXHIBIT**

1

NDALUSIA REGIONAL HOSPITAL
MERGENCY PHYSICIAN RECORD
AGE 2

**BEHAVIORAL EPISO**

AINSWORTH, CHRISTOPHER
D00100879658 D000045064
M/16      06/07/89   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
Abdulmagid, Ayman

| | |
|---|---|
| **I/GU** | |
| ☑ non-tender | ☐ tenderness |
| ☑ NL bowel sounds | ☐ bowel sounds increased / decreased |
| ☑ no organomegaly | ☐ CVA tenderness |
| **BACK** | |
| ☑ normal | ☐ muscular / midline tenderness |
| **SKIN** | |
| ☑ normal | ☐ rash |
| | ☐ diaphoresis |
| **EXTREMITIES** | |
| ☑ normal | ☐ tenderness |
| ☑ no pedal edema | |
| **NEUROLOGICAL** | |
| ☑ gait normal | ☐ ataxia |
| ☑ CN II-XII intact | ☐ focal weakness |
| ☑ no focal weakness | ☐ sensory loss |
| ☑ no sensory loss | |
| **PSYCHIATRIC** | |
| ☑ oriented x 3 | ☐ disoriented: person / place / time |
| ☑ mood/affect NL | ☐ depressed |
| | ☐ agitated |
| | ☐ hostile |

**Cardiac monitor strip:** ☐ NSR    ☐ no ectopy

**ELECTROCARDIOGRAM**
rate: _____
rhythm: ☑ NSR    ☐ interpreted by me
axis: ☐ normal   QRS: ☐ normal   ST/T : ☐ normal

impression: ☐ normal EKG:
☐ abnormal EKG: _____

☐ Comparison to previous EKG (date: _____) ☐ unchanged

**CXR:** ☐ normal
☐ abnormal _____

Other radiographic studies: _____

| | | |
|---|---|---|
| **CBC:** | ☐ normal except: | WBC _____ H/H _____ |
| | plts: | segs/ Bands _____ |
| **BMP:** | ☐ normal except: | _____ |
| **CMP:** | ☐ normal except: | _____ |
| **PT / PTT:** | ☐ normal | _____ |
| **amylase:** | ☐ normal | _____ |
| **LFTs:** | ☐ normal except: | _____ |
| **U/A :** | ☐ normal except: | _____ |
| **HCG:** | urine / serum | ☐ positive ☐ negative |
| **ETOH level:** | _____ | |
| **ASA level:** | _____ | |
| **APAP level:** | _____ | |
| **drug screen:** | urine / serum | ☑ negative |

**ABG:**  FiO₂: _____  PaO₂: _____  ☐ hypoxia
pH: _____  SaO₂: _____  ☐ acidosis:  *metabolic*
PaCO₂: _____  ☐ alkalosis:  *respiratory*

**ED COURSE**   ☐ poison control called @: _____   advised: _____
Treatment                                Response

16:08 _Called Bradford, will call on phone_

16:40 _pt Bradford called back, will call in_

18:15 _just state cant go to orphan E_

_will not have ..._

**CRITICAL CARE TIME:** _____ (minutes)
(Time for other billable procedures or teaching not included)

☐ Old records reviewed _____   ☐ Admission orders written
☐ Discussed with Dr. _____
☐ Counseled patient/family: test results / diagnosis / follow-up
☐ Counseling / coordination of care accounted for > 50% of total patient care ti
of _____ min / hr.

**CLINICAL IMPRESSION**
~~Suicide Attempt~~   *Suicidal Ideation*   *Depression*
~~Schizophrenia, Acute~~  *Drug Overdose*   *Intoxication*
Schizoaffective Disorder  *Bipolar Disorder*

_acute psychosis_

**DISPOSITION**   (time: _____)   ☐ involuntary commitme
☐ home   ☐ admit   ☑ transferred   ☐ AMA   ☐ observation  ☐ expire
☐ released to family   ☐ discharged in police custody
Condition: ☐ stable   ☐ fair   ☐ good   ☐ poor   ☐ critical   ☐ impro
Follow-up: ☐ ED   ☐ PMD   ☐ on-call _____ in _____ days
Instructions: _____

Rx: _____

**ATTENDING NOTE**
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ labs reviewed   ☐ x-rays reviewed
☐ I agree with above diagnosis   ☐ I have reviewed the treatment plan / con

