# EXHIBIT C

**Laurel Oaks Behavioral Health Center Records for Christopher Neal Ainsworth, dated 7/13/05**

**LAUREL OAKS BEHAVIORAL HEALTH CENTER**
700 East Cottonwood Road
Dothan, Alabama 36301

## HISTORY AND PSYCHIATRIC EVALUATION

**NAME:** Christopher Ainsworth                **MEDICAL RECORD NO.:** 2056

**DATE OF BIRTH:** 06/07/89                   **ADMIT DATE:** 07/13/05

**PHYSICIAN:** Jerlyn C. McCleod, M.D. (Patient was admitted to Dr. Meghani and patient was transferred to Dr. McCleod on 07/15/05)

---

## PATIENT PROFILE:
This is the 2nd psychiatric admission for this 16-year-old Caucasian male.

| | |
|---|---|
| Address: | 5825 Sweatt Lane Red Level, Alabama 36474 |
| Phone No: | 334-469-2202 |
| Informant: | The patient, the patient's biological parents, the patient's chart and the patient's old records. |
| SSN: | 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 |

## CHIEF COMPLAINT:
Suicidal attempt via tying a belt around his neck.

## HISTORY OF PRESENT ILLNESS:
This is a 16-year-old Caucasian male that was referred to Laurel Oaks Behavioral Health Center for acute psychiatric care by Dr. Meghani. Patient was initially admitted on 07/13/05 and at the request of the parents he was transferred to Dr. McCleod on 07/15/05. He was secondary to a suicide attempt where he had tied around his neck and attempted to choke himself to death. Reportedly he was upset with his mother who had been calling different facilities with a plan to get an inpatient evaluation done because of his ongoing difficulties and because his JPO wanted it done. He has a history of severe behavioral problems with being defiant, lying, and being disrespectful. He has severe problems with paying attention and hyperactivity. He has problems focusing, can't concentrate and acts like he is constantly moving and can't be still. He has severe anger and irritability problems and can snap. He has a history of mood instability and one time attacked his mother when she asked him to get out of bed. He would throw objects at others and has rapid mood changes up and down. He has severe anxieties and excessive worries of worrying about peers picking on him, chewing on his nails, pencils, cuticles and constantly picking at things. He has difficulty sleeping and will only sleep two to four hours per night. He has reported auditory and visual hallucinations of voices telling him what to do, seeing white lights, seeing his dead grandmother and hearing his dead grandmother talking to him. He is described as when he gets angry of hearing a good voice on one shoulder and a bad voice on another shoulder. He has had several suicide attempts in the past three years and has made attempts to choke himself with
Continued.....

1

NAME: Christopher Ainsworth
History and Psychiatric Evaluation

a belt on previous occasions. He tends to resort to this when he gets angry. He has a history of homicidal ideation of threatening to kill family members when he gets angry with his family. He once threatened to shoot his mother and reported knowing that there was a gun in the house. That incident occurred in February, which resulted in the family contacting the police and getting him sent to the Diversion Center. At that time, he was charged with third degree assault and is now on probation. His juvenile probation officer is Freda Barton and has also been concerned with his difficulties and recommended a psychiatric evaluation. He has been under the care of Dr. Meghani and Dr. Hall since his discharge from Laurel Oaks and has had multiple medication trials. He initially had done well on Risperdal, Depakote, and Zoloft. He began having side effects from these medications and reported 3 seizures sometimes between May and June, which they thought were a result of the medications. He eventually began having worse behavior and his family doctor put him on a lower dose of Zoloft and started him on Ritalin. Patient had improvement with the hyperactivity, but continued to have behavioral problems and mood problems and suicidal gestures. On the day of admission, when he attempted to tie the belt around his neck his mom called the police and upon their arrival they brutally attacked the patient according to the mom. He was then tasered and received several injuries on his arm and waist from the taser gun. He was taken to the emergency room for medical evaluation and was medically cleared. It is reported that the police did file charges against him for resisting arrest.

**DEVELOPMENTAL HISTORY:**
He reportedly is the product of a planned pregnancy. There were health problems during the pregnancy with mom suffering from dehydration during the pregnancy requiring hospitalization. Prenatal care was provided. There was no use of drugs or alcohol during the pregnancy and he was a full-term pregnancy. His birth weight was 6 pounds and 4 ounces. He first walked at age 14 months. He said his first words late. He said his first sentences late. He was first toilet trained to bladder at age 2 and he was first toilet trained to bowel at age 2. He has some developmental delays of his expressive language and his articulation.

**PAST MEDICAL AND PSYCHIATRIC HISTORY:**
His medical history is significant for asthma and skin acne and a history of 3 seizures occurring in the month of May 2005. His psychiatric history is significant for one previous psychiatric hospitalization at Laurel Oaks Behavioral Health Center under the care of Dr. Tessema and Dr. Meghani. His outpatient care had been under Dr. Meghani and Dr. Hall. His discharge diagnoses was Bipolar II Disorder, Conduct Disorder, Oppositional Defiant Disorder and Antisocial Personality Traits.

**ALLERGIES:**
He has no known drug allergies and no known food allergies.

2

**NAME:** Christopher Ainsworth
History and Psychiatric Evaluation

## MEDICATIONS:
Current medications include Zoloft 15mgs q h.s. Ritalin 10mgs t.i.d. Atrovent Inhaler two puffs q 4 hours PRN. Albuterol inhaler two puffs b.i.d. Accuhist 100mgs b.i.d. Past medications include Risperdal, Depakote, Trazodone and Vistaril, all discontinued due to causing seizures, mom is not sure of which one caused the seizures.

