# EXHIBIT D

**Excerpts of Deposition of Neal Ainsworth with attached exhibits**

Pp. 1, 16, 17, 18, 19, 27, 28, 29, 32, 34, 35, 39, 40, 65, 66, 67, 72, 80, 81, 82, 84, 85, 86, 87, 88, 90, 91, 93, 94

Exhibits 4 and 5

# FREEDOM COURT REPORTING

```
 1           IN THE UNITED STATES DISTRICT COURT

 2          FOR THE MIDDLE DISTRICT OF ALABAMA

 3                  NORTHERN DIVISION

 4

 5   JANET AINSWORTH, et al.,  )        ORIGINAL

 6              Plaintiffs,    )

 7   vs.                       )   CASE NUMBER:

 8   DEPUTY CHRIS INABINETT,   )   2:05-CV-740-DRB

 9   et al.,                   )

10              Defendants.    )

11

12          DEPOSITION OF NEAL AINSWORTH

13           In accordance with Rule 5(d) of

14   The Alabama Rules of Civil Procedure, as

15   Amended, effective May 15, 1988, I, Cindy

16   Weldon, am hereby delivering to Gary

17   Willford, the original transcript of the

18   oral testimony taken on the 18th day of

19   July, 2006, along with exhibits.

20           Please be advised that this is the

21   same and not retained by the Court Reporter,

22   nor filed with the Court.

23
```

# FREEDOM COURT REPORTING

1        A.    No, sir.

2        Q.    There's a criminal and then

3   there's a civil side.  The criminal side is

4   when you get in trouble and you can go to

5   jail and get fines and that sort of thing.

6              What we're here on today is a

7   civil lawsuit where somebody says that

8   somebody else did something wrong and they

9   need to pay them some money or take some

10  other kind of action.

11             That's what we're doing today, is

12  a civil lawsuit.  Have you ever been

13  involved in another one like this one

14  before?

15       A.    No, sir.

16       Q.    Have you ever been in jail before?

17       A.    Yes, sir.

18       Q.    How many times have you been in

19  jail?

20       A.    One time.

21       Q.    When was that?

22       A.    July the 20th -- July the 30th.

23       Q.    July the 30th of last year?

# FREEDOM COURT REPORTING

1      A.    No.   This year.

2      Q.    Okay.   You know we're not to July

3   30th yet.

4      A.    I don't know.

5      Q.    Was it July 30th of 2005?

6      A.    No.   It was before June -- May the

7   30th.

8      Q.    May the 30th?

9      A.    Yes, sir.

10      Q.    Of this year?

11      A.    Yes, sir.

12      Q.    Okay.   And which jail was that?

13      A.    Right over there.   Covington

14   County.

15      Q.    Covington County jail?

16      A.    Yes, sir.

17      Q.    Were you actually in the jail or

18   did they take you to a youth facility?   What

19   happened there?

20      A.    No.   I stayed over there for

21   thirty days.

22      Q.    For thirty days?

23      A.    Yes, sir.

# FREEDOM COURT REPORTING

1      Q.    Were you in a cell by yourself?

2      A.    No, sir.

3      Q.    Where were you at?

4      A.    In there in the back with

5  everybody else.

6      Q.    So you were there for thirty days?

7      A.    Yes, sir.

8      Q.    Why were you over there for thirty

9  days?

10     A.    Where I had an accident and

11 stabbed my brother.

12     Q.    You had an accident and you

13 stabbed your brother?

14     A.    Yes, sir.

15     Q.    When did that happen?

16     A.    Last year sometime.  Sometime.  I

17 can't remember.

18     Q.    Okay.  Was it before or after the

19 incident with Chris Inabinett?

20     A.    It was after.

21     Q.    Afterwards?

22           MR. NELMS:  Hold on a second.

23     Q.    Do you remember what the charge

## FREEDOM COURT REPORTING

1   was, Neal?

2          A.    Assault.

3          Q.    Assault?  Was there a -- Do you

4   remember -- They talk about assault in

5   degrees.  Do you remember what degree it

6   was?

