# EXHIBIT E

**Excerpts of Deposition of Robert Ainsworth, Sr.**

Pp. 1, 21, 23, 24, 25, 26, 41, 48, 49, 58, 59, 64, 65

FREEDOM COURT REPORTING

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3                 NORTHERN DIVISION
 4
 5   JANET AINSWORTH, et al.,  )     ORIGINAL
 6            Plaintiffs,      )
 7   vs.                       )  CASE NUMBER:
 8   DEPUTY CHRIS INABINETT,   )  2:05-CV-740-DRB
 9   et al.,                   )
10            Defendants.      )
11
12        DEPOSITION OF ROBERT AINSWORTH, SR.
13            In accordance with Rule 5(d) of
14   The Alabama Rules of Civil Procedure, as
15   Amended, effective May 15, 1988, I, Cindy
16   Weldon, am hereby delivering to Gary
17   Willford, the original transcript of the
18   oral testimony taken on the 18th day of
19   July, 2006, along with exhibits.
20            Please be advised that this is the
21   same and not retained by the Court Reporter,
22   nor filed with the Court.
23
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 21

1  Q. Let me ask you this. Did you
2  spend the night over there before, the night
3  before?
4  A. Yes.
5  Q. So you were there when you woke up
6  in the morning?
7  A. Yes, sir.
8  Q. Okay. And do you remember if
9  there was a problem with Neal there at the
10 house that day?
11 A. Yes.
12 Q. What was your first indication
13 that there was going to be a problem with
14 Neal that day?
15 A. Well, he had -- the first thing I
16 knew about was when he had the belt around
17 his neck. Robert come back and hollered to
18 his mother.
19 Q. You were in here earlier when
20 Janet testified?
21 A. Uh-huh.
22 Q. Okay. And she testified about an
23 argument that they had. Did you hear any of

**FREEDOM COURT REPORTING**

Page 23

1   Q.   -- through the buckle and he had
2  it wrapped around his neck?
3   A.   And just pulling it tighter.
4   Q.   Okay.  What did you do when you
5  saw that?
6   A.   I tried to help Robert get it off
7  his neck.
8   Q.   Was Robert already in there --
9   A.   Yes.
10  Q.   -- trying to help him out?
11  A.   Yes, sir.
12  Q.   What was Robert doing?
13  A.   He was trying to get the belt out
14  from around his neck and he was pulling it
15  tight.  Robert had his hand down through
16  here (indicating).
17  Q.   You're kind of cuffing under your
18  chin just --
19  A.   Trying to get it loose.
20  Q.   All right.  Did Neal have both
21  hands on the belt pulling on the belt?
22  A.   Both hands.
23  Q.   All right.  And Robert had one

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1  hand up under the belt trying to separate
2  the belt from his neck, from Neal's neck;
3  right?
4      A.  Right.
5      Q.  What was Robert doing with his
6  other hand?
7      A.  I don't remember.
8      Q.  You don't remember?
9      A.  Huh-uh.
10     Q.  So that's what you see when you go
11 to the room.  What do you do when you see
12 that?
13     A.  I try to help Robert get the belt
14 from his neck.
15     Q.  How did you try to help him?
16     A.  I grabbed Neal's arms, pulled his
17 arms back from the belt.  I was trying to
18 get his hands a loose from the belt where he
19 was pulling on it.
20     Q.  Were you successful in doing that?
21     A.  Yes.
22     Q.  How long did it take you to loosen
23 his hands?

```
1       A.    Probably a couple of minutes.
2       Q.    Couple of minutes?
3       A.    Yes.
4       Q.    Do you have any judgment as to how
5  long Neal was like that before you came into
6  the room with a belt around his neck?
7       A.    No.
8       Q.    So you were able to get the belt
9  out from around his neck; correct?
10      A.    Right.
11      Q.    What happened next?
12      A.    Got him up on the bed.  Robert had
13 his top part and I had him around the legs.
14 We drug him back up on the bed.
15      Q.    How was he laying on the bed?
16      A.    Straight up.
17      Q.    Like you would normally?
18      A.    Right.
19      Q.    Head at the head of the bed, feet
20 at the foot of the bed?
21      A.    Right.
22      Q.    Robert had his top?
23      A.    Yes.
```

1  Q.  And you were down at the legs?
2  A.  Right.
3  Q.  Was Janet in the room at that
4  time?
5  A.  I don't remember.
6  Q.  While you were struggling trying
7  to get the belt free, do you have any
8  recollection of what Janet was doing and
9  where she was?
10 A.  I knew she was calling the rescue
11 squad.  But I didn't know what she was
12 saying.
13 Q.  Let me kind of back up.  When you
14 came into the house after feeding the goats,
15 do you remember seeing Janet?
16 A.  Yes.
17 Q.  What was she doing then?
18 A.  She was just sitting there on the
19 phone.
20 Q.  Okay.  So she had already picked
21 up the phone?
22 A.  Yes.
23 Q.  Okay.  Then you went on and

**FREEDOM COURT REPORTING**

Page 41

```
 1         A.    No, I don't remember telling him
 2   that.
 3         Q.    Okay.  So Janet does this and you
 4   get the impression that she's telling him
 5   it's okay?
 6         A.    Yes.
 7         Q.    And Chris does what?
 8         A.    He just shoves her around and goes
 9   on.
10         Q.    Goes on where?
11         A.    Runs right through that room,
12   jumped up on that bed and started beating my
13   son.
14         Q.    Okay.  What did he do with the
15   tazer?  I'm sorry.  Back up.  That's a bad
16   question.  What did he do with that -- what
17   you have described as a gun in his hand?
18         A.    I have no idea.
19         Q.    Well, did he hit Neal with the
20   gun?
21         A.    No, I didn't see him hit Neal with
22   a gun.
23         Q.    Did he say anything to Neal before
```

