# EXHIBIT F

**Alabama Uniform Incident/Offense Report, Case No. 051100208**

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| Field | Value |
|---|---|
| VICTIM SSN | 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 |
| COMPLAINANT SSN | 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 |
| 1. INCIDENT / OFFENSE / SUPPLEMENT | ☒ SUPPLEMENT |
| 2. CASE # | 05110208 |
| 3. SFX | |
| 4. ORI # | 0230000 |
| 5. DATE AND TIME OF THIS REPORT | 110705  15:10 PM |
| 6. AGENCY NAME | COVINGTON CO SHERIFF |
| 7. IF SUPPLEMENT ORIGINAL OFFENSE DATE | |
| 8. REPORT BY | BARTON, FREDA |
| 9. ADDRESS | #1 COURT SQUARE  ANDALUSIA, AL 36420 |
| 10. PHONE | (334) 428-2551 |
| 12. VICTIM (LAST, FIRST, MIDDLE NAME) | AINSWORTH, HUNTER |
| 13. ADDRESS | SWEATT LANE  RED LEVEL, AL 36474 |
| 14. PHONE | |
| 19. RESIDENT/NON-RESIDENT | ☒ RESIDENT |
| 20. INJURY | N |
| 21. RACE | W |
| 22. SEX | MALE |
| 23. HGT | 509 |
| 24. WGT | 150 |
| 25. DOB | 030386 |
| 26. AGE | 019 |
| 27. WAS OFFENDER KNOWN TO VICTIM? | Y |
| 28. VICTIM WAS (RELATIONSHIP) | BROTHER |
| 29. CODE | 09 |
| 30. TYPE INCIDENT OR OFFENSE | ASSAULT 3RD DV  ☒ MISD |
| 31. DEGREE | 3 |
| 32. UCR CODE | 1399 |
| 33. STATE CODE/LOCAL ORDINANCE | 013A-06-0132 |
| 38. PLACE OF OCCURANCE | SWETT LANE  RED LEVEL, AL 36474 |
| 40. POINT OF ENTRY | OTHER |
| 41. METHOD OF ENTRY | NO FORCE |
| 42. ASSAULT | SIMPLE |
| 43. TREATMENT FOR ASSAULT INJURY | N |
| 44. OCCURRED ON OR BETWEEN | 110605  13:00 PM — 110605  23:59 PM |
| 47. LIGHTING | NATURAL |
| 48. WEATHER | CLEAR |
| 49. PREMISE | RESIDENCE |
| 56. CIRCUMSTANCES | HOMICIDE & ASSAULT |
| 57. CODE | |
| 58. WEAPON USED | HANDS, FISTS, VOICE, ETC. |

07/27/2006  18:16    3344282655                COVINGTON COUNTY INV                    PAGE  02

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 11/07/05 15:10 PM | 96 CASE # 05 11 00208 | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | 4 CHECK IF MULTIPLE |
|---|---|---|---|---|---|
| 99 NAME (LAST, FIRST, MIDDLE): AINSWORTH, CHRISTOPHER N | 100 NICKNAME/ALIAS | 101 RACE ☒ W  | 102 SEX ☒ M | 103 DOB 06/07/89 | 104 AGE 016 |
| 105 ADDRESS: SWEATT LANE  RED LEVEL, AL 36474 | | 106 HGT 5'03" | 107 WGT 135 | 108 EYE | 109 HAIR | 110 COMPLEXION MEDIUM |

**NARRATIVE (137):**

ON THIS DATE DEPUTIES WERE ASKED BY DYS TO CHECK ON THE AINSWORTH FAMILY IN REFERENCE TO THEM NOT BEING ABLE TO LEAVE THE HOME AND CALL LAW ENFORCEMENT. ACCORDING TO DYS CALLER CHRISTOPHER NEAL AINSWORTH HAD ASSAULTED THE AINSWORTH FAMILY THIS MORNING. UPON ARRIVAL ROBERT AINSWORTH WAS INTERVIEWED AND ACCORDING TO ROBERT AINSWORTH HIS (16) YEAR OLD SON HAD STRUCK HUNTER AINSWORTH HIS OTHER SON IN THE HEAD WITH A PVC PIPE FILLED WITH DIRT. THE RESULT OF THIS INJURY WAS THAT HUNTER HAD TO RECEIVE MEDICAL ATTENTION ON NOVEMBER 05, 2005, AND BY DOING SO HE RECEIVED (10) STAMPES IN HIS HEAD. ACCORIDNG TO THE AINSWORTHS THEY DON'T KNOW WHAT THEY ARE GOING TO DO WITH CHRISTOPHER, BECAUSE HE IS OUT OF CONTROL AT TIMES. THIS INVESTIGATOR RETURNED THIS INFORMATION TO DYS OFFICER FREDA BARTON. THIS INTERVIEW WAS RECORDED ALSO AND THE TAPE WILL BE STORED IN THE TAPE LOCKER AT THE CCSO.