# EXHIBIT G

**Excerpts of Deposition of Robert Ainsworth, Jr.**

Pp. 1, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 65, 66, 67

# FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JANET AINSWORTH, et al.,         )
            Plaintiffs,          )
vs.                              )   CASE NUMBER:
DEPUTY CHRIS INABINETT,          )   2:05-CV-740-DRB
et al.,                          )
            Defendants.          )

**ORIGINAL**

DEPOSITION OF ROBERT AINSWORTH, JR.

In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy Weldon, am hereby delivering to Gary Willford, the original transcript of the oral testimony taken on the 18th day of July, 2006, along with exhibits.

Please be advised that this is the same and not retained by the Court Reporter, nor filed with the Court.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 13

```
 1        Q.    But what about from the left?
 2        A.    You go in, turn to the left.  You
 3   go through the kitchen.  And then you go by
 4   the refrigerator down the hallway about
 5   halfway and then my room is on the left.
 6        Q.    Okay.  So you're kind of on the
 7   opposite end of the trailer of Neal; is that
 8   right?
 9        A.    Yes, sir.
10        Q.    And were you in there when the
11   argument started?
12        A.    Yes, sir.
13              MR. NELMS:  In there, you mean his
14   room?
15        Q.    In your room?
16        A.    Yes, sir.
17        Q.    What were you doing in there?
18        A.    I was sitting there playing my
19   game and listening to music.
20        Q.    Head phones or --
21        A.    Just on the radio through the
22   speakers.  I don't use head phones.
23        Q.    Okay.  But you could hear them out
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 14

1 arguing?
2     A.   Yes, sir.
3     Q.   Where were they?
4     A.   The living room, bedroom, I have
5 no clue.  All I could do was hear them.
6     Q.   Had you any interaction at all
7 prior to that time that day with Neal?
8     A.   Not that I remember.
9     Q.   So you hadn't even said good
10 morning to him?
11    A.   No.
12    Q.   So they are out there arguing.
13 How long did they argue?
14    A.   Three, four minutes.
15    Q.   You didn't hear anything specific?
16    A.   No, sir.
17    Q.   All right.  What happened next?
18    A.   Well, I went in the living room
19 and she said for me to go check on him.  So
20 I walked to his room.
21    Q.   Stop right there.  Why did you go
22 in the living room?
23    A.   I was going to see what they were

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 15

```
 1   fussing about.
 2       Q.   And your mom told you to go check
 3   on Neal?
 4       A.   Yes, sir.
 5       Q.   What was she doing at that time?
 6       A.   Sitting there dialing a number.
 7       Q.   Sitting where?
 8       A.   In the blue chair.
 9       Q.   Cordless phone?
10       A.   Yes, sir.
11       Q.   What did you do?
12       A.   I went in there to check on him.
13       Q.   Was his door open or shut?
14       A.   Shut.
15       Q.   All right.  Was the door locked?
16       A.   No.
17       Q.   I guess you opened the door?
18       A.   Yes.
19       Q.   What did you see?
20       A.   He had a belt around his neck with
21   the loose end through the belt buckle.
22       Q.   What was he doing with it?  I
23   mean, he had it around his neck.  Where were
```

**FREEDOM COURT REPORTING**

Page 16

```
1   his hands?
2       A.   On the loose end pulling it
3   through the belt buckle.
4       Q.   Where was he at in the room?
5       A.   At the bottom of his bed.
6       Q.   Is he sitting on the bed, kneeling
7   on the bed?
8       A.   I think he was sitting on the bed
9   at that time.  But I can't really remember.
10      Q.   What did you do when you saw that?
11      A.   I walked in there and I told
12  mama.  And I went in there and started
13  trying to get the belt off his neck.
14      Q.   Had he ever done anything like
15  that before?
16      A.   Not that I remember.
17      Q.   What is your relationship like
18  with your brother?
19      A.   It's not very good.
20      Q.   Why is that?
21      A.   We just argue a lot and fight and
22  stuff like that.
23      Q.   You say you fight.  Have you ever
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 18

```
1    in the bedroom?
2         A.    Yes.
3         Q.    All right.  What did your mom do
4    when you told her what was going on in the
5    bedroom?
6         A.    I have no clue.  I just went back
7    in there and started -- I don't know what
8    she done.  But my dad come in not too long
9    after that.
10        Q.    So you weren't able to get that
11   belt loose until your dad got there?
12        A.    No.
13        Q.    How long do you reckon it was that
14   you were in there trying to get that belt
15   off his neck by yourself?
16        A.    A minute or two.
17        Q.    We've heard some testimony today
18   that he either threw up or there was some
19   foam or something.  Had that started then?
20        A.    He was gagging at that time.  But
21   he hadn't started throwing up and foaming
22   out of the mouth yet.
23        Q.    Okay.  So you're fighting --
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1  You're trying to get that belt off your
2  brother's neck?
3       A.   Yes, sir.
4       Q.   Your father comes into the room?
5       A.   Yes.
6       Q.   What does he do?
7       A.   He comes over there and starts
8  helping me by grabbing Neal's hands which is
9  on the end of the belt pulling it tighter.
10      Q.   Okay.  What did he do when he
11 grabbed Neal's hands?
12      A.   Like pulled them back toward him
13 so it would loosen up.  That way, I could
14 get both of my hands in between his neck and
15 the belt.
16      Q.   So you got both of your hands
17 between his neck and the belt?
18      A.   Yes.
19      Q.   What were you able to do at that
20 point?
21      A.   Well, I was able to pull a little
22 bit harder and pull it out from in between
23 his grasp of his hands.

**FREEDOM COURT REPORTING**

Page 20

