# EXHIBIT H

Declaration of Kristi Stamnes with attached exhibits

Exhibit A, Recording of 911 call placed by Janet Ainsworth on July 13, 2005 – filed conventionally

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-cv-740-DRB |
| ) | |
| DEPUTY CHRIS INABINETT, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF KRISTI STAMNES

STATE OF ALABAMA           )
                           )
COUNTY OF COVINGTON        )

1. My name is Kristi Stamnes. I am over the age of 19 and competent to make the following declaration which is based upon my personal knowledge.

2. I am the Director of the Covington County E911 Board, Inc.

3. Exhibit A to my affidavit is a true and correct copy of the recording of an emergency 911 call from the Ainsworth residence that occurred on July 13, 2005.

4. Exhibit A is a record of regularly conducted business activities of the Covington County E911 Board, Inc. It was created during an incident involving Christopher Neal Ainsworth on July 13, 2005. It was created by persons with knowledge of the incident. It is kept in the course of the Covington County E911 Board, Inc.'s regularly conducted business activity. It was the regular practice of the Covington County E911 Board, Inc. to make such recordings.

5. I am the custodian of records for the Covington County E911 Board, Inc.

6. Exhibit A is a public record. It sets forth an activity of the Covington County E911 Board, Inc.

7. I am familiar with the routine practice of the Covington County E911 Board, Inc.

8. I swear, under the penalty of perjury, that the foregoing is true and correct and is made to the best of my present knowledge and information, and drawing from my personal knowledge of the situation.

Executed on this the 28th day of July, 2006.

_____
KRISTI STAMNES

SWORN TO and SUBSCRIBED before me this 28 day of July, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES MARCH 20, 2008

My Commission Expires:_____