**Exhibit A to Exhibit H is filed conventionally**