# EXHIBIT I

Transcript of 911 call placed by Janet Ainsworth on July 13, 2005, a recording of which is attached to Declaration of Kristi Stamnes

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANET AINSWORTH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 2:05-cv-740-DRB |
| ) | |
| DEPUTY CHRIS INABINETT, et al., ) | |
| ) | |
| Defendants. ) | |

## TRANSCRIPTION OF 911 AUDIO TAPE

| | |
|---|---|
| 911 Operator: | 911. What's your emergency? |
| Janet Ainsworth: | Yes Ma'am. I need to get a rescue squad out to 5825 Sweatt Lane. |
| 911 Operator: | Why? |
| Janet Ainsworth: | My son tried to hang himself. |
| 911 Operator: | Is he breathing? |
| Janet Ainsworth: | Yes. But he's vomited all over the place. We just got the belt out from around his neck. |
| 911 Operator: | All right. Do you have a preference on your rescue? |
| Janet Ainsworth: | Uh… |
| 911 Operator: | Luverne or Andalusia? Or does it matter? |
| Janet Ainsworth: | Andalusia's fine. |
| 911 Operator: | OK, hold on. |
| Janet Ainsworth: | All right. |
| Neal Ainsworth: | I'm not going. |
| Janet Ainsworth: | You've got to have help, Neal. |

| | |
|---|---|
| Neal Ainsworth: | I'm not going. |
| Janet Ainsworth: | I'll have them pin you down. |
| Neal Ainsworth: | They'll have to pin me down, cause I ain't (inaudible)… |
| Robert Ainsworth Sr: | Neal, I'll tell you. Go on and keep talking like that. |
| Janet Ainsworth: | Don't let him hurt himself. |
| Robert Ainsworth Jr.: | Let go of him Daddy. |
| Janet Ainsworth: | Let go of him Daddy. |
| Robert Ainsworth Jr.: | Let go of him Daddy, I got it. |
| Neal Ainsworth: | Push this bed. |
| Janet Ainsworth: | No, you're fixin' to go to the hospital. |
| Neal Ainsworth: | Mom, I'm tellin' you, I'm going to . . . |
| Janet Ainsworth: | You gotta go back. Well, I told you not to do it. |
| Robert Ainsworth Jr.: | I got him Daddy. |
| Neal Ainsworth: | Y'all better let me go. I'm going to hit y'all. |
| Janet Ainsworth: | No you're not. Just lay down. Lie down. Keep him down. |
| Robert Ainsworth Jr.: | I've got him, y'all. |
| Janet Ainsworth: | Keep him down. |
| Robert Ainsworth Sr.: | He's hurting me. |
| Janet Ainsworth: | Don't hurt your Daddy Neal. |
| Robert Ainsworth Jr.: | I got him. Daddy, let go of him. |
| Janet Ainsworth: | Daddy. Neal, don't hurt Daddy. |
| Robert Ainsworth Jr: | Daddy, let go of him. |
| Janet Ainsworth: | I'm gonna take you to the hospital. |
| Neal Ainsworth: | No. |

