**Exhibit A to Exhibit J**




































# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 2 3 0 0 0 0 | COVINGTON CO SHERIFF | 0 5 0 7 0 0 4 8 4 | |

**5 LAST, FIRST, MIDDLE NAME**
AINSWORTH, CHRISTOPHER N

**6 ALIAS AKA**

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 | 14 | [1] SCARS | [2] MARKS | [3] TATOOS | [4] AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [1] M [2] F | [1] W [2] B [3] A | 5' 08" | 161 | BRO | BRO | | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| | | 0 6 0 7 8 9 | 016 | I121230217 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 [1] RESIDENT [2] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 5825 SWEATT LANE RED LEVEL, AL 36420 | (334) 469-2202 | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| NONE | ANDALUSIA, AL 36420 | |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| 5825 SWEATT LANE RED LEVEL, AL | | [1] IN STATE [2] OUT STATE AGENCY ■ YES □ NO |

| 36 CONDITION OF | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| [1] DRUNK [3] SOBER ARRESTEE: [2] DRINKING [4] DRUGS | [1] YES [2] NO | [1] NONE [2] OFFICER [3] ARRESTEE | [1] Y [2] N | [1] HANDGUN [4] OTHER FIREARM [2] RIFLE [5] OTHER WEAPON [3] SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 7 1 3 0 5 | 15:00 [1] AM [2] PM ■ MIL. | S M T W T F S 1 2 3 ④ 5 6 7 | [1] ON VIEW [2] CALL [3] WARRANT | [1] YES [2] NO [3] UNKNOWN |

| 46 CHARGE - 1 [1] FEL [2] MISD | 47 UCR CODE |
|---|---|
| RESISTING ARREST | 4801 |

| 48 CHARGE - 2 [1] FEL [2] MISD | 49 UCR CODE |
|---|---|
| OSSTRUCTING GOV. OPERATIONS | 5006 |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y |
|---|---|---|
| 013A-10-0041 | | |

| 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|
| 013A-10-0002 | | |

| 56 CHARGE - 3 [1] FEL [2] MISD | 57 UCR CODE |
|---|---|
| | |

| 58 CHARGE - 4 [1] FEL [2] MISD | 59 UCR CODE |
|---|---|
| | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y |
|---|---|---|
| | | |

| 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|
| | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| [1] HELD [4] TOT - LE [2] BAIL [5] OTHER [3] RELEASED | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**
☐ CONTINUED IN NARRATIVE

## JUVENILE

| 82 JUVENILE DISPOSITION: | 83 RELEASED TO |
|---|---|
| [1] HANDLED AND RELEASED [3] REF. TO WELFARE AGENCY [5] REF. TO ADULT COURT [2] REF. TO JUVENILE COURT [4] REF. TO OTHER POLICE AGENCY | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|
| | | | |

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y A [1] AM [2] PM [3] MIL. | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED / HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)**

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| | | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| INABINETT, CHRIS | 02316 | ANDERSON, DAVID | 00501 | ID # | ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC-34 REV. 10-90

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | 1 ☐ INCIDENT ☑ OFFENSE ☐ SUPPLEMENT | 2 CASE # 0 5 0 7 0 0 4 8 4 | 3 SFX |
|---|---|---|---|---|

| 4 ORI # 0 2 3 0 0 0 0 | 5 DATE AND TIME OF THIS REPORT 0 7 1 3 0 5 14:57 ☐ AM ☑ PM ☐ MIL. | 6 AGENCY NAME COVINGTON CO SHERIFF | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE M D Y |
|---|---|---|---|

| 8 REPORT BY ☐ VICTIM OR AINSWORTH, JEANETTE | 9 ADDRESS (STREET, CITY, STATE, ZIP) 5825 SWEATT LANE   RED LEVEL, AL | 10 PHONE (334) 469-2202 |
|---|---|---|

