**Exhibit B to Exhibit J is filed conventionally**