Resident / NI
MD / DO

☐ See Addendum Sheet

**ANDALUSIA REGIONAL HOSPITAL**
EMERGENCY PHYSICIAN RECORD

**BEHAVIORAL EPISODE / OVERDOSE**

AINSWORTH, CHRISTOPHER
D00100879658 D000045064
M/16    06/07/89   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
Abdulmagid, Ayman

Time Seen: 15:35    Room: 7
Historian: patient / EMS _____
History limited by: _____   ☐ Translator

**CHIEF COMPLAINT:**
☐ depressed    ☑ hallucinations
☐ anxious    ☐ suicide attempt
☐ suicidal ideation   ☐ homicidal ideation

**HISTORY OF PRESENT ILLNESS:**
age: 16    race: W / B / H / O    gender: M / F

_handwritten notes_

☐ prior psychiatric history: _____
☐ prior suicide attempts: _____
onset of recent exacerbation: _____ hrs / days / weeks
**Associated symptoms:**    ☐ none
☐ anger    ☐ agitation
☐ anxiety    ☐ suicidal thoughts
☐ depression    ☐ paranoid
☐ hallucinations: auditory / visual / tactile, olfactory

**Exacerbating factors:**    ☐ none
☐ family issues    ☐ spouse / girlfriend / boyfriend
☐ employment issues    ☐ recent death / anniversary
☐ medication non-compliance ☐ financial issues
☐ IV drug use

**Support system:**    ☐ none
☐ spouse    ☐ children
☐ parents    ☐ friend: _____
☐ psychologist    ☐ social worker
☐ psychiatrist

**CHARACTER OF SUICIDE ATTEMPT**
☐ self inflicted wound(s) _____
☐ hanging
☐ car exhaust
☐ drug ingestion:

| drug | dosage | # of tablets |
|------|--------|--------------|
|      |        |              |
|      |        |              |
|      |        |              |
|      |        |              |

☐ other: _____

**PMH/SH/FH**  ☐ Reviewed on nurse's notes and agree

**PAST MEDICAL HISTORY**    ☐ none
☐ HTN    ☐ CVA    ☐ cardiac disease
☐ seizures    ☐ diabetes    ☐ TIA
☐ COPD / asthma    ☐ pneumonia    ☐ renal disease
☐ peptic ulcer disease    ☐ hepatitis
☐ cancer
☐ other : _Arthur_
_Schizophrenia_

**SURGERIES:**

**FAMILY HISTORY**

**SOCIAL HISTORY**
☐ alcohol
☐ tobacco
☐ drug abuse
☐ lives alone / spouse / family / nursing home

**MEDICATIONS** ☑ see nurse's note

**ALLERGIES** ☑ NKDA
☐ see nurse's note

**REVIEW OF SYSTEMS**
☑ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:
☐ General: _____
☐ ENT: _____
☐ Eyes: _____
☐ Resp: _____
☐ CV: _____
☐ GI: _____
☐ GU: _____
☐ Skeletal: _____
☐ Skin:    ☐ abscesses
☐ Neuro/Psych:    SEE HPI
☐ Endocrine: _____

**ADDITIONAL HISTORY**
_handwritten notes_

_PMD: Barrett_

**PHYSICAL EXAM**  ☑ vital signs reviewed  ☑ VS stable
HR _____ Bp _____ RR _____ T _____ SaO₂ % _____

**APPEARANCE:**
☑ normal    ☐ distressed: mild / moderate / severe
**HEENT**
☐ normal
☐ icteric
☐ pharyngeal erythema
☐ nasal congestion / drainage
**NECK**
☐ normal    ☐ cervical adenopathy   ☐ meningismus
☐ thyromegaly
**CARDIOPULMONARY**
☐ NL breath sounds    ☐ wheezing / rales / rhonchi   R / L
☐ respiratory distress
☐ RRR    ☐ abnormal rate: slow / fast
☐ no murmur    ☐ abnormal rhythm
☐ murmur ___/6  systolic / diastolic

```
RUN DATE: 10/08/05              Andalusia Regional Hospital                    PAGE    1
RUN TIME: 1720              849 S Three Notch Street, Andalusia, Al. 36420
```