## FAMILY HISTORY:
The family history is significant for his mother who has had a history of auditory and visual hallucinations and depression as well as anxiety. She has a history of attempted suicide. It is reported she is on different medications. He has a maternal uncle who has been diagnosed with Bipolar Disorder and had committed suicide when he was in jail. He has a brother who has a history of Bipolar Disorder as well as illicit drug and alcohol abuse. There is a family medical history of heart disease and high blood pressure, stroke, epilepsy and convulsions.

## SOCIAL HISTORY:
The patient resides in Red Level, Alabama with his biological mother. The family recently moved there from Opp, Alabama. The parents' are divorced, but the father has daily contact with the patient. He has an older brother who is 18 and has a history of drug problems and conduct problems. Brother had been in the Diversion Center and Boot Camp. The patient has a history of legal problems with being placed in the Diversion Center and is currently on probation. He has a history of being charged with third degree assault. His juvenile probation officer is Freda Barton of Covington County. His educational history is that he had last attended the 8th grade at Opp Middle School and has a history of repeating Kindergarten and 8th grade. He has a history of poor grades and behavioral problems in school. He has no gender identity issues. He has no history of physical, sexual or emotional abuse. He has no history of substance abuse. He has no listed preferred religious faith.

## MENTAL STATUS EXAMINATION:
This is a 16-year-old Caucasian male who looks his stated age. He is alert and oriented times three. His appearance is that of good grooming and hygiene. His attitude is calm, cooperative and polite. He has good eye contact. His speech is of a normal rate, tone and amount. His psychomotor activity is extremely increased. His mood and affect are euthymic. His thought processes are linear and goal-directed and minimizing of his behavior. His thought content is that he denies auditory or visual hallucinations. He denies current suicidal ideation, plan or intent although he did get referred due to attempting to tie a belt around his neck and he realized that he was angry and did not want to kill himself. He denies homicidal ideations although he does have a history of threatening to kill his family with a gun and is currently on probation for that. He does not have auditory or visual hallucinations. He did not appear to be delusional. His insight is poor and his judgment is impaired. His intelligence is believed to be average based on vocabulary. His memory appears to be intact.

**NAME:** Christopher Ainsworth
History and Psychiatric Evaluation

## PATIENT ASSETS/LIABILITIES:

**Assets:** He is in good physical health. He has family involvement. He is able to verbalize his thoughts and feelings and appears to be minimally motivated for treatment.

**Liabilities:** He has a significant family history of mental illness including completed suicide. He has poor response and side effects to previous medication trials. He has serious legal charges and conflict with his primary caregiver.

## REVIEW OF SYSTEMS AND PHYSICAL EXAMINATION:
To be done by Dr. Clarke.

## LABS:
Pending

## SUMMARY:
This is the 2nd psychiatric hospitalization for this 16-year-old Caucasian male who was referred to Laurel Oaks Behavioral Health Center by Dr. Meghani due to failure of outpatient treatment and suicide attempt via attempting to choke himself to death with a belt. He was initially admitted to Dr. Meghani, but at the request of the parents was transferred to this writer. He currently complains of symptoms of mood instability, difficulty paying attention, hyperactivity, behavioral problems, violent behavior, excessive anxieties and worries, sleep problems and auditory and visual hallucinations. He has a family history of severe psychiatric problems including suicidal behavior and completed suicide. He has significant legal problems and is currently on probation and has new charges for resisting arrest. He is in need of acute psychiatric hospitalization for further evaluation and stabilization of his mood and suicidal thoughts. He needs to be watched closely for medication side effects due to a history of developing seizures on past medications.

## DIAGNOSTIC IMPRESSION:

| | |
|---|---|
| AXIS I: | 1) Bipolar II Disorder with Psychotic Features. |
| | 2) Attention Deficit Hyperactivity Disorder Combined Type. |
| | 3) Overanxious Disorder. |
| | 4) Parent/Child Relational Problems. |
| | 5) Conduct Disorder Adolescent Onset. |
| | 6) Rule Out Obsessive/Compulsive Disorder. |
| | 7) Rule Out Learning Disabilities. |
| AXIS II: | Deferred. |
| AXIS III: | Asthma, status post injury from being struck by police and being tasered by a taser gun. |
| AXIS IV: | Difficulty with primary support, legal problems, academic problems. |
| AXIS V: | Current GAF: 30 |

4

NAME: Christopher Ainsworth
History and Psychiatric Evaluation

**PLAN:** Admit to the Acute Adolescent Unit. Place patient on all 3 precautions including suicide, elopement, and assaultive for 24 hours. Obtain admission labs. Obtain vital signs. Continue medications with plans to adjust as necessary. Psychological testing to be ordered as necessary.

**TREATMENT PLAN GOALS:**
1. Tolerate medication as prescribed.
2. Comply with unit rules.
3. Attend 100% of group activities.
4. Show absence of violent behavior.
5. Identify 3 or more triggers to defiant behavior and address each one.
6. Use Stop, Think and Choose as a daily coping tool.
7. Voice responsibility for inappropriate behavior.
8. Identify consequences of inappropriate behaviors.
9. Identify 3 negative and 3 positive ways to cope with mood changes as they occur.
10. Demonstrate significant improvement in daily functioning and rule compliance.
11. Present a realistic plan to avoid future hospitalizations and/or legal problems.

**DISCHARGE CRITERIA:**
Upon discharge, the patient's target symptoms will be resolved and he will be able to function in a less restrictive environment.

Jerlyn C. McCleod, M.D.
Child/Adolescent Psychiatrist

JCM/sgs

D:   07/15/05
T:   07/15/05

5