7          A.    No, sir.

8          Q.    You just remember assault?

9          A.    Yes, sir.

10         Q.    Okay.  Were you tried as an adult?

11         A.    Yes, sir.

12         Q.    Was that -- The thirty days that

13  you spent in the Covington County jail, is

14  that the only time you've been in any kind

15  of jail?  And by that, I also mean juvenile

16  facilities.

17         A.    No, sir.

18         Q.    You've been in other facilities

19  besides the jail over there?

20         A.    Yes, sir.

21         Q.    How many other facilities have you

22  been in?

23         A.    Dothan up there to -- I can't

**FREEDOM COURT REPORTING**

1    you got up?

2         A.    No, sir.

3         Q.    Do you remember eating?

4         A.    No, sir.

5         Q.    Do you remember eating at all that

6    day?

7         A.    Yes.  About supper time.

8         Q.    Okay.  But you don't remember

9    having anything before that?

10         A.    No, sir.

11         Q.    What's the first thing that you

12    remember about that day, the first thing

13    happening that you remember about that day?

14         A.    Well, my mom was arguing.  She

15    told me she was -- she had called back to

16    Laurel Oaks to get me back up in there.  I

17    went in there into my room with a belt and I

18    put it around my neck and she called the

19    ambulance.  And then --

20         Q.    Let me stop you right there.  So

21    the first thing you remember is having an

22    argument with your mother; is that right?

23         A.    Yes, sir.

# FREEDOM COURT REPORTING

1    Q.    Okay.  Tell me what that argument

2  was about.  I know you said something about

3  Laurel Oaks.

4    A.    Yes, sir.  About me not taking my

5  medicine and stuff.

6    Q.    Had you stopped taking your

7  medicine again?

8    A.    Yes, sir.

9    Q.    Do you remember what medications

10  you were on at that time?

11    A.    No, sir.

12    Q.    But you just -- You do remember

13  stop taking it, that you had stopped taking

14  it?

15    A.    Yes, sir.

16    Q.    When was the last time that you

17  had taken them before July 13?

18    A.    Probably that night.

19    Q.    So the night before you had taken

20  them?

21    A.    Yes, sir.

22    Q.    Oh, okay.  So you just didn't take

23  them that morning; is that right?

# FREEDOM COURT REPORTING

Page 29

1      A.    Yes, sir.

2      Q.    And your mother knew about that?

3      A.    Yes, sir.

4      Q.    That you hadn't taken your

5  medication?

6      A.    Yes, sir.

7      Q.    And that's what caused the

8  argument?

9      A.    Yes, sir.

10     Q.    Did you get angry during your

11  argument?

12     A.    Yes, sir.

13     Q.    What was it that made you angry?

14     A.    When she was going to call back to

15  Laurel Oaks and get me back in up there.

16     Q.    So you didn't want to go back to

17  Laurel Oaks?

18     A.    No, sir.

19     Q.    Where is Laurel Oaks at?

20     A.    Somewhere in Dothan.

21     Q.    What is in Luverne?

22     A.    Sir?

23     A.    What is in Luverne?

# FREEDOM COURT REPORTING

Page 32

1      A.    No, sir.

2      Q.    And I think you said at some point

3  your mother called somebody; is that right?

4      A.    Yes, sir.

5      Q.    Why did she call somebody?

6      A.    Well, she said she was going to

7  call them.  I don't know if she did or not.

8  That's -- I didn't want to go back.  And so

9  I just went in there and done that.

10      Q.    Okay.  So when you say them,

11  you're talking about Laurel Oaks?

12      A.    Yes, sir.

13      Q.    And she said she was going to call

14  Laurel Oaks?

15      A.    Yes, sir.

16      Q.    And you went back in your bedroom?

17      A.    Yes, sir.

18      Q.    Tell me what happened when you

19  went back in your bedroom.

20      A.    I got my leather belt and put it

21  around my neck and tied it on.  And I was

22  sitting there and choking myself.  And my

23  mama called the ambulance and then --

# FREEDOM COURT REPORTING

1      A.    Yes, sir.

2      Q.    Is that your bed that it's lying

3  on?

4      A.    Yes, sir.

5      Q.    So that was the belt you tied

6  around your neck?

7      A.    Yes, sir.

8      Q.    How did you do -- How did you get

9  it around your neck?  Tell me how you got it

10  on there.