1  trying to get to him. He had that tazer in
2  his left hand. And he took -- He drawed his
3  pistol out like this (indicating). He said
4  you better not come in here. You better not
5  come in here. I'm doing my job.
6      Q.   You've got a cane on your --
7      A.   Right.
8      Q.   -- on your right hip basically?
9      A.   Right.
10     Q.   You've got your right hand on it
11 and you've got it kind of pulled halfway up
12 with your elbows --
13     A.   Yes. He put his hand on the gun
14 just like this (indicating).
15     Q.   Put his hand on the gun?
16     A.   Right.
17     Q.   Did he pull it out of the holster?
18     A.   No, he didn't pull it out.
19     Q.   And shifted the tazer to his left
20 hand --
21     A.   Right.
22     Q.   -- before he did that?
23     A.   Right.

**FREEDOM COURT REPORTING**

Page 49

```
1     Q.   What did you do when he did that?
2     A.   The boys stopped me from letting
3  me go to my child.
4     Q.   How did he stop you?
5     A.   They held me.  They restrained me.
6     Q.   They who?
7     A.   Them two right there.
8     Q.   Janet and Robert?
9     A.   Janet and Robert.
10    Q.   Okay.  What happened next?
11    A.   Well, I was standing there at the
12 door and he was trying to struggle around to
13 get up, Neal was, to get up off of the bed.
14    Q.   Okay.
15    A.   And then I guess he shocked him,
16 pulled the trigger on him again because I
17 seen him just quiver.
18    Q.   Did he quiver the first time?
19    A.   Yes.
20    Q.   How long did he quiver the first
21 time?
22    A.   Just a few seconds.
23    Q.   What about the second time?
```

**FREEDOM COURT REPORTING**

Page 58

```
 1   room?
 2        A.   Just one.
 3        Q.   All right.  Did you get an
 4   opportunity to speak with anyone who treated
 5   Neal at the hospital?
 6        A.   No.  My wife done the talking to
 7   them.  I asked the man there to -- I wanted
 8   him checked because -- that deputy was
 9   standing there beside of him, had beat him
10   with his fist.  And I wanted him checked.
11        Q.   Did they check him?
12        A.   No.
13        Q.   How do you know they didn't check
14   him?
15        A.   I was there.
16        Q.   You were in the room the whole
17   time?
18        A.   No.  But they didn't take no
19   x-rays or nothing of him.
20        Q.   So when you say they didn't check
21   him, you just mean they didn't take x-rays?
22        A.   No, they didn't take no x-rays.
23        Q.   I mean, did they look at him at
```

```
 1   least?
 2        A.    Oh, yes.
 3        Q.    Touch him?
 4        A.    Oh, yes.
 5        Q.    Put the stethoscope on him?
 6        A.    Yes.  They done that.
 7        Q.    Neal said something in his
 8   deposition about getting some medicine to
 9   slow down his heart.  Do you remember that?
10        A.    No, I don't remember.  I wasn't in
11   the room all the time.
12        Q.    Okay.
13        A.    Because we was trying to see about
14   his welfare and get him to somebody to do
15   something for him because he was out of it.
16        Q.    Your wife was making calls from
17   the cell phone at that point?
18        A.    Right.
19        Q.    And you were helping her with
20   that; is that right?
21        A.    Yes.
22        Q.    All right.  Do you remember the
23   name of any doctor that might have treated
```

**FREEDOM COURT REPORTING**

Page 64

```
 1   them.
 2       Q.    Okay.
 3             MR. WILLFORD:  Let's go off the
 4   record.
 5             (Whereupon, there was a brief
 6   off-the-record discussion.)
 7       Q.    We can go on and come back to
 8   that.  How was Neal acting at Laurel Oaks?
 9       A.    Not good.  I mean, he wasn't
10   rowdy, but he was just -- his mind was
11   blank.
12       Q.    Okay.
13       A.    He just gets that way.
14       Q.    Was he saying anything?
15       A.    No.
16       Q.    When you say his mind was blank,
17   was he basically just calm?
18       A.    No.  He just does things.  He just
19   -- He'll just sit and just, you know
20   (indicating).
21       Q.    You're clawing at your face and
22   the top of your head?
23       A.    Yes.  And he'll just take himself
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 65

```
 1   and just tear himself up.
 2        Q.   Okay.
 3        A.   Just claw at himself.
 4        Q.   Did he do that when he was in
 5   Andalusia Regional?
 6        A.   No.
 7        Q.   How was he when he was at
 8   Andalusia Regional?
 9        A.   It was just like he was in shock.
10   He was just calm.
11        Q.   The whole time he was there?
12        A.   The whole time he was there.
13        Q.   Do you remember what day of the
14   week this happened?
15        A.   No.
16        Q.   After the person, whoever that was
17   at Laurel Oaks, took down all that
18   information -- hopefully we're going to look
19   at that in a second -- what happened then?
20        A.   They put him in and kept him.  I
21   don't know how long.  Two weeks maybe.
22   Eighteen days.  I don't really know.
23             I ain't going to give you no
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**