```
 1         Q.    And that's how you were able to
 2   get it off his neck?
 3         A.    Yes.
 4         Q.    So you're the one that physically
 5   actually took it off of Neal's neck?
 6         A.    Yes.
 7         Q.    What did you do with that belt?
 8         A.    I have no idea.
 9         Q.    All right.  You put it down at
10   some point obviously?
11         A.    Yes, sir.
12         Q.    What did Neal do once you got the
13   belt off his neck?
14         A.    I don't remember.  I know he
15   stayed in that room.  But that's all I know.
16         Q.    Well, did he just relax after you
17   got the belt off his neck?
18         A.    No.  He started cussing and, you
19   know, wanting to try to fight like by
20   wrestling around with us and stuff.
21         Q.    Okay.  What did you do in response
22   to that?
23         A.    I grabbed his arms.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

```
1        Q.    Where?
2        A.    Like at his wrists.  And held him
3   down on the bed.
4        Q.    All right.  When you got the belt
5   off his neck, how was he positioned on the
6   bed?
7        A.    Feet at the bottom like you would
8   lay and head at the top.
9        Q.    When you got the belt off?
10       A.    Yes, sir.
11       Q.    So at some point, he had laid down
12  on the bed; is that right?
13       A.    Yes, sir.
14       Q.    While you were trying to get the
15  belt off?
16       A.    No.  We had got the belt off and
17  he had scooted back up.  And I grabbed his
18  hands when he started wrestling around with
19  us and I held his top end down.  So I pushed
20  him down on the bed and held him.
21       Q.    Okay.  Did you get on top of him?
22       A.    No.  I was above his head.
23       Q.    Okay.  Were you at the head of the
```

```
1    bed?
2        A.    Yes, sir.
3        Q.    How were you on the bed?  I'm
4    trying to get a picture.
5        A.    Like knees on the bed.  That's how
6    I was on there.
7        Q.    So you're kneeling on the bed at
8    the head of the bed?
9        A.    Yes.
10       Q.    Where is your brother's head in
11   relation to your knees?
12       A.    Right in front of them.
13       Q.    Okay.  So you're basically
14   kneeling at his shoulders; is that right?
15       A.    Yes.
16       Q.    And you're reaching down and
17   you've got his wrists?
18       A.    Yes, sir.
19       Q.    All right.  Where is your dad?
20       A.    He is at his feet.
21       Q.    Is he on the bed or off the bed?
22       A.    I couldn't tell you because I
23   didn't pay too much attention to what he was
```

1  doing.
2    Q.    All right.  Was he doing something
3  with Neal's feet?
4    A.    Yes, sir.
5    Q.    What was he doing?
6    A.    Holding them.
7    Q.    How?
8    A.    With his hands, like close to his
9  ankles up above it right at his calf
10 muscles.  Somewhere around in there.
11   Q.    Was Neal just letting you hold him
12 down or was he trying to get away?
13   A.    He was trying to get away.
14   Q.    How hard was he trying to get
15 away?
16   A.    He was pulling pretty hard.  But
17 he wouldn't get away from me.
18   Q.    At some point on the 911 tape, you
19 say tell him to let go of him, I've got
20 him.  Do you know what that was in reference
21 to?
22   A.    Talking to my dad because he
23 couldn't breathe.

```
 1      Q.    Okay.  Did he let go of Neal?
 2      A.    I don't remember.
 3      Q.    All right.  Well, do you remember
 4 Neal's feet ever being loose?
 5      A.    No, sir.
 6      Q.    There's another point where --
 7 let's see.  This is after he said damn
 8 right, my name is Christopher -- where you
 9 say, daddy, hop up.  I need to get my -- and
10 then frankly you can't hear it on the tape.
11 Do you know what that was about?
12      A.    No, I don't.
13      Q.    What was your mom doing while all
14 of this was going on?
15      A.    All I know is she was on the
16 phone.
17      Q.    Do you know who she was on the
18 phone with?
19      A.    No.
20      Q.    Is it fair to say that your
21 attention was on your brother?
22      A.    Yes, sir.
23      Q.    At some point, did somebody else
```