| | |
|---|---|
| Janet Ainsworth: | Yeah, we're going to take you to the hospital. |
| Neal Ainsworth: | No, put the phone down. |
| Janet Ainsworth: | No, I've got to hold it. Neal, it's the rescue squad. What I'm calling is the rescue squad. You've got to have help. |
| 911 Operator: | I've paged them out for you. Honey, OK. |
| Janet Ainsworth: | OK, thank you. |
| 911 Operator: | Don't hang up on me, I need more information OK? Just hold on. |
| Janet Ainsworth: | Lay still. |
| Robert Ainsworth Jr: | Hop up, Daddy. I got him. I got him, Daddy. |
| Janet Ainsworth: | We got him. You ain't going nowhere, Neal. |
| Neal Ainsworth: | (inaudible) |
| Janet Ainsworth: | No, you're going to lay still. |
| Neal Ainsworth: | I ain't trying to get up. |
| Janet Ainsworth: | You've got to have help Neal. |
| Neal Ainsworth: | I ain't going. |
| Janet Ainsworth: | You can't do this. You can't keep trying to hurt yourself. |
| Neal Ainsworth: | I ain't going. |
| Robert Ainsworth Sr.: | Yes you are. |
| Neal Ainsworth: | When they come, I'm going to hit them and hit everybody else, you got to hold (inaudible). I ain't going back to jail. |
| Janet Ainsworth: | They'll hold you down. |
| Robert Ainsworth Sr.: | You do, you're going to jail, Neal. |
| Neal Ainsworth: | I don't care. (inaudible) |
| Janet Ainsworth: | No, you're not. |
| Robert Ainsworth Sr.: | You dang sure will. |

3

| | |
|---|---|
| Janet Ainsworth: | You're gonna have to be still. |
| Robert Ainsworth Sr: | It ain't gonna be me and your mama. |
| Neal Ainsworth: | Yeah, but I'm gonna punch 'em in the face. I'm telling you. |
| Janet Ainsworth: | You can't hurt yourself Neal. It's over with. |
| Neal Ainsworth: | It's over with (inaudible). |
| Janet Ainsworth: | No more hurting yourself. |
| Robert Ainsworth Jr.: | I'm coming with y'all. |
| Janet Ainsworth: | OK, that's fine. |
| 911 Operator: | OK Honey, tell me what's going on. |
| Janet Ainsworth: | He's just laying here fighting us, and just . . . |
| 911 Operator: | OK. |
| Janet Ainsworth: | (inaudible) hurry up (inaudible) hold him. |
| 911 Operator: | You said he is breathing? |
| Neal Ainsworth: | They ain't going to take me out of here. |
| Janet Ainsworth: | He's talking. He just put that thing around his neck, and he was gagging himself and throwing up everywhere. He's tried to hurt himself before, and I don't know of no place to have him put to get help for it. |
| 911 Operator: | OK, how long was he up there, ma'am? |
| Janet Ainsworth: | Where? |
| 911 Operator: | Hanging, ma'am. |
| Janet Ainsworth: | Oh, he wasn't hanging up nowhere. He had it around his throat on the bed just pulling it tight, and it was taking three of us just to get the belt from around his neck. He's strong as an ox. |
| Neal Ainsworth: | They can't take me out of here. They better have some guns, stun guns, They better have a bulldozer. |
| 911 Operator: | Is that him I hear trying to breathe, ma'am? |
| Janet Ainsworth: | Yeah, that's him. He's talking. |

4

| | |
|---|---|
| 911 Operator: | So that is him breathing? |
| Janet Ainsworth: | Yep. |
| Neal Ainsworth: | I'll show all of them mother fuckers. I'm gonna show them. I'm gonna show them, too. |
| Janet Ainsworth: | Neal, listen. |
| Neal Ainworth: | Tell them mother fuckers when they come . . . |
| Janet Ainsworth: | Neal, hush your mouth. |
| Neal Ainsworth: | . . . that I'll stab them mother fuckers' ass (inaudible). |
| Janet Ainsworth: | No you can't. |
| Neal Ainsworth: | Yes, I'll show 'em. |
| 911 Operator: | What's his name. |
| Janet Ainsworth: | His name is Christopher Neal Ainsworth. |
| Neal Ainsworth: | Damn right my name's Christopher. Look at my record and I'll show them mother fuckers something up there (inaudible). They ain't gonna grab me. I'm telling y'all I'll punch them in the fucking face, now. Y'all gonna let me go because you wouldn't be calling God damn Luverne, I wouldn't be doing this shit. |
| Janet Ainsworth: | You've got to have a place to go to stop it. |
| Neal Ainsworth: | I ain't going to no place. |
| Janet Ainsworth: | You've got to be stopped. |
| Neal Ainsworth: | No, I've been up to (inaudible) twice on the account of y'all . . . |
| Janet Ainsworth: | But you can't . . . you can't . . . |
| Neal Ainsworth: | . . . because y'all callin the cops and that kinda of crap |
| Janet Ainsworth: | I'm not calling the cops. Neal, I've got the rescue squad so the doctor can help me. |
| Neal Ainsworth: | Yeah, they are going to send me off to Dothan. |
| Janet Ainsworth: | I'm gonna get you somewhere seen to. |