**VICTIM'S MUST OFFICERS**

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) 1 P 2 B 3X STATE OF ALABAMA, | 13 ADDRESS (STREET, CITY, STATE, ZIP) AL 36420 | 14 PHONE |
|---|---|---|

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|

| 19 ☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☐ N | 21 RACE ☐ W ☐ B ☐ | 22 SEX ☐ MALE ☐ FEMALE | 23 HGT | 24 WGT | 25 DOB M D Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

**EVENT**

| 30 TYPE INCIDENT OR OFFENSE ☐ FEL. ☑ MISD. ATTEMPTED SUICIDE | 31 DEGREE (CIRCLE) 1   2   3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE) 1   2   3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

| 38 PLACE OF OCCURANCE 5825 SWEATT LANE   RED LEVEL, AL 36420 | 39 SECTOR |
|---|---|

| 40 POINT OF ENTRY ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N |
|---|---|---|---|

| OCCURRED ON OR BETWEEN 0 7 1 3 0 5 52 TIME 0 7 1 3 0 5 | 45 TIME 14:44 ☐ AM ☐ PM ☐ MIL. 15:10 ☐ AM ☐ PM ☐ MIL. | 46 S M T W T F S 1 2 3 4 5 6 7 53 S M T W T F S 1 2 3 4 5 6 7 | 47 LIGHTING ☐ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ UNK. | 48 WEATHER ■ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | 49 PREMISE ☐ HWY.-ST.-ALLEY ■ RAILROAD ■ RESIDENCE ☐ CHURCH ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. | ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☐ OTHER | 50 CODE |
|---|---|---|---|---|---|---|---|

| 54 VERIFY FOR ☐ Y RAPE EXAM ☐ N | 55 TREAT. FOR ☐ Y RAPE INJURY ☐ N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT LOCATION: RAPE | 57 CODE |
|---|---|---|---|

| 58 WEAPON USED ☐ FIREARM ☐ HANDS, FISTS, VOICE, ETC. ☐ KNIFE ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN DESCRIBE: |
|---|---|

**PROPERTY DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED  INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE STOLEN | DAMAGED | 63 RECOVERED DATE | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ CONTINUED IN NARRATIVE

**DOLLAR VALUE**

| 64 MOTOR VEHICLE S R D C | 65 CURRENCY, NOTES S R D C | 66 JEWELRY S R D C | 67 CLOTHING/FURS S R D C | 68 FIREARMS S R D C | 69 OFFICE EQUIPMENT S R D C |
|---|---|---|---|---|---|
| 70 ELECTRONICS S R D C | 71 HOUSEHOLD S R D C | 72 CONSUMABLE GOODS S R D C | 73 LIVESTOCK S R D C | 74 MISCELLANEOUS S R D C | |

**VEHICLES**

| 75 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED |
|---|

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|
| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED ☐ N ☐ Y  # |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY)  ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ Y ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ Y ☐ WHERE? |
|---|---|---|

**TYPE OR PRINT IN BLACK INK**                     ACJIC-32 REV. 6-94

**INCHES**    |    1    |    2    |    3    |    4    |    5    |    6

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 7 1 3 0 5 | 14:57 | ☐1 AM ☑2 PM ■ MIL. | 96 CASE # 0 5 0 7 0 0 4 8 4 | | 97 SFX | 98 ■ OFFENDER ☐2 SUSPECT ☐3 MISSING PERSON | ☐4 CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) AINSWORTH, CHRISTOPHER N | 100 NICKNAME/ALIAS | | | 101 RACE ■ W ☐3 A ☑2 B ☐4 I | 102 SEX ■ M ☐2 F | 103 DOB 0 7 1 3 8 9 | 104 AGE 016 |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) 5825 SWEATT LANE   RED LEVEL,AL | 106 HGT 5  08 | 107 WGT 161 | 108 EYE BRO | 109 HAIR BRO | 110 COMPLEXION |