### *** BROADCAST REPORT/NOT PART OF PERMANENT RECORD ***

```
NAME: AINSWORTH,CHRISTOPHER NEAL        AGE/SEX: 16/M           LOCATION: D.ER
ACCT #: D00100879658                    UNIT #: D000045064      ROOM/BED:
PHYSICIAN:Abdulmagid,Ayman                                      ADM DATE:
DIAG: PSYCHOSIS
```

```
Specimen: 1008:US:C00034S    COMP    Collected: 10/08/05-1700    Received:  10/08/05-1700
```

| Test | Low | Normal | High | Flag Reference | Site |
|------|-----|--------|------|----------------|------|

### *** TOXICOLOGY ***

*UR DRG SCR QL*

| Test | Normal | Reference |
|------|--------|-----------|
| UR COCA QL | NEGATIVE | NEGATIVE |
| UR THC QL | NEGATIVE | NEGATIVE |
| UR AMPHET QL | NEGATIVE | NEGATIVE |
| UR BARB QL | NEGATIVE | NEGATIVE |
| UR BENZ QL | NEGATIVE | NEGATIVE |
| UR OPIATES QL | NEGATIVE | NEGATIVE |
| UR PCP QL | NEGATIVE | NEGATIVE |
| UR TRICYCLICS | NEGATIVE | NEGATIVE |

Andalusia Regional Hospital    E M E R G E N C Y   E N C O U N T E R   R E C O R D

| Patient | Unit # | Status | Triage Time | Account # |
|---|---|---|---|---|

AINSWORTH,CHRISTOPHER NEAL 0045064    PRE ER    07/13/05/1543    D00100742964

Emergency Physician:Preyear,Alzo

DOB            Age      Sex
06/07/89       16       M

Reason For Visit:ALTERCATION                        VS: T 99.4  P 121  R 20  B/P 151/97  Wt: 165
Triage Chief Complaint:                             Spo2 on O2          Spo2 on RM    _
MOA: EMS               Accompanied By: EMS          Family Doctor: NONE
Police Notified [ ]_____ Animal Control [ ]_____ Tet Hx:N/A
ALLERGIES:No Known Drug Allergies. No Known Food Allergies. No Known Contrast Allergies.
          No Known Other Allergies

---

DIAGNOSTIC STUDIES /IMAGING                    [ ] Cardiac: EKG, CHEST(port), Cardiac Enzymes
  [ ]Chest      VIEW        [ ]CT                     CBC, CHEM12, CK, MG
  [ ]Port Chest            Contrast: [ ] w/o      [ ] CBC                        [ ] Old Records
  [ ]Abd Series (F&E)       [ ] w/o  [ ] w/ &w/o  [ ] Basic Metabolic            [ ] EKG_____
  [ ]Abd AP/KUB                                   [ ] Chem 12                    [ ] ABG_____
  [ ]_____ View                              [ ] CC Urine   [ ] Cath Ua     [ ] Monitor_____
  [ ]Skull_____ View                             [ ] Lytes                      [ ] Aerosol_____
  [ ]Facial_____ View                           [ ] PT
  [ ]Sinus _____ View                           [ ] PTT
  [ ]_____ View                               [ ] Amylase                   [ ] O2 Sat _____
SPINE                                             [ ] Qual. HCG                  [ ]_____
  [ ] Cervical __1V ____ AP/LAT   Complete         [ ] Quick Strep               [ ] GC_____
  [ ] Thoracic ____1V ___ AP/LAT7SWIM              [ ] UDS                       [ ] Chlam_____
  [ ] Lumber __1V ____ AP/LAT ___ Complete         [ ] Wet Prep _____

EXTREMITY                                         [ ] _____            [ ] Gram Stain
  [ ] Shoulder __1V ____ Complete   Other:_____
  [ ] Elbow ____1V ____ Complete    _____   [ ] Culture
  [ ] Wrist ____2V ____ Complete    _____
  [ ] Hand ____2V ____ Complete                    Other:_____
  [ ] Foot ____2V ____ Complete
  [ ] Ankle ____2V ____ Complete
  [ ] Hip ____1V ____ Complete                     SPLINT_____
  [ ] Femur ____1V ____ Complete                   IMMOBLIZER_____

DIGITS Hand LH _____ RH_____
       Foot LF _____ RF_____

---

[ ] dT 0.5cc Lot NO._____  [ ] Exp._____

| Meds/ Treatment/ Dose/ IVS | Route | Initial | Time |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Physicians Discharge Instructions