11      A.    I was doing like that and tied it

12  on and pulling it like this (indicating).

13      Q.    You put the loose end through the

14  buckle?

15      A.    Yes, sir.

16      Q.    Why did you do that, Neal?

17      A.    Because I didn't want to go back

18  to Laurel Oaks.

19      Q.    How long were you back there by

20  yourself in the room with the belt around

21  your neck?

22      A.    I have no clue.  It wasn't about

23  -- to me, it wasn't like ten, fifteen

# FREEDOM COURT REPORTING

Page 35

1    seconds.

2         Q.    Okay.  Did somebody come back?

3         A.    Yes, sir.

4         Q.    Who was it that came back?

5         A.    My dad and my little brother

6    Robert.

7         Q.    And what did they do when they got

8    back there?

9         A.    They got it off around my neck and

10   held me down until the ambulance got there.

11        Q.    Did you fight them when they tried

12   to take it off, take the belt off your neck?

13        A.    My dad and them?

14        Q.    Yes, sir.

15        A.    Yes, sir.

16        Q.    Tell me about that struggle to get

17   the belt off your neck.  What happened?

18        A.    I kept on holding it and they was

19   trying to pull it off.  And every time they

20   tried to pull it off, I held it a little bit

21   tighter.  And then finally it slipped out of

22   my hand and then I let go and they just

23   snatched it out from around my neck.

# FREEDOM COURT REPORTING

1           (Whereupon, Defendant's Exhibits

2     No. 2 and 3 were marked for identification.)

3           Q.    And that's the way it was on July

4     13th of last year; right?

5           A.    I don't have no clue.

6           Q.    You don't remember?

7           A.    No, sir.

8           Q.    Okay.  Were you on your bed when

9     you had the belt around your neck?

10          A.    Yes, sir.

11          Q.    Okay.  Tell me how you were on the

12    bed.  Were you laying on the bed, sitting on

13    the bed, standing on the bed?  How were you?

14          A.    I was sitting down like this on

15    the bed.  And then I had it around my neck.

16    And then when I pulled back like that and I

17    laid back over, that's when my dad and them

18    were trying to get it out from around my

19    neck.

20          Q.    Were you at the head of the bed or

21    the foot of the bed?

22          A.    Close to the foot of the bed.  I'd

23    be closer to the foot of the bed.  I wasn't

# FREEDOM COURT REPORTING

1    that far up there.

2        Q.    And in these pictures here that

3    we're looking at, I can see here in

4    Defendant's Exhibit 1 -- and the picture is

5    a really bad dark picture -- in the upper

6    right-hand corner --

7        A.    Yes, sir.

8        Q.    -- there's like a railing of some

9    kind?

10       A.    Yes, sir.

11       Q.    Is that the head of your bed or

12   the foot of your bed?

13       A.    That's the head of the bed.

14       Q.    Were you here by these bars or

15   down towards the foot?

16       A.    I was down towards the foot.

17       Q.    Okay.  Do you remember if you got

18   sick while all of this was going on?

19       A.    No, sir.

20       Q.    Do you remember throwing up at

21   all?

22       A.    No, sir.

23       Q.    And you told me you don't remember

**FREEDOM COURT REPORTING**

1    I told him yes.  And then he just

2  tazed me again.  And I couldn't hardly

3  breathe as it was.

4    Q.    Okay.  You say he tazed you again?

5    A.    Yes, sir.

6    Q.    Okay.  Let's start with the first

7  one.  How long did that last?

8    A.    About ten seconds.

9    Q.    Okay.  And then you said he tazed

10  you again.  Did he shoot you again?

11    A.    No, sir.  He just mashed that

12  button again and just sent electricity right

13  through my body again.  And I couldn't move

14  again.

15    Q.    Okay.  How long did that one last?

16    A.    The same thing.

17    Q.    Okay.  About how long between the

18  first time and the second time, how much

19  time passed?

20    A.    Not much.

21    Q.    Did he say anything to you between

22  the first time and the second time?

23    A.    No, sir.

# FREEDOM COURT REPORTING

Page 66

1    Q.    Did you still have a hold of the

2    bed between the first time and the second

3    time?

4    A.    No, sir.

5    Q.    What did David Anderson do while

6    that was going on?