FREEDOM COURT REPORTING

Page 25

```
 1  come into the room?
 2       A.   Like whenever the cop come up or
 3  what?
 4       Q.   The cop came into the room.
 5       A.   That would be David Anderson.
 6       Q.   From the point where you got the
 7  belt off your brother's neck until David
 8  Anderson showed up, how much time do you
 9  think elapsed?
10       A.   Eight, ten minutes.
11       Q.   All right.  Was Neal struggling
12  with you the whole time during that eight to
13  ten minutes?
14       A.   Ninety percent of it.
15       Q.   Was there a point in time where he
16  would relax and not fight?
17       A.   Yes.
18       Q.   Was he ever able to get his hands
19  loose from you?
20       A.   No.
21       Q.   And you said you don't remember if
22  he ever got his feet loose?
23       A.   No.  I don't remember that.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 26

```
1        Q.    Was your dad down there at the
2   foot of the bed that whole time, the eight
3   to ten minutes?
4        A.    Yes, sir.
5        Q.    So you remember at some point
6   David Anderson comes into the room?
7        A.    Yes, sir.
8        Q.    What does he do?
9        A.    He told me and my dad to step out
10  because he needed to talk to Neal.
11       Q.    All right.  What did you do?
12       A.    I went in the kitchen, I believe.
13       Q.    Okay.  Let's come back just a
14  little bit.  He says step out, I need to
15  talk to Neal?
16       A.    Uh-huh.  Yes.
17       Q.    You've still got Neal by the
18  wrists?
19       A.    No.  Because when he come up, I
20  let go.
21       Q.    When David came in, you let go?
22       A.    Yes.
23       Q.    So you let go of Neal.  And what
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 27

```
1   does Neal do?
2        A.   Scoots up to the head of the bed
3   and wraps his arms around the bed post.
4        Q.   Help me figure out how this
5   happened.  I think you told me that you're
6   kneeling on the bed pretty much at his
7   shoulders leaning over him holding him down.
8             You let go of him and he scoots
9   up.  Did you try to jump up at the same time
10  and give him room to get up there?  How did
11  that work?
12       A.   No.  When David came up, I was
13  already halfway off the bed because he had
14  twisted around kind of like in the middle
15  way.  I was already halfway off the bed.
16            So whenever mom -- mama said that
17  David was here, I kind of just got my other
18  foot off the bed and got up and stood up.
19       Q.   Okay.
20       A.   And then when David come in the
21  room, I let go of his hands.
22       Q.   You said Neal was twisted.  Was he
23  on his side at that point?
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 65

```
 1       A.   We had gotten into an argument
 2  about something.  And I don't even know what
 3  it was.  I really couldn't tell you.  And
 4  all I know is that somebody said about
 5  calling to get him back to Laurel Oaks or
 6  something like that.
 7       And he had a knife in his back
 8  pocket or something like that.  I went to
 9  walk around the side of the refrigerator and
10  I stuck my arm and like went to reach to
11  grab him and he turned around and cut me.
12       Q.   How long after this thing with
13  Chris Inabinett did that occur?
14       A.   I don't know.
15       Q.   Months?  Best guess.
16       A.   Maybe a month.
17       Q.   What happened after he cut you?
18       A.   Called the -- Called 911 I
19  reckon.  Called 911.  Brandy, which is
20  Hunter's wife, she talked to them there for
21  a second I think.  And she was scared to
22  death and crying and stuff.  She didn't know
23  what to tell them.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 66

```
 1        Q.   Hang on just a second.  Hunter and
 2   Brandy were there?
 3        A.   Yes.
 4        Q.   Who else was there?
 5        A.   Mama and daddy and me.
 6        Q.   Of course and Neal?
 7        A.   Right.
 8        Q.   So Hunter and Brandy, your mom,
 9   your dad, you and Neal.  Those are the only
10   folks present?
11        A.   Yes, sir.
12        Q.   Okay.  Brandy called 911 this
13   time?
14        A.   I believe so.  I don't know.  When
15   I got cut, I just grabbed my arm to keep it
16   from bleeding bad.
17        Q.   You're grabbing your right bicep?
18        A.   Yes.
19        Q.   I can see a scar there.
20        A.   Yes.
21        Q.   About how long is that scar?
22        A.   I have no clue.  Long enough to
23   put forty-four stitches in it I believe.
```

FREEDOM COURT REPORTING

Page 67

```
1     Q.   Forty-four stitches?
2     A.   Yes.
3     Q.   What kind of knife was it?
4     A.   A steak knife.
5     Q.   Any idea where he got it?
6     A.   Out of the top drawer I guess.
7     Q.   Okay.  Did he ordinarily keep
8  knives?
9     A.   He kept some in his room, you
10 know.  Whenever he'd see things, I reckon he
11 thought that they would help protect him or
12 something.  I don't know.
13    Q.   Were you going to try to hold him
14 down again?
15    A.   No.  I was just going to tell him
16 to settle down, go to your room, whatever.
17    Q.   So Brandy calls 911 you think?
18    A.   Yes.
19    Q.   What happens next?
20    A.   I know she was crying.  Mama got
21 the phone and starting talking to the 911
22 operator.
23    Q.   What did you hear in that
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660