5

| | |
|---|---|
| Neal Ainsworth: | They're gonna find out and then they're gonna send me off. |
| Janet Ainsworth: | No. |
| Neal Ainsworth: | But when I go . . . |
| Janet Ainsworth: | You're going to a hospital. |
| Neal Ainsworth: | No, I'm not going to no hospital. |
| Robert Ainsworth Jr.: | Daddy, hop up, I need to get my (inaudible). |
| Robert Ainsworth Sr: | I'm all right. |
| Robert Ainsworth Jr: | Yeah, but hop up. I need to get my uh . . . |
| Janet Ainsworth: | I think I'm on one of 'em's legs. |
| Neal Ainsworth: | I won't say nothing until they get here and I'm fuckin' use all my strength. |
| Robert Ainsworth Sr.: | You sure are Neal. |
| Janet Ainsworth: | Lay still. |
| 911 Operator: | Are y'all still holding him down? |
| Janet Ainsworth: | Yep. |
| Robert Ainsworth Jr: | You gotta do something. |
| 911 Operator: | OK, I got some help coming to you also, Honey. |
| Robert Ainsworth Jr: | I need to drop down. |
| Janet Ainsworth: | OK. |
| 911 Operator: | What's your name? |
| Janet Ainsworth: | My name's Janet Ainsworth. |
| Unknown: | Somebody hold my . . . |
| 911 Operator: | OK, Ms. Janet, you just stay with me, OK? |
| Janet Ainsworth: | I got a rag right there. |
| 911 Operator: | Hold old is Neal? |

6

| | |
|---|---|
| Janet Ainsworth: | He's 16. |
| 911 Operator: | 16. OK, Honey. Stay with me, OK. |
| Janet Ainsworth: | OK. |
| 911 Operator: | Is your phone number 469-2206? |
| Janet Ainsworth: | Correct. |
| Janet Ainsworth: | Y'all listen boys. |
| Neal Ainsworth. | They ain't gonna calm me if they ain't got a bullwhip. |
| 911 Operator: | OK, we've still got you. OK? |
| Janet Ainsworth: | OK. |
| 911 Operator: | You just tell me what's going on, OK? |
| Janet Ainsworth: | All right. He's just still hanging onto the bed . . . |
| 911 Operator: | OK |
| Janet Ainsworth: | . . . hollering there ain't nobody going to take him out of here. |
| 911 Operator: | I understand. OK. |
| Janet Ainsworth: | I can't keep letting him hurt himself. |
| 911 Operator: | OK, sugar. OK, I've got some help coming to you. |
| Janet Ainsworth: | All right. |
| 911 Operator: | OK. What made him do this? What set him off, honey? |
| Janet Ainsworth: | He'll do that sometimes. He just goes off the handle. It's hard to explain. We've had him at psychiatrists, and you know just all different doctors, and nobody can seem to find out what's been going on with him. |
| 911 Operator: | OK. |
| Janet Ainsworth: | And he's just bad about when he gets mad, he wants to hurt . . . he wants to hurt everybody around him, and he wants to hurt himself. And this time, he come in here and stuck this belt around his neck like . . . he laid down on the bed and stuck it around his neck and put the thing in the hole you know, and we like to have never got it off. |