| 111 PROBABLE DESTINATION | 112 ARMED? ☐1 Y   ■ N   ☐3 UNK. | 113 WEAPON |

| 114 CLOTHING KAHKI PANTS SNEAKERS/ NO SHIRT | ☐1 SCARS   ☐1 MARKS   ☐1 TATOOS | 115 ■ ARRESTED ☐2 WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐1 W ☐3 A ☐2 B ☐4 I | 119 SEX ☐1 M ☐2 F | 120 DOB M   D   Y | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | 129 ARMED? ☐1 Y   ☐2 N   ☐3 UNK. | 130 WEAPON |

| 131 CLOTHING | ☐1 SCARS   ☐1 MARKS   ☐1 TATOOS | 132 ☐1 ARRESTED ☐2 WANTED |

**WITNESSES**

| | 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|---|
| #1 | ANDERSON, DAVID | SEX ☐1 M ☑2 F  RACE ☐1 W ☐3 A ☐2 B ☐4 I  M  D  Y | RED LEVEL PD RED LEVEL, AL | | |
| #2 | | SEX ☐1 M ☐2 F  RACE ☐1 W ☐3 A ☐2 B ☐4 I  M  D  Y | | | |
| #3 | | SEX ☐1 M ☐2 F  RACE ☐1 W ☐3 A ☐2 B ☐4 I  M  D  Y | | | |
| #4 | | SEX ☐1 M ☐2 F  RACE ☐1 W ☐3 A ☐2 B ☐4 I  M  D  Y | | | |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |

**NARRATIVE**

137

DEPUTIES WERE DISPATCHED TO 5825 SWEATT LANE TO AN ATTEMPTED SUICIDE. WHILE ENROUTE DEPUITES WERE INFORMED THAT THE

SUBJECT HAD TRIED TO HANG HIMSELF WITH A BELT. THE SUBJECT'S FAMILY WERE TRYING TO RESTRAIN HIM UNTIL DEPUTIES ARRIVAL.

DISPATCH CALLED BACK NAD ADVISED RESPONDING UNITS THAT THE SUBJECT WAS FIGHTING HIS FAMILY AND THREATENED TO DO HARM TO

LAWENFORCEMENT. UPON ARRIVAL DEPUTY CHRIS INABINETT LOCATED RED LEVEL POLICE CHIEF IN  A BACK BEDROOM OF SUBJECTS RESIDENCE.

CHIEF ANDERSON WAS PLEADING WITH THE SUBJECT TO COME OUT OF THE CORNER. AS DEPUTY INABINETT THRIED TO GRAB SUBJECT AND

PULL HIM OUT THE CORNER SUSPECT AINSWORTH SAID DON'T MAKE ME HIT YOU. THAT WAS INABINETT'S PHYSICAL ATTEMPTS TO REMOVE HIM

FROM THE CORNER FAILED AND DEPLOYED THE TASER. AFTER A 5 SECOND APPLICATION OF THE TASER SUSPECT AINSWORTH WAS

HANDCUFFED AND INFORMED OF HIS CHARGES. ANDALUSIA RESCUE WAS SUMMOND TO THE INDCIDENT AND REMOVED THE PROBES FROM

SUSPECT. THEN TRANSPORTED TO ANDALUSIA ER.

| CONTINUED ON SUPPLEMENT ☐Y ■N SFX |
| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge.  I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

| 138 LOCAL USE |
| 139 STATE USE |

SIGNATURE _____

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |

**ADMINISTRATION**

| 147 CASE STATUS ☐1 PENDING ☑2 INACTIVE ☐ CLOSED ENTERED ACIC/NCIC DATE ☐Y ☐N | 148 CASE DISPOSITION: ☐1 CLEARED BY ARREST (JUV.) ☐2 CLEARED BY ARREST (ADULT) ☐3 UNFOUNDED ☐5 ADM. CLEARED | ☐4 EXCEPTIONAL CLEARANCE ☐A SUSPECT/OFFENDER DEAD ☐B OTHER PROSECUTION ☐C EXTRADITION DENIED ☐D LACK OF PROSECUTION ☐E JUVENILE, NO REFERRAL ☐F DEATH OF VICTIM | 149 REPORTING OFFICER INABINETT, CHRIS | ID # 02316 |
| | | | 150 ASSISTING OFFICER | ID # |
| | | | 151 SUPERVISOR APPROVAL    ID # | 152 WATCH CMDR. |