---

NURSE ASSESSMENT REVIEWED: [   ] Physician Signature                    Departure Time

DEFENDANT'S
EXHIBIT

2

**NDALUSIA REGIONAL HOSPITAL**
**MERGENCY PHYSICIAN RECORD**

# PEDIATRIC ILLNESS

AINSWORTH, CHRISTOPHER
D00100742964 D000045064
M/16    06/07/89    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
Preyear, Alzo

me Seen: _____ Room: 1
istorian: (patient)/ EMS / parent / _____
istory limited by: _____    ☐ Translator

**HIEF COMPLAINT:** ☐ fever    ☐ cough    ☐ seizure
☐ congestion    ☐ vomiting    ☐ diarrhea    ☐ SOB
☐ wheezing    ☐ pulling at ears

Pt Hes a bolt ored neck throat

**HISTORY OF PRESENT ILLNESS:**
ge: 16    race: (W) B / H / O    gender: (M) F

_[handwritten notes, illegible]_ bi polar disorder

**REVIEW OF SYSTEMS**

☑ *ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED*

☐ *ROS cannot be obtained; patient unable to answer questions*

*Check box if system is normal:*

☑ General: _____
☑ ENT: _____
☑ Eyes: _____
☑ Resp: _____
☑ CV: _____
☑ GI: _____
☑ GU: _____
☑ Skeletal: _____
☑ Skin: _____
☐ Neuro/Psych: Bipolar dm
☑ Endocrine: _____

onset: _1_ ____ hrs / days / weeks — Octy 04

iming: persists    worse    better    resolved

ymptoms:    ☐ fever (oral, axillary, rectal, tympanic)
☐ cough    ☐ runny nose    ☐ sore throat
☐ congestion    ☐ pulling at ear    ☐ wheezing
☐ ear pain R /L    ☐ decreased fluid intake    ☐ seizure
☐ abdominal pain *periumbilical  RLQ  RUQ  LLQ  LUQ*
☐ vomiting  x _____    *solids only  liquids*
☐ diarrhea  x _____    *watery  formed  mucous*
☐ change in behavior    ☐ decreased urination
    ☐ time since last urination: _____

Severity of symptoms:    mild   moderate   severe
    pain scale (1—10): _____

Exacerbating factors:    ☑ none

Alleviating factors:    ☑ none

Feeding History: _[handwritten]_

Treatment prior to coming to ED:    ☐ none
☐ tylenol    ☐ ibuprofen    ☐ inhaler

Similar symptoms previously: YES / NO
**ADDITIONAL HISTORY:**
_____
_____
_____

**PMH/SH/FH**    ☐ Reviewed on nurse's notes and agree

**PAST MEDICAL HISTORY**    ☐ none
☐ otitis media    ☐ diabetes    ☐ pneumonia    ☐ RSV
☐ asthma    ☐ febrile seizure    ☐ ear tubes
☐ previous hospitalizations:
Bipolar disor2

**BIRTH HISTORY**
☐ term pregnancy    ☐ uncomplicated
☐ spontaneous vaginal delivery    ☐ C-section
☐ premature: _____ weeks
☐ complications: _____

**IMMUNIZATIONS**
☐ UTD
☐ not current: _____

**MEDICATIONS** ☑ see nurse's notes    **ALLERGIES** ☑ NKDA
☐ acetamenophen ☐ ibuprophen    ☐ see nurse's notes

**SOCIAL HISTORY**
☐ attends school / day care
☐ lives with parents / other caretaker: _____
☐ exposure to secondary smoke

**PHYSICAL EXAM**    ☑ vital signs reviewed    ☐ VS stable
HR _____ Bp _____ RR _____ T ____ *rectal / oral*  SaO₂ % _____

**APPEARENCE:**
☑ normal    ☐ distressed: mild / moderate / severe
☑ playful    ☐ fussy    ☐ poor eye contact
☐ attentive    ☐ irritable    ☐ toxic appearing
☐ easily consoled    ☐ distracted
☑ non-toxic appearing

_[handwritten]_

**HEENT**
☑ normal    ☐ bulging fontanelles
    ☐ dry mucus membranes
    ☐ conjunctival erythema / discharge
    ☐ pharyngeal erythema /exudate / ulcer
    ☐ nasal congestion / drainage
    ☐ R / L  TM erythema
    ☐ R / L  TM loss of landmarks
    ☐ R / L  ext auditory canal erythema / edema
    ☐ R / L  TM non-mobile