7    A.    Well, when he got through -- He

8    tazed me the first time.  They put handcuffs

9    on me on the bed.  And my dad stepped in --

10    was going to step in there.  And when I --

11    When my dad come in there, Chris put the

12    tazer gun -- he had it in his hand.

13    He put it back in -- he put it in

14    this hand and got his gun out like that,

15    holding his gun like this on the side

16    (indicating) and told my daddy you better

17    not come in here or something like that.

18    And then --

19    Q.    Let me just kind of stop you there

20    because it's hard for the court reporter to

21    get down what you're showing.  You said he

22    had the tazer in his left hand?

23    A.    Yes, sir.

# FREEDOM COURT REPORTING

Page 67

1      Q.    Switched it to his right hand?

2      A.    Yes, sir.

3      Q.    And then reached across his body

4  to get his pistol?

5      A.    Yes, sir.

6      Q.    Did he actually take it out of the

7  holster?

8      A.    No, sir.

9      Q.    He just put his hand on it?

10     A.    Yes, sir.

11     Q.    Did he say anything at that time?

12     A.    Not to me he didn't.  I remember

13  him -- I remember him telling my daddy you

14  better not come in there, though.  And then

15  that's when he pulled the trigger again.

16  And all I could holler was -- I called

17  daddy's name.

18         And I told daddy -- I said daddy,

19  like that.  And I couldn't move then.  They

20  had to pick me up and tote me outside

21  because I was so weak, I couldn't hardly

22  move.

23     Q.    You didn't walk outside on your

# FREEDOM COURT REPORTING

1    it was?

2         A.   No, sir.

3         Q.   How many people were in the

4    ambulance, how many attendants were in the

5    ambulance?

6         A.   Two.

7         Q.   Did they treat you?

8         A.   Yes, sir.

9         Q.   Both of them or just one?

10        A.   Just one.

11        Q.   Was the person that treated you a

12   man or a woman?

13        A.   A man.

14        Q.   A white man, black man?

15        A.   White man.

16        Q.   Was he -- Did he wear glasses?

17        A.   I don't remember.

18        Q.   I think we've got kind of a bad

19   picture of him.  Again, I'm going to show

20   what we're going to mark as Defendant's

21   Exhibit 5, another piece of paper with four

22   pictures on it.

23             (Whereupon, Defendant's Exhibit

# FREEDOM COURT REPORTING

1    Q.    But if that's on that videotape,

2    that would be right?

3    A.    Whatever that thing says.  I don't

4    remember, though.  I don't remember saying

5    that.

6    Q.    Well, let me ask you this.  Do you

7    remember having a four wheeler accident

8    before July 13th of last year?

9    A.    No.

10   Q.    You said the handcuffs were taken

11   off when you got to the hospital?

12   A.    Yes, sir.

13   Q.    Which hospital did you go to?

14   A.    Andalusia.

15   Q.    And you went there by ambulance;

16   right?

17   A.    Yes, sir.

18   Q.    How long did it take to get there

19   from your house?

20   A.    About thirty minutes.

21   Q.    Who all was in the ambulance with

22   you?

23   A.    Just me and the two people, the

# FREEDOM COURT REPORTING

1 driver and the one back there with me.

2      Q.     Okay.  So none of your family went

3 in the ambulance with you?

4      A.     No.

5      Q.     What happened when you got to the

6 hospital?

7      A.     They gave me something for my

8 heart to stop -- to slow my heart down

9 because it was beating so fast.  And then

10 Freta Barton called.  My mama had called

11 her.

12           And she called Chris and told him

13 to get them handcuffs off me and -- I don't

14 know.  All kinds of stuff.  My mama talked

15 to her.  I didn't really talk to her.

16           But he was on the phone with her.

17 And he left and -- took the handcuffs off of

18 me and left.

19      Q.     Let's kind of back up and take

20 this a step at a time.  You said they gave

21 you something to slow your heart rate down?

22      A.     Yes, sir.

23      Q.     Was it a pill, a shot?

**FREEDOM COURT REPORTING**

Page 82

1      A.    I don't remember if it was a shot

2  or a pill.  I remember -- I remember they

3  gave me something for my heart to slow down.