7

| | |
|---|---|
| 911 Operator: | OK, did he ever lose consciousness. |
| Janet Ainsworth: | Just vomiting. |
| 911 Operator: | OK. |
| Janet Ainsworth: | No. |
| 911 Operator: | OK. |
| Janet Ainsworth: | Just gasping for breath and vomiting. |
| 911 Operator: | But he is breathing good? |
| Janet Ainsworth: | Oh, yes. |
| 911 Operator: | OK, just watch his breathing and make sure he don't choke on his vomit. OK. |
| Janet Ainsworth: | Do what now, ma'am? |
| 911 Operator: | Watch his breathing and make sure he don't choke on his vomit. |
| Janet Ainsworth: | OK. |
| 911 Operator: | Do you know how long he had it around his neck? |
| Janet Ainsworth: | Uh, it wasn't but three or four minutes. |
| 911 Operator: | OK, I got help coming to you, OK? |
| Janet Ainsworth: | OK. |
| 911 Operator: | He seems to have calmed down, Janet. |
| Janet Ainsworth: | Yeah, he will but then he'll get mad when they get here because he won't go . . . he won't want to go. |
| 911 Operator: | OK, he hasn't taken any kind of pills or anything else, has he? |
| Janet Ainsworth: | He's, uh, yeah. He takes medication. He has to take Ritalin. |
| 911 Operator: | I know it, but he hasn't tried to OD, also has he? |
| Janet Ainsworth: | Uh, not that I know of. He didn't take anything. |
| 911 Operator: | OK, I've still got them coming to you. OK? Do you still have him on the bed? |

8

| | |
|---|---|
| Janet Ainsworth: | Yeah. |
| 911 Operator: | Is that him. |
| Janet Ainsworth: | Yeah. |
| 911 Operator: | OK  You're his mother? |
| Janet Ainsworth: | I'm his mother. |
| 911 Operator: | OK. OK. |
| Janet Ainsworth: | Lay still. |
| Neal Ainsworth: | (inaudible). |
| Janet Ainsworth: | Neal, lay still. |
| Neal Ainsworth: | (inaudible) |
| Janet Ainsworth | I don't know. The one you kicked a while ago probably. Sit down. Sit down! |
| 911 Operator: | What's he doing, honey? |
| Janet Ainsworth: | He's wrestling around with us again. |
| Neal Ainsworth: | Let me go. |
| Janet Ainsworth: | Uh uh. |
| Robert Ainsworth Jr: | I got him. |
| Janet Ainsworth: | You're going on that rescue squad Neal because you've tried to hurt yourself and you're going to Luverne and let them help you. |
| Robert Ainsworth Jr: | I got him. Daddy, I got him. |
| Janet Ainsworth: | I got the backend of him. |
| Robert Ainsworth Jr: | I got him. |
| Janet Ainsworth: | Come on. He's very strong. I'm begging you. You're hurting him now. You're hurting your daddy, Neal. Neal, you're hurting you daddy, let go now. |
| 911 Operator: | What's he doing, ma'am? |

9

| | |
|---|---|
| Janet Ainsworth: | He's fighting us. |
| 911 Operator: | I've got them coming to you in emergency code, Honey. |
| Neal Ainsworth: | I ain't goin'. |
| Janet Ainsworth: | Lay down now. |
| Neal Ainsworth: | I ain't goin'. |
| Janet Ainsworth: | Yes Neal, you're going to get help. |
| Robert Ainsworth Jr: | Hop up. |
| Janet Ainsworth: | This is something you've needed for a while. Move and let me get here. |
| Neal Ainsworth: | I'm coming. |
| Janet Ainsworth: | Move, Bobby. |
| Robert Ainsworth Jr.: | I've got him. |
| Janet Ainsworth: | Move Bobby. |
| Robert Ainsworth Jr.: | I got him, mama. |
| Janet Ainsworth: | Bobby move. |
| Robert Ainsworth Jr: | Go get your breathing treatment. |
| Janet Ainsworth: | Go on. Go on. |
| Neal Ainsworth: | I'm gonna hit you. I'm gonna hit them too. |
| Janet Ainsworth: | No you won't Neal. They'll secure you. |
| 911 Operator: | Are you the house trailer on the right. |
| Janet Ainsworth: | Correct. No, no, no. On the left at the very bottom. |
| 911 Operator: | The one on the left at the very bottom? |
| Janet Ainsworth: | At the dead end of the road. |
| 911 Operator: | The dead end of the road. OK. OK, I've got an officer turning on Lloyds Mill Road at this time. |