2302

Call #: 89736 Source: 911
Primary Incident #: 05070484
All Incident #s: 05070484, 05070484
ESN: Buck Creek District:  Alarm: 0 Priority: 2
Received: 07/13/2005 14:44:40
Caller: AINSWORTH JANET
Call Taker: ES  Call Dispatcher: ES
City: RED LEVEL State: AL Zip Code: 36420
Place:
Address: 5825 SWEATT LN
Apt:  Floor:  Phone: 3344692202
Nature: MEDICAL EMERGENCY Discipline: EMS Agency: Covington County, AL
Location:
Landmark:

Caller Address: 5825 SWEATT LN
                RED LEVEL, AL
Caller Phone: 3344692202
Description: TRIED TO HANG HIMSELF, HAD A BELT  AROUND HIS
             NECK  ON THE BED PULLING  IT TIGHT...CHRISTOPH
             ER NEIL AINSWORTH, SUBJ IS ON BED BEING HOLD H
             IM DOWN, SUBJ MAKING THREAT OFFICERS.   16 YOA
             , HE JUST GOES OFF THE HANDLE, WHEN HE GETS M
             AD HE WANTS TO HURT HIMSELF, SUBJ IS BREATHING
             GOOD, HE IS JUST VOMITING,  HAD ON HIS NECK 3
             OR 4 MINUTES...SUBJ IS BEING HELD ON THE BED
             BY PARENTS..HE IS WRESTLING WITH HIS PARENTS A
             T THIS TIME, CALLER ADVD HE IS STRONG AS AN OX
             .. CALLER IS TELLING NEIL HE IS GOING TO GET H
             ELP THIS IS SOMETHING HE HAS NEEDED FOR A WHIL
             E... SUBJ IS FIGHTING AGAIN AT THIS TIME. RESC
             UE WAS A REQUEST CODE 2....ES


Call #: 89736 Sub Call #: 1 Incident #: 05070484
Unit: 0001
Crew1:  Crew2:  Crew3:
Crew4:  Crew5:  Crew6:
Notes:
1ST RSP ON SCEN

Destination:
Mileage Begin: 0 Mileage End: 0

Timestamp: Dispatch Event Time: 07/13/2005 14:45:17 Dispatcher: ES
Timestamp: Acknow Event Time: 07/13/2005 14:45:39 Dispatcher: ES
Event Type: T4 Event Time: 07/13/2005 14:45:54 Dispatcher: ES
Timestamp: Enroute Event Time: 07/13/2005 14:45:54 Dispatcher: ES

Timestamp: Available Event Time: 07/13/2005 15:01:03 Dispatcher: ES

Call #: 89736 Sub Call #: 2 Incident #: 05070484
Unit: 501
Crew1:  Crew2:  Crew3:
Crew4:  Crew5:  Crew6:
Notes:


Destination:
Mileage Begin: 0 Mileage End: 0

Timestamp: Dispatch Event Time: 07/13/2005 14:46:52 Dispatcher: JW
Timestamp: Enroute Event Time: 07/13/2005 14:46:54 Dispatcher: JW
Event Type: LKP Event Event Time: 07/13/2005 14:56:22 Dispatcher: JW
Event Description: 5825 SWEATT LN
Timestamp: Arrived Event Time: 07/13/2005 14:56:22 Dispatcher: JW
Event Type: 10-18 Event Time: 07/13/2005 15:01:55 Dispatcher: ES
Event Description: 10-18 AT 15:00 TASER DEPLOYED, SEND RESC
                  UE IN ES
Timestamp: Available Event Time: 07/13/2005 15:14:43 Dispatcher: ES