**NECK**
☑ normal    ☐ cervical adenopathy
☑ supple    ☐ meningismus

**RESPIRATORY**
☑ NL breath sounds    ☐ nasal flaring
☑ no resp distress    ☐ grunting respirations
    ☐ respiratory distress
    ☐ accessory muscle use
    ☐ wheezing / rales / rhonchi   R / L
    ☐ prolonged expiration
    ☐ retractions

**CARDIAC**
☑ RRR    ☐ abnormal rate: slow / fast
☑ no murmur    ☐ murmur __/6  systolic / diastolic

**GI**
☑ soft / non-tender    ☐ tenderness (see diagram)
☑ NL bowel sounds    ☐ guarding
☑ no organomegaly    ☐ bowel sounds: *increased / decreased*
    ☐ inguinal mass

**GENITALS**
☑ NL inspection    ☐ female:    ☐ vaginal discharge
    ☐ vaginal erythema
    ☐ male:    ☐ undescended testicle   R / L
    ☐ circumcised / uncircumcised
    ☐ testicles descended bilaterally

**EXTREMITIES**
☑ normal    ☐ cap refil > 2 seconds
☑ no injury / deformity

 

**ANDALUSIA REGIONAL HOSPITAL**
**EMERGENCY PHYSICIAN RECORD**
**PAGE 2**

**PEDIATRIC ILLNESS**

---

**SKIN**
☑ no rash    ☐ rash : face / trunk / extremities
                    erythema / vesicles / papular
                    petechiae
            ☐ poor skin turgor

**NEUROLOGICAL**   *Chane   (oreh*
☑ normal development for age _____
☐ orientation age appropriate    ☐ brudzinski's sign
                                  ☐ kernig's signs

---

**CXR:**    ☑ normal
            ☐ abnormal    _____

**Other radiographic studies:**
_____
_____
_____

**CBC:**  ☐ normal          **BMP:**  ☐ normal

0—16.7—211     segs: ___ %      142 | 106 | 10
2—4.5y              bands: ___ %     ————————
                    lymphs: ___ %    44 | 30 | 8
                                          | 1.1

**CMP:**                      ☐ normal except: _____
U/A: ("clean catch" / cath specimen) ☐ normal _____
Sed rate: _____
Rapid strep:       ☐ negative    ☐ positive
Stool rotazyme:    ☐ negative    ☐ positive
RSV swab:          ☐ negative    ☐ positive
_____
_____
_____

**PROCEDURE NOTE: - LUMBAR PUNCTURE**
☐ consent obtained
☐ patient position:    ☐ sitting          ☐ lying on side
☐ needle insertion site: ☐ L3/L4 interspace   ☐ L4/L5 interspace
☐ procedure successfully completed
☐ complications: _____

**RESULTS: WBCs:** ____ **PMNs:** ___ **lymphs:** _____ **RBCs:** ____
          glucose: ____  protein: _____
          bacterial antigens: _____
          gram stain _____

---

**ED COURSE**

| Treatment | Response |
|-----------|----------|
|           |          |

☐ Old records reviewed          ☐ Admission orders written
☐ Discussed with Dr. _____
☐ Counseled patient/family: test results / diagnosis / follow-up

☐ I HAVE PERFORMED A MEDICAL SCREENING EVALUATION
☐ NO EMERGENCY MEDICAL CONDITION EXISTS
☐ FURTHER EVALUATION NEEDED TO RULE OUT AN EMC

**CLINICAL IMPRESSION**

| Viral Syndrome | Pharyngitis | URI | Otitis Media  R / L |
|----------------|-------------|-----|---------------------|
| Pneumonia | Bronchitis | Asthma | Bronchiolitis |
| Croup | Gastroenteritis | Sepsis | Meningitis |
| Fever | Dehydration | | |

*Sucidal    Ofer    ↓ doch*
*1+ + of    B. Act.    Anxi*

**DISPOSITION**   (time: _____ )
☐ home  ☐ admit  ☐ transferred  ☑ AMA  ☐ observation  ☐ expired  ☐ MSO
**Condition:**     ☐ stable  ☐ fair  ☐ poor  ☐ critical  ☐ improved
**Follow-up:**     ☐ ED        ☐ PMD  ☐ on-call      in ____ days
**Instructions:** _____