4      Q.    So your heart was beating pretty

5  fast?

6      A.    Yes, sir.

7      Q.    Did the ambulance attendants give

8  you anything?

9      A.    I can't remember.

10      Q.    Well, we can see in the picture

11  there they obviously took the probes out.

12  Do you remember them doing anything else to

13  you?

14      A.    Yes.  They made me take a deep

15  breath and push like that to see if it would

16  slow it down, my heart down.  But it

17  wouldn't never slow down.

18      Q.    Had your heart ever beat real fast

19  like that before?

20      A.    No, sir.

21      Q.    All right.  You mentioned a Freta

22  Barton.  Who is she?

23      A.    I can't remember if she was my

**FREEDOM COURT REPORTING**

1    they did.  And I left from there and went to

2    Laurel Oaks.

3        Q.    I guess what I'm getting at, Neal,

4    is, did they check you out, did they put a

5    stethoscope on your chest, take your blood

6    pressure, you know, give you any other kind

7    of medicine?

8            Did they do anything else for you

9    besides that, besides give you medicine for

10   your heart rate?

11       A.    No, sir.

12       Q.    Were you in the emergency room?

13       A.    Yes, sir.

14       Q.    Do you by any chance remember the

15   name of the doctor that treated you?

16       A.    No, sir.

17       Q.    Was that a no?

18       A.    Yes, sir.

19       Q.    Okay.  Do you remember any of the

20   nurses, what their names might have been?

21       A.    No, sir.

22       Q.    About how long were you there in

23   the hospital?

# FREEDOM COURT REPORTING

1      A.    About forty-five, fifty minutes.

2      Q.    You weren't admitted to the

3  emergency room?

4      A.    No.

5      Q.    I'm sorry.  To Andalusia?

6      A.    No, sir.

7      Q.    But you were admitted to Laurel

8  Oaks?

9      A.    Yes, sir.

10      Q.    How did you get to Laurel Oaks?

11      A.    The ambulance took me.

12      Q.    The same one that took you to the

13  emergency room?

14      A.    Yes.

15      Q.    Is that a yes?

16      A.    Yes, sir.

17      Q.    Now, I think you also said

18  something about someone had a conversation

19  with Chris Inabinett to take the handcuffs

20  off of you?

21      A.    Yes, sir.

22      Q.    Is that the only time you remember

23  seeing Chris there in the emergency room?

# FREEDOM COURT REPORTING

Page 86

1    A.    Yes, sir.

2    Q.    That was just to take the

3  handcuffs off of you?

4    A.    Yes, sir.

5    Q.    Did he go with you to Laurel Oaks?

6    A.    No.

7    Q.    Did you see him at Laurel Oaks?

8    A.    No, sir.

9    Q.    Have you seen Chris Inabinett

10  since?

11    A.    No, sir.

12    Q.    So that was the last time you saw

13  him, was when he took the handcuffs off?

14    A.    Yes, sir.

15    Q.    Did he say anything to you?

16    A.    No, sir.

17    Q.    Did they do anything for you at

18  the hospital for the -- where the probes

19  went into your arm and your belly?

20    A.    They put a cream on it and put a

21  band aid on it.

22    Q.    Did they do anything for that bump

23  on your forehead there?

## FREEDOM COURT REPORTING

Page 87

1       A.   No, sir.

2       Q.   Did they treat the back of your

3   head?

4       A.   No, sir.

5       Q.   Did they treat your hands?

6       A.   No, sir.

7       Q.   Did you get any kind of treatment

8   for your back?

9       A.   No, sir.

10       Q.   Were your mom and dad there at the

11   hospital?  Andalusia I'm talking about.

12       A.   Yes, sir.

13       Q.   That's right.  Because you told me

14   that she -- your mom talked to Freta?

15       A.   Yes, sir.

16       Q.   Do you know if they had any

17   conversation with Chris Inabinett there in

18   the hospital that you might have overheard?

19       A.   Well, my daddy told the doctor he

20   wanted me checked from head to toe.  And

21   then Chris said that's fine with me, that's

22   fine with me.  Something like that.  And he

23   tried to get my daddy to go outside with

## FREEDOM COURT REPORTING

1    him.