| | |
|---|---|
| Janet Ainsworth: | OK. |
| 911 Operator: | But, is he still breathing? |
| Janet Ainsworth: | Yeah. |
| 911 Operator: | Do you see any red marks or ligature marks on his neck? |
| Janet Ainsworth: | Hold your head up Neal. |
| 911 Operator: | I mean, you don't . . . not if it's not visible. Don't put yourself in any danger. |
| Janet Ainsworth: | No. |
| 911 Operator: | OK. |
| Janet Ainsworth: | I can't see anything so far. I can't see. It's dark back in this room, too. |
| 911 Operator: | They're coming to you, OK? |
| Janet Ainsworth: | All right. |
| Neal Ainsworth: | Where are they at so I can go ahead and get up here from the bed? |
| Janet Ainsworth: | You . . . Wipin' under your nose and around your mouth. Be still. |
| Neal Ainsworth: | I don't care what I have. |
| Janet Ainsworth: | You smell like vomit Neal. Stop. |
| Robert Ainsworth Jr: | I got him, mama. |
| Janet Ainsworth: | Stop Neal. |
| Neal Ainsworth: | (inaudible) |
| Janet Ainsworth: | No, I'm gonna . . . you're going to stay still. |
| Neal Ainsworth: | I'll get ya. |
| Janet Ainsworth: | Nuh uh, Neal. |
| Neal Ainsworth: | I'll show you what I'm gonna do. |
| Janet Ainsworth: | Neal. They are right here now. |
| Robert Ainsworth Jr: | You can't do that. |

911 Operator: They're coming to you.

Janet Ainsworth: Neal. Neal.

Robert Ainsworth Jr.: Come on Neal.

Janet Ainsworth: Stop Neal. Neal, stop.

Robert Ainsworth Sr: Neal . . .

Janet Ainsworth: Stop!

Robert Ainsworth Jr: Come on, Neal.

Janet Ainsworth: You gotta . . .Neal stop.

Robert Ainsworth Sr.: Stop it now.

Janet Ainsworth: Stop Neal. Stop Neal.

Robert Ainsworth Sr: Neal. Nuh uh, don't break that.

Janet Ainsworth: Nuh uh.

911 Operator: What's he doing, honey?

Robert Ainsworth Sr: Neal!

Janet Ainsworth: He's fightin'.

Robert Ainsworth Sr. Neal!

Janet Ainsworth: Oh God.

Robert Ainsworth Sr: Oh!

**Phone beeps twice.**

911 Operator: OK.

Janet Ainsworth: Stop it. They're right here. They out here.

Robert Ainsworth Sr: Quit. Quit!

Neal Ainsworth: Y'all, stop!

911 Operator: OK, I've got an officer there, baby.

| | |
|---|---|
| Robert Ainsworth Sr: | Grab that (inaudible) |
| Janet Ainsworth: | Need help? Hold him down. |
| 911 Operator: | OK, he's coming to you. He's at your yard. Can he get in? Can the officer come in? |
| Janet Ainsworth: | Yes, please hurry. |
| 911 Operator: | David Anderson is in the front yard now. |
| Janet Ainsworth: | Yes, I see him. OK, he's here. |
| 911 Operator: | OK. |
| Janet Ainsworth: | He's tried to hang himself and he's vomited on us in here. OK, he's here, thank you ma'am. |