Call #: 89736 Sub Call #: 3 Incident #: 05070484
Unit: 2316
Crew1:  Crew2:  Crew3:
Crew4:  Crew5:  Crew6:
Notes:


Destination:
Mileage Begin: 0 Mileage End: 0

Timestamp: Dispatch Event Time: 07/13/2005 14:47:20 Dispatcher: ES
Timestamp: Acknow Event Time: 07/13/2005 14:47:22 Dispatcher: ES
Timestamp: Enroute Event Time: 07/13/2005 14:50:12 Dispatcher: JW
Event Type: LKP Event Event Time: 07/13/2005 14:57:39 Dispatcher: ES
Event Description: 5825 SWEATT LN
Timestamp: Arrived Event Time: 07/13/2005 14:57:39 Dispatcher: ES
Event Type: 10-18 Event Time: 07/13/2005 15:01:04 Dispatcher: JW
Event Description: TASER HAS BEEN DEPLOYED OPER25
Timestamp: Depart Event Time: 07/13/2005 15:15:07 Dispatcher: ES
Event Type: 10-18 Event Time: 07/13/2005 15:21:45 Dispatcher: ES
Event Description: HAVE DYS 831 2316 . OPER 25 DID SO ES
Timestamp: Dest. Event Time: 07/13/2005 15:33:14 Dispatcher: ES
Timestamp: Available Event Time: 07/13/2005 16:20:40 Dispatcher: ES

Call #: 89736 Sub Call #: 4 Incident #: 05070484

```
Unit: 2306
Crew1:   Crew2:   Crew3:
Crew4:   Crew5:   Crew6:
Notes:


Destination:
Mileage Begin: 0 Mileage End: 0

Timestamp: Dispatch Event Time: 07/13/2005 14:50:02 Dispatcher: JW
Timestamp: Enroute Event Time: 07/13/2005 14:50:04 Dispatcher: JW
Event Type: LKP Event Event Time: 07/13/2005 15:00:56 Dispatcher: ES
Event Description: 5825 SWEATT LN
Timestamp: Arrived Event Time: 07/13/2005 15:00:56 Dispatcher: ES
Timestamp: Available Event Time: 07/13/2005 15:12:55 Dispatcher: ES

Call #: 89736 Sub Call #: 5 Incident #: 05070484
Unit: 2307
Crew1:   Crew2:   Crew3:
Crew4:   Crew5:   Crew6:
Notes:


Destination:
Mileage Begin: 0 Mileage End: 0

Timestamp: Dispatch Event Time: 07/13/2005 14:53:08 Dispatcher: JW
Timestamp: Enroute Event Time: 07/13/2005 14:53:21 Dispatcher: JW
Event Type: LKP Event Event Time: 07/13/2005 15:00:49 Dispatcher: JW
Event Description: 5825 SWEATT LN
Timestamp: Arrived Event Time: 07/13/2005 15:00:49 Dispatcher: JW
Timestamp: Available Event Time: 07/13/2005 15:14:54 Dispatcher: ES

Call #: 89736 Sub Call #: 6 Incident #: 05070484
Unit: MEDIC237
Crew1:   Crew2:   Crew3:
Crew4:   Crew5:   Crew6:
Notes:


Destination: 001
Mileage Begin: 0 Mileage End: 38

Timestamp: Dispatch Event Time: 07/13/2005 14:45:17 Dispatcher: ES
Timestamp: Acknow Event Time: 07/13/2005 14:45:39 Dispatcher: ES
Event Type: T4 Event Time: 07/13/2005 14:45:54 Dispatcher: ES
```