**Rx:** _____
        _____

**ATTENDING NOTE**
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ labs reviewed            ☐ x-rays reviewed
☐ I agree with above diagnosis  ☐ I have reviewed the treatment plan / concur

_____ Resident / NP / PA
_____ MD / DO

RUN DATE: 07/14/05    ●    **ANDALUSIA REGIONAL HOSPITAL**
RUN TIME: 0101           **CLINICAL LABORATORY**
                  **849 SOUTH THREE NOTCH STREET**
                 **ANDALUSIA, AL  36240**

*** OUTPATIENT REPORT *** *****DO NOT DESTROY*****

| | |
|---|---|
| **NAME**: AINSWORTH, CHRISTOPHER NEAL | **AGE/SEX**: 16/M    **CLIENT**: |
| **ACCT #**: D00100742964 | **REG DATE**: 07/13/05  **LOCATION**:D.ER |
| **UNIT #**: D000045064 | **ORD BY**: Preyear,Alzo |
| | **FAMILY DOCTOR**: |

**Specimen:** 0713:US:C00078S    **Collected:** 07/13/05-1624  **Status:**  COMP    **Req#:** 00374638
                         **Received:**  07/13/05-1624  **Subm Dr:** Preyear,Alzo

**Ordered:**  BASIC METABOLIC

| Test | Low | Normal | High | Flag Reference | Sit |
|---|---|---|---|---|---|

*** CHEMISTRY ***

*** CHEMISTRY PROFILES ***

| | Low | Normal | High | Flag | Reference |
|---|---|---|---|---|---|
| *BASIC METABOLIC* | | | | | |
| NA | | 142 | | | 136-146 MMOL/L |
| K | | 4.4 | | | 3.5-5.1 MMOL/L |
| CL | | 102 | | | 98-108 MMOL/L |
| CO2 | | 30 | | | 21-32 MMOL/L |
| ANION GAP | | 14 | | | 10-20 MMOL/L |
| OSMOLALITY CALC | | 300 | | | 270-315 mOsm/kg |
| GLUCOSE | | 83 | | | 65-99 MG/DL |
| BUN | | 10 | | | 7-18 MG/DL |
| CREATININE | | 1.3 | | | 0.6-1.3 MG/DL |
| BUN/CREAT RATIO | | 7.6 | | L | 12-20 RATIO |
| CALCIUM | | 9.6 | | | 8.8-10.5 MG/DL |

**Specimen:** 0713:US:C00079S    **Collected:** 07/13/05-1624  **Status:**  COMP    **Req#:** 00374638
                         **Received:**  07/13/05-1624  **Subm Dr:** Preyear,Alzo

**Ordered:**  UR DRG SCR QL

| Test | Low | Normal | High | Flag Reference | Sit |
|---|---|---|---|---|---|

*** CHEMISTRY ***

*** TOXICOLOGY ***

| | Low | Normal | High | Flag | Reference |
|---|---|---|---|---|---|
| *UR DRG SCR QL* | | | | | |
| UR COCA QL | | NEGATIVE | | | NEGATIVE |
| UR THC QL | | NEGATIVE | | | NEGATIVE |
| UR AMPHET QL | | NEGATIVE | | | NEGATIVE |
| UR BARB QL | | NEGATIVE | | | NEGATIVE |
| UR BENZ QL | | NEGATIVE | | | NEGATIVE |
| UR OPIATES QL | | NEGATIVE | | | NEGATIVE |

**RUN DATE:** 07/14/05     ANDALUSIA REGIONAL HOSPITAL
**RUN TIME:** 0101                CLINICAL LABORATORY
                              849 SOUTH THREE NOTCH STREET
                                 ANDALUSIA, AL  36240

*** OUTPATIENT REPORT *** *****DO NOT DESTROY*****

| PATIENT: AINSWORTH,CHRISTOPHER NEAL | ACCT #: D00100742964 | ROOM/BED: |
| --- | --- | --- |

| Test | Low | Normal | High | Flag Reference | Sit |
| --- | --- | --- | --- | --- | --- |
| | | *** CHEMISTRY *** (continued) | | | |
| | | *** TOXICOLOGY *** (continued) | | | |
| UR PCP QL | | NEGATIVE | | NEGATIVE | |
| UR TRICYCLICS | | NEGATIVE | | NEGATIVE | |