2          And I told daddy not to go out

3    there because I know what he'll do.  He'll

4    start something and put him in jail, too.

5          Q.    Well, did Chris put your dad in

6    jail that day?

7          A.    No, sir.  My daddy didn't ever go

8    outside.

9          Q.    Were you checked over from head to

10    toe?

11          A.    No, sir.

12          Q.    The doctors didn't do that?

13          A.    No, sir.

14          Q.    When you got to Laurel Oaks, did

15    they check you out at Laurel Oaks?

16          A.    Yes, sir.

17          Q.    Do you remember who your doctor

18    was there?

19          A.    No, sir.

20          Q.    After they checked you out -- I'll

21    tell you what.  Describe for me how they

22    checked you out.  What did they do?

23          A.    They felt all over my body to see

# FREEDOM COURT REPORTING

1    treatment for those injuries that you just

2    described for me, the bruised hands and the

3    knot in the back of your neck there -- I'm

4    sorry -- your head I believe you said?

5        A.    No, sir.

6        Q.    Any kind of medicine?

7        A.    No, sir.  Just like an antibiotic.

8        Q.    What kind of antibiotic?  Was it

9    like a cream or a pill?

10        A.    It was a pill.

11        Q.    Okay.  Did they do anything for

12    the wounds where the probes went in?

13        A.    Yes, sir.  They kept cream and

14    stuff on it.

15        Q.    And that was while you were there

16    at Laurel Oaks?

17        A.    Yes, sir.

18        Q.    How long were you there at Laurel

19    Oaks?

20        A.    About two, two and a half weeks.

21    Something like that.

22        Q.    You said you were at Laurel Oaks

23    for about two weeks; is that right?

## FREEDOM COURT REPORTING

1          A.    Yes, sir.

2          Q.    What kind of treatment did they

3    give you while you were there at Laurel

4    Oaks?

5          A.    They just tried me on different

6    kinds of medicines.

7          Q.    Was it different than what you had

8    been taking before?

9          A.    Yes, sir.

10         Q.    Do you remember what the names of

11   those medicines were?

12         A.    No, sir.

13         Q.    Did they keep giving you those

14   antibiotics that you were talking about?

15         A.    Yes, sir.

16         Q.    The whole time you were there?

17         A.    Yes, sir.

18         Q.    When you left Laurel Oaks, did you

19   have any kind of medicine prescription that

20   they gave you?

21         A.    Yes, sir.  The new medicine they

22   got me up there for my -- medications and

23   stuff like that.  That new medicine they put

# FREEDOM COURT REPORTING

1      Q.    What happened with those charges?

2      A.    I have no clue.  I don't know.

3      Q.    So you've never gone to court on

4   those charges yet?

5      A.    No, sir.

6      Q.    Do you know if they are still

7   pending?

8      A.    Yes, sir.  That's what my mom and

9   them said.

10     Q.    That information is just from what

11  your mom has told you?

12     A.    Yes, sir.

13     Q.    Okay.  You told me that you had a

14  probation officer and that you were on

15  probation for something that you couldn't

16  remember.  Did they revoke your probation

17  after this?

18     A.    I don't know.  I can't remember.

19     Q.    And Freta Barton was your

20  probation officer?

21     A.    Yes, sir.

22     Q.    Are you still on probation?

23     A.    No, sir.  I got off her's.  I'm on

# FREEDOM COURT REPORTING

1    adult probation now.

2         Q.    Adult probation.  Who is your

3    adult probation officer?

4         A.    Bill Law.

5         Q.    And that's for the incident with

6    your brother?

7         A.    Yes, sir.

8         Q.    Neal, I'm going to ask you some

9    questions now about the complaint.  Do you

10   understand what a complaint is?

11        A.    No, sir.

12        Q.    It's a document that your lawyers

13   prepared and filed for you that got this

14   lawsuit started.

15        A.    Yes, sir.

16        Q.    And there are some things that

17   they've said in the complaint.  And again, I

18   understand you didn't write this.  And I

19   know you're not a lawyer.  Okay.

20             But they said some things happened

21   in there.  And I just kind of want to run

22   these through with you.  All right?

23        A.    Yes, sir.






DEFENDANT'S EXHIBIT






DEFENDANT'S EXHIBIT