Timestamp: Enroute Event Time: 07/13/2005 14:45:54 Dispatcher: ES
Event Type: LKP Event Event Time: 07/13/2005 15:01:17 Dispatcher: JW
Event Description: 5825 SWEATT LN
Timestamp: Arrived Event Time: 07/13/2005 15:01:17 Dispatcher: JW
Timestamp: Depart Event Time: 07/13/2005 15:13:40 Dispatcher: ES
Timestamp: Dest. Event Time: 07/13/2005 15:32:58 Dispatcher: ES
Timestamp: Available Event Time: 07/13/2005 15:56:54 Dispatcher: ES

Call #: 89736 Sub Call #: 7 Incident #: 05070484
Unit: 2302
Crew1:  Crew2:  Crew3:
Crew4:  Crew5:  Crew6:
Notes:


Destination:
Mileage Begin: 0 Mileage End: 0

Timestamp: Dispatch Event Time: 07/13/2005 15:01:27 Dispatcher: ES
Timestamp: Available Event Time: 07/13/2005 15:14:59 Dispatcher: ES

Call #: 89736 Sub Call #: 8 Incident #: 05070484
Unit: 2308
Crew1:  Crew2:  Crew3:
Crew4:  Crew5:  Crew6:
Notes:


Destination:
Mileage Begin: 0 Mileage End: 0

Timestamp: Dispatch Event Time: 07/13/2005 15:02:21 Dispatcher: JW
Event Type: LKP Event Event Time: 07/13/2005 15:02:23 Dispatcher: JW
Event Description: 5825 SWEATT LN
Timestamp: Arrived Event Time: 07/13/2005 15:02:23 Dispatcher: JW
Timestamp: Available Event Time: 07/13/2005 15:15:12 Dispatcher: ES

## COVINGTON COUNTY SHERIFFS DEPARTMENT
## USE OF FORCE REPORT

OFFENSE (ORIGINAL INCIDENT): *Attempted Suicide*

CASE NUMBER: *050700484*

TIME/DATE OF INCIDENT: *July 13, 2005 1444*

SUBJECT'S NAME: *Christopher Neal Ainsworth*

DATE OF BIRTH: *06 / 07 / 1989*

RACE: *W*

SEX: *M*

SUBJECT'S ADDRESS: *5825 Sweatt Ln Red Level, Al*

HOME PHONE: *334 469 2202*

TYPE OF FORCE USED (HANDS, IMPACT WEAPON, STUN GUN, ETC): *TASER*

REASONS FOR USE OF FORCE:
✓ NECESSARY TO DEFEND SELF          _____ NECESSARY TO DEFEND ANOTHER
✓ NECESSARY TO RESTRAIN FOR SUBJECT'S OWN PROTECTION          _____ OTHER

WAS SUBJECT INJURED?
✓ YES (IF YES, WHERE WAS SUBJECT TREATED) *Andalusia Rescue / Andalusia E.R.*
_____ NO

NATURE OF INJURY: *2 small Bee-Sting marks on left Arm + hip*

WAS SUBJECT'S INJURY(IES) FATAL?
_____ YES (IF YES, PRONOUNCING MD) _____
✓ NO

WAS OFFICER INJURED?
_____ YES (IF YES, WHERE WAS OFFICER TREATED) _____
✓ NO

DESCRIBE EVIDENCE OBTAINED, IF ANY: *Photos of subject.*

WINESSES (INCLUDE ADDRESS AND PHONE NUMBER):
*David Anderson    (Red Level P.D)*

NARRATIVE (ATTACH COPIES OF OFFENSE REPORT AND PRESENT TICKETS):
*See I/o*

# *COVINGTON COUNTY SHERIFF'S DEPARTMENT*

## TASER USE REPORT

DATE **07** / **13** / **2005**    TIME **14** : **57**  A.M.  P.M. (**MT**)