**Specimen:** 0713:US:H00052S   **Collected:** 07/13/05-1624  **Status:** COMP   **Req#:** 00374638
                               **Received:** 07/13/05-1624  **Subm Dr:** Preyear,Alzo

**Ordered:**  CBC

| Test | Low | Normal | High | Flag Reference | Sit |
| --- | --- | --- | --- | --- | --- |
| | | *** HEMATOLOGY *** | | | |
| | | *** COMPLETE BLOOD COUNT *** | | | |
| *CBC* | | | | | |
| WBC | | 9.2 | | 4.5-13.5 K/MM3 | |
| RBC | | 5.55 | | 4.70-6.10 M/MM3 | |
| HGB | | 16.7 | H | 11.5-15.5 GM/DL | |
| HCT | | 48.5 | | 36.0-50.0 % | |
| MCV | | 87.4 | | 78.0-98.0 FL | |
| MCH | | 30.0 | | 27.0-31.0 PG | |
| MCHC | | 34.3 | | 31.0-37.0 GM/DL | |
| RDW | | 12.1 | | 11.5-14.4 % | |
| PLT | | 211 | | 130-400 K/MM3 | |
| MPV | | 8.2 | | 7.4-10.4 FL | |
| NEUT % | | 68.9 | H | 43.0-65.0 % | |
| LYMPH % | | 17.3 | L | 20.5-45.5 % | |
| MONO % | | 5.8 | | 5.5-11.7 % | |
| EOS % | | 4.4 | H | 0.9-2.9 % | |
| BASO % | | 3.6 | H | 0.2-1.0 % | |
| NEUT # | | 6.4 | H | 2.2-4.8 K/MM3 | |
| LYMPH # | | 1.6 | | 1.3-2.9 K/MM3 | |
| MONO # | | 0.5 | | 0.3-0.8 K/MM3 | |
| EOS # | | 0.4 | H | 0.0-0.2 | |
| BASO # | | 0.3 | H | 0.0-0.1 K/MM3 | |

```
RUN DATE: 07/13/05              Andalusia Regional Hospital           PAGE    1
RUN TIME: 1640           849 S Three Notch Street, Andalusia, Al. 36420

                   *** BROADCAST REPORT/NOT PART OF PERMANENT RECORD ***
```

| NAME: AINSWORTH,CHRISTOPHER NEAL | AGE/SEX: 16/M | LOCATION: D.ER |
|---|---|---|
| ACCT #: D00100742964 | UNIT #: D000045064 | ROOM/BED: |
| PHYSICIAN:Preyear,Alzo | | ADM DATE: |
| DIAG: ALTERCATION | | |

```
Specimen: 0713:US:C00079S    COMP    Collected: 07/13/05-1624    Received:  07/13/05-1624
```

| Test | Low | Normal | High | Flag Reference | Site |
|---|---|---|---|---|---|

**\*\*\* TOXICOLOGY \*\*\***

| _UR DRG SCR QL_ | | | |
|---|---|---|---|
| UR COCA QL | NEGATIVE | NEGATIVE | |
| UR THC QL | NEGATIVE | NEGATIVE | |
| UR AMPHET QL | NEGATIVE | NEGATIVE | |
| UR BARB QL | NEGATIVE | NEGATIVE | |
| UR BENZ QL | NEGATIVE | NEGATIVE | |
| UR OPIATES QL | NEGATIVE | NEGATIVE | |
| UR PCP QL | NEGATIVE | NEGATIVE | |
| UR TRICYCLICS | NEGATIVE | NEGATIVE | |

_Temi_

```
RUN DATE: 07/13/05                  Andalusia Regional Hospital                      PAGE    1
RUN TIME: 1700              849 S Three Notch Street, Andalusia, Al. 36420
```

### *** BROADCAST REPORT/NOT PART OF PERMANENT RECORD ***

| | | |
|---|---|---|
| **NAME:** AINSWORTH,CHRISTOPHER NEAL | **AGE/SEX:** 16/M | **LOCATION:** D.ER |
| **ACCT #:** D00100742964 | **UNIT #:** D000045064 | **ROOM/BED:** |
| **PHYSICIAN:** Preyear,Alzo | | **ADM DATE:** |
| **DIAG:** ALTERCATION | | |