SUBJECT **Christopher Neal Ainsworth**

DOB **06** / **07** / **1989**  AGE **16**  HT **5'8**  WT **161**  RACE **W**

BUILD: ( ) Heavy  (✓) Medium  ( ) Small

LOCATION **5825 Sweatt Ln  Red level, Al  (Bedroom)**

CHARGES  **Obstruction of Governmental operations**

**Resisting Arrest**

---

NATURE OF INCIDENT
( ) Civil disturbance  (✓) Suicidal ( ) Barricade  ( ) Warrant Service  ( ) Traffic Stop  ( ) other

Officer(s) that deployed
Taser **Chris Inabinett**

Did subject have any injuries, if so list them:
**Only 2 Bee-Sting Type injuries to left arm + hip**

Did subject appear to be under the influence of alcohol ( ) or drugs ( ) None (✓)

Was subject armed ? YES ( ) NO (✓)

Was subject treated by medical personnel for injuries ?    YES (✓) NO ( )

Was subject hospitalized for injuries ?   YES ( ) NO (✓)

What rescue squad and/or hospital saw subject: *Andalusia Rescue\ Andalusia ER.*

Was an Officer or any one other than the subject injured ? YES ( ) NO (✓)

Was the suspect wearing heavy clothing ? YES ( ) NO (✓)

Was the application of the Taser a dart contact or stun contact ?

*Probē*

Did the barb penetrate the skin ? YES (✓) NO ( )

Approximate target distance from at time of deployment  *3 FEEt*  ft.

Need for additional application, if so how many ?
*NO. only 1 SSR Application*

Did Taser work satisfactory ? YES (✓) NO ( )

NARRATIVE OF
INCIDENT *SEE I/o   Cartridge # T 03- 343032*

Officer completing report: _Chris Indbinett 2316_

# *RED LEVEL POLICE DEPARTMENT*
## *29098 SMILEY STREET*
## *P.O. BOX 236*
# *RED LEVEL, ALABAMA 36474*
*(Member 22nd Judicial Circuit Drug Task Force)*
*Email:rlpolicechief@yahoo.com*

**PHONE 334-469-5351**                                    **FAX 334-469-9091**

July 15, 2005

Statement of David Anderson, Chief of Police

On July 13, 2005 at 1456 MT I arrived on scene at the end of Sweatt Lane to an apparent attempted suicide call. Upon arrival I found Mrs. Ainsworth standing on front porch on the phone with a 911 operator. She told me that her son, Neal, was in the bedroom fighting with her husband and other son. Upon entering the bedroom I found her son in the corner of the room holding onto the head of his bed. His father and brother were attempting to try and get him out. He started fighting them. I asked them to leave in an attempt to calm him down. I talked with him until Deputy Chris Inabinett arrived on scene. We both talked to him, trying to get him to calm down. Neal said that he was not going back to jail; he was not going any where. He said that we could go to "**Hell**", he wasn't going any where. We again asked him to come out of the corner of the room. He told us again that no one was going to take him anywhere. As we attempted to remove him from the corner, he grabs the railing of his bed and refused to let go. We attempted to force him to turn loose of the bed, but he would not. He started cussing us and trying to hit or kick us. Deputy Inabinett advised him that he was going to Taste him if he continued to resist. He told him to "**FUCK OFF**" and started to kick and fight again. At this time I advised Deputy Inabinett to use his Taser if he wanted to. Deputy Inabinett again advised him to not resist. Neal refused to obey. Deputy Inabinett then used his Taser on suspect. Suspect then gave up and was handcuffed. At no time did any officer use excessive force on suspect. Mr. and Mrs. Ainsworth became very agitated when that saw their son being tased. They were trying to get to us to get their son away from the Taser. The suspect was walked out of the trailer under his own power and was checked by a paramedic with Andalusia Rescue on scene. Suspect did not show any signs of resisting after this. The ambulance transported him to the E.R. to be checked. His parents were advised of the charges. Investigators took pictures of victim and of the bedroom where the struggle occurred. Suspect's parents again became belligerent and abusive towards Deputy Inabinett. At no time did Deputy Inabinett become disrespectful towards the suspect or his family. He explained to the family the reason their son was tased and was very professional in his handling of the situation

David Anderson
Chief of Police




























Covington County
**Sheriff**
**Anthony Clark**



Sheriff's Department
290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

# MEMORANDUM

*DATE :*        July 13, 2005

*TO :*          Covington County  E-911 Command center

*FROM :*        Walt Inabinett

*SUBJECT :* Request radio logs and etc.