**Specimen:** 0713:US:C00078S    COMP    **Collected:** 07/13/05-1624    **Received:** 07/13/05-1624

| Test | Low | Normal | High | Flag Reference | Site |
|---|---|---|---|---|---|
| *BASIC METABOLIC* | | | | | |
| NA | | 142 | | 136-146 MMOL/L | |
| K | | 4.4 | | 3.5-5.1 MMOL/L | |
| CL | | 102 | | 98-108 MMOL/L | |
| CO2 | | 30 | | 21-32 MMOL/L | |
| ANION GAP | | 14 | | 10-20 MMOL/L | |
| GLUCOSE | | 83 | | 65-99 MG/DL | |
| OSMOLALITY CALC | | 300 | | 270-315 mOsm/kg | |
| BUN | | 10 | | 7-18 MG/DL | |
| CREATININE | | 1.3 | | 0.6-1.3 MG/DL | |
| BUN/CREAT RATIO | | 7.6 | L | 12-20 RATIO | |
| CALCIUM | | 9.6 | | 8.8-10.5 MG/DL | |

- lowl oak - Dothan
- Dr mcGow~
- 334 - 794 - 7373

Natalie

```
RUN DATE: 07/13/05              ● Andalusia Regional Hospital ●        PAGE      1
RUN TIME: 1629                849 S Three Notch Street, Andalusia, Al. 36420

                      *** BROADCAST REPORT/NOT PART OF PERMANENT RECORD ***
```

| | | |
|---|---|---|
| **NAME:** AINSWORTH, CHRISTOPHER NEAL | **AGE/SEX:** 16/M | **LOCATION:** D.ER |
| **ACCT #:** D00100742964 | **UNIT #:** D000045064 | **ROOM/BED:** |
| **PHYSICIAN:** Preyear, Alzo | | **ADM DATE:** |
| **DIAG:** ALTERCATION | | |

**Specimen:** 0713:US:H00052S    COMP    **Collected:** 07/13/05-1624    **Received:** 07/13/05-1624

| Test | Low | Normal | High | Flag Reference | Site |
|------|-----|--------|------|----------------|------|

```
************************************* HEMATOLOGY *********************************************
```

| Test | Low | Normal | High | Flag | Reference |
|------|-----|--------|------|------|-----------|
| *CBC* | | | | | |
| WBC | | 9.2 | | | 4.5-13.5 K/MM3 |
| RBC | | 5.55 | | | 4.70-6.10 M/MM3 |
| HGB | | 16.7 | | H | 11.5-15.5 GM/DL |
| HCT | | 48.5 | | | 36.0-50.0 % |
| MCV | | 87.4 | | | 78.0-98.0 FL |
| MCH | | 30.0 | | | 27.0-31.0 PG |
| MCHC | | 34.3 | | | 31.0-37.0 GM/DL |
| RDW | | 12.1 | | | 11.5-14.4 % |
| PLT | | 211 | | | 130-400 K/MM3 |
| MPV | | 8.2 | | | 7.4-10.4 FL |
| NEUT % | | 68.9 | | H | 43.0-65.0 % |
| LYMPH % | | 17.3 | | L | 20.5-45.5 % |
| MONO % | | 5.8 | | | 5.5-11.7 % |
| EOS % | | 4.4 | | H | 0.9-2.9 % |
| BASO % | | 3.6 | | H | 0.2-1.0 % |
| NEUT # | | 6.4 | | H | 2.2-4.8 K/MM3 |
| LYMPH # | | 1.6 | | | 1.3-2.9 K/MM3 |
| MONO # | | 0.5 | | | 0.3-0.8 K/MM3 |
| EOS # | | 0.4 | | H | 0.0-0.2 |
| BASO # | | 0.3 | | H | 0.0-0.1 K/MM3 |

**Andalusia Regional Hospita**

### INTENSIVE CORONARY CARE UNIT
### MONITOR RECORD

| Date Time | STRIP | REMARKS |
|---|---|---|

Exam 1 7/1:    HY  PULSE -?-  PVC 0  NBP 151/97 (113)



.2:45  HR 111  SINUS TACHY  PULSE -?-  PVC 0  NBP 146/77 (99)  RESP 21  %SpO2 96  25 mm/sec



P.R. Interval: _____
Ventricular Rate: _____

P.R. Interval: _____
Ventricular Rate: _____

P.R. Interval: _____
Ventricular Rate: _____