  The Covington County Sheriff's Department is conducting  an investigation
of  Attempted suicide that took place on July 13,, 2005, in Covington Co,
Alabama.   On July 13, 2005, Steven Ainsworth threaten law enforcement, which
later resulted in an arrest on the charges resisting arrest  . The requested
information needed will be radio logs and audio tapes pertaining to this case,
number  05-07-00484.

                                          **Thank You**

                                          **Walt Inabinett**

I Robert Ainsworth saw chistopher neal Ainsworth chocking himself with a belt on 7-13-05. my mom called 911 for an ambulance but the cops made it there first. David Anderson was the first one there & he was in there talking to neal about leting go of the bed post and going with David Anderson before chris I. come running through our house & with a toser gun and pushed my mom into the wall. Then chris jumps up on neals bed never says a word to neal and starts beating him and David Anderson said chris, chris, and then chris I. Shoots neal with the toser gun and then David said chris again

Robert
Newt
Ainsworth
JR

7-15-05

Janet Ainsworth
7-15-05

I Janet Ainsworth Called 911
For an Ambulance to come
to my home at 5825 Sweatt Ln
Red Level al. to my Son Neal
Ainsworth he had tryed to
hang hinself with a belt.
first one on the Scene was
David Anderson who was talking
to Neal to go with him to the
hospital. I heard someone
Come up and thought it was
the Anbulance. I opend the Door
Chris Endowt came into my
house with a Gun in his
hand and I sayed to him
don't go in there David is talking
to him & you will Scare him
because he has mental problems
he took his hand to my crest
and told me to get out of the way
Pushing me into my wall causing

Janet Ainsworth

7-15-05

brusic on my right arm,
he went on in the room
and jumped on my bed
and began hitting him on his
hands, arm, neck & put his
aris around his neck trying
to pull him off of the bed
It was scared. he was
crying & saying don't make
me go. DAvid Anderson was
saying Chris, Chris, and then
he shot him wide the ston gun
my son has seizures & is in bad
shape he is as of know in
Laurell Oaks for the 2nd time
I thing this office is to hot
headed to be on force.
At the hospital he tryed to lour
Robert Ainsworth father of Neal
outside with him. but we stoped
that, this occurd on 7-13-04

Robert Ainsworth Sr                7-15-05

I Robert Ainsworth Was sitting
in my Recliner taking a breathing
treatment. because Mr. Anderson
Was talking to Neal On the bed.
he had Calmed down. and then
Chris Clnabinet Came running
in the house with a gun in
his hand. Janet tryed to explain
to him the medical problems
Neal had. he took his left
hand and pushed Janet backwards
into the Wall. he ran to the
bedroom Jumped on the bed
With Neal and starked beating him
With his fist on Neals hands
arms, head, back, Neck. and
DAvid Anderson was hollowing
at Chris. Chris, Chris, and
he continued to beat Neal. and
he pulled out the tazer Gun +
When he did David Anderson Hollowd
at him again Chris, but he shot him

Any way, And I don't
Understand why because
Neal was not fighting at
No one. Mr. Anderson was
Just talking to him.
I think that a child or Croun
person who is mental Unstable
Should be beaten Nor Stued with
Lazer Gun because he was
no threat to him.
Ask any other officer
who had come out when
we called he never foought
at thim & Never give them
any trouble,

7-15-05

Robert Ainsworth Sr