**Exhibit C to Exhibit J**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANET AINSWORTH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05-cv-740-DRB |
| | ) | |
| DEPUTY CHRIS INABINETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## TRANSCRIPTION OF RADIO DISPATCH TAPE

### JULY 13, 2005

| | |
|---|---|
| Female Command: | Command to Andalusia Rescue. Respond Code 2, Respond Code 2 [respond with lights but no siren], by request to 5825 Sweatt Lane, for 5825 Sweatt Lane. Signal 25 [attempted suicide] by hanging.[1] |
| Rescue: | Rescue, copy |
| Female Command: | 10-4. Subject is down at this time, but thrown-up everywhere. He is breathing. |
| Rescue: | Can you give me the name of that road one more time? |
| Female Command: | Sweatt. Sweatt Lane in the Red Level area. |
| Rescue: | 10-4. 237 [Analusia Rescue Ambulance] is coming 10-84 [en route]. |
| Female Command: | 1435 [Military time, 2:35 p.m.] |

_____:    _____

| | |
|---|---|
| Male Command: | Sweatt Lane. I've got to go. Red Level. Sweatt Lane. Red Level. I've got one down. |
| 501 [Anderson]: | All right, what have you got? |

---

[1] Covington County had two different 911 operators/dispatchers referred to as "Command" on duty on July 13, 2005. In this transcript, they are designated as "Male Command" and "Female Command" as the two operators working the radios were a man and a woman.

1

| | |
|---|---|
| Male Command: | Robert Ainsworth's residence. 5825 Sweatt Lane. |
| 501 [Anderson]: | Is that local, or what? |
| Male Command: | Yeah. |
| 501 [Anderson]: | All right, well, did they say what was wrong with him? _____ |
| Female Command: | 2316 [Deputy Chris Inabinett]. |
| 2316 [Dep. Inabinett]: | Go ahead. |
| Female Command: | Need you to respond to 5825 Sweatt Lane, 5825 Sweatt Lane. Signal 25. Signal 25 by hanging. Subject is down at this time and rescue responding. |
| Male Command: | 501 [Red Level Police Chief David Anderson]. |
| 501 [Anderson]: | 501. |
| Male Command: | Going to be a Signal 25 is what this is going to be. |
| 501 [Anderson]: | Affirmative, that's going to be a county call. We'll get 48 en route. I'm en route, Code 2. |
| Male Command: | 10-4. 16 should be en route from the S.O. [Sheriff's Office] |
| 2303 [Lt. West]: | 2303 to Command |
| Male Command: | 2303 |
| 2303 [Lt. West]: | I'm at the S.O., what you got for me? |
| Male Command: | Signal 25 at 5825 Sweatt Lane in Red Level. 501 is en route, rescue and 16. |
| 2303 [Lt. West]: | 10-4, I'll be 84. [en route] |
| 2307 [Inv. Connor]: | You got a signal 25? |
| Male Command: | Attempted suicide. |
| 2307 [Inv. Connor]: | I knew that. Uh, is it attempted or took place or what? |
| Male Command: | It's that Christopher Ainsworth that they've been having so much problems with. I don't know, Libby's on the phone with them. I'm trying to some more information. |

2

| | |
|---|---|
| 2307 [Inv. Connor]: | OK, Command. |
| Male Command: | 2303 [Calling Covington County Sheriff's Deputy Lieutenant Howard West] |
| _____ : | All right, Rog. You got it. |
| Female Command: | 2316. |
| 2316 [Dep. Inabinett]: | 2316, Go ahead. |
| Female Command: | 2316. The subject is threatening violence toward officers. |
| 2316 [Dep. Inabinett]: | 10-4. Uh, lieutenant, you gonna contact IRT [Incident Response Team] or you going to 10-12? [Stand by] |
| 2303 [Lt. West] | Uh, go ahead and be 84, uh 10-12. Be en route and get there. |
| 2306 [Inv. King]: | 2306 will also be en route. |
| 2316 [Dep. Inabinett]: | Command, copy that, page IRT? |
| Male Command: | 10-4 |
| Male Command: | Be advised, they've got him down holding him on the bed at this time waiting for officers to get there. |
| 2316 [Dep. Inabinett]: | OK. Can you get me a contact to Sweatt Lane? |
| Male Command: | Stand by. All right. |
| _____ : | Take Lloyd Mill Road. Road by right there across from my Church. |
| Male Command: | Howard, I don't think we need the IRT team. They've got this boy held down on the bed waiting for the police to get there. |
| 2303 [Lt. West]: | OK. 10-4. Who is the subject, by the way? |
| Male Command: | Chris Ainsworth. |
| 2303 [Lt. West]: | 10-4. |
| 2306 [Inv. King]: | 2306 to Command. I'll be en route. |
| Male Command: | 10-4 |

3

2303 [Lt. West]:        03 to 16.  [Lt West calling Dep. Chris Inabinett]

2316 [Dep. Inabinett]: Go 2303.

2303 [Lt. West]:        Secure.  [Instruction to go to a secured/scrambled frequency]

2316 [Dep. Inabinett]: Go, lieutenant.

2303 [Lt. West]:        Got him held pinned down, parents do, the family does.  Uh, _____ IRT team on that _____.

2316 [Dep. Inabinett]: That's 10-4.  Do you know if he's Signal 25 on pills or a weapon?

2303 [Lt. West]:        I don't know _____

2316 [Dep. Inabinett]: Command, can you confirm?  Is that Signal 25 on a weapon or is he just threatening that, or what?

Female Command:     Signal 25 is by belt tied around his neck.

2316 [Dep. Inabinett]: That's 10-4.  10-4.

_____: _____

_____: _____

_____: _____ IRT team I think every body's 10-4 right now.

_____: That's 10-4.

_____: Command, _____ involved the name?

_____: Gonna be that Ainsworth boy.

_____: All right, 10-4.

Male Command:       Go ahead.

IRT:                     This is the IRT, what have you got?

Male Command:       They had this boy, that Ainsworth boy from Red Level, who tried to kill hisself but they've done got him held down on the bed.  There ain't no use for all the IRT team.

IRT:                     10-4.

4

2302 [Walt Inabinett]: 2302 [Covington County Chief Deputy Walter Inabinett] to all units responding.

2316 [Dep. Inabinett]: 10-4

_____: Go ahead.

2302 [Walt Inabinett]: All units, make sure your video is on, video.

2316 [Dep. Inabinett]: 10-4, 16 copy.

Male Command: Hope you got your TASER.

_____: _____

Male Command: They's still fighting with him.

_____: _____

Male Command: Yep.

Male Command: Units responding, be advised, the subject's fighting with them again now.

_____: 2316, I'm turning off at 82.

2316 [Dep. Inabinett]: 10-4

2316 [Dep. Inabinett]: I'm at 82.

501 [Anderson]: Command, is that going to be the house trailer on the right on Sweatt Lane at the cut off of the _____.

Male Command: 10-4. It should be all the way at the end on the left. All the way at the left on the bottom.

501 [Anderson]: All right. 10-4. _____.

Male Command: 10-4

_____: 501 _____.

501 [Anderson]: OK.

2316 [Dep. Inabinett]: 2316, Command _____ lower left.

5

| | |
|---|---|
| Male Command: | 10-4 |
| 501 [Anderson]: | 501, Command. 10-23. [Chief Anderson has arrived at the Ainsworth house] |
| Male Command: | 1456. [Military time, 2:56 p.m.] |
| _____: | _____, so we can back down _____ |
| _____: | 10-4. |
| 2316 [Dep. Inabinett]: | 16 to Command, 23. [Dep. Inabinett has arrived at the Ainsworth house] |
| Male Command: | 1457. [Military time, 2:57 p.m.] |
| _____: | _____ |
| Female Command: | 501, 2316. Your status? |
| Male Command: | Howard, you on south repeater over. |
| _____: | ____ will be 23 at this time. |
| Female Command: | 10-4. Good status from 2316. |
| 501 [Anderson]: | 501, Command |
| Female Command: | 501. |
| 501 [Anderson]: | TASER deployed, send rescue in. |
| Command: | 10-4. 1500. [Military time, 3:00 p.m.] |
| 2307 [Inv. Connor]: | 2307, 06 is 10-23 [Unit is busy and has arrived at the Ainsworth house] |
| 237 [Ambulance]: | 237's on Sweatt Lane. Can I get that numeric again? |
| Female Command: | 10-4. All the way down on the end on the left. You are clear to go in. |
| 237 [Ambulance]: | 10-4. |
| Male Command: | 10-4, 07. 1500. [Command telling 2307 he arrived at 3:00 p.m.] |
| 237 [Ambulance]: | 237 is 23. [Andalusia Rescue has arrived at the Ainsworth house] |

6

| | |
|---|---|
| Male Command: | 1501. [Military time, 3:01 p.m.] |
| _____: | _____ on Lauderdale Road. |
| Female Command: | 10-4. |
| 2308 [Inv. Spoon]: | 2308 is 10-23, Command. [2308, a Covington County Deputy, arrives at the Ainsworth house] |
| Female Command: | Unit on county |
| 2308 [Inv. Spoon]: | 2308 is on scene. |
| Female Command: | 1502. [Military time, 3:02 p.m.] |
| 2306 [Inv. King]: | 06 to Command, every thing is 10-4 at this time. [Everything is under control] |
| Male Command: | 10-4. Are you out on Sweatt Lane? |
| 2306 [Inv. King]: | 10-4. All of us are out. |
| Male Command: | 1503. [Military time, 3:03 p.m.] |
| _____: | _____ |
| 2306 [Inv. King]: | 2306 to Command |
| Male Command: | 2306. |
| 2306 [Inv. King]: | Rescue is going to be transporting him. Gonna be 24, 10-8. [2306 is finished with his assignment and is ready for another assignment] |
| Male Command: | 1504. [Military time, 3:04 p.m.] |
| 237 [Ambulance]: | 237 to Command. |
| Male Command: | 237 |
| 237 [Ambulance]: | We are en route to Andalusia Hospital from the residence in Red Level. |
| Male Command: | 10-4. 1513. [Military time, 3:13 p.m.] |
| 501 [Anderson]: | 501 Command |

Female Command: 501.

501 [Anderson]: 10-24. 10-8. [Done with assignment, ready for another]

Female Command: 1514. [Military time, 3:14 p.m.]

2307 [Inv. Connor]: 2307, Command. Same thing.

Female Command: 1514. [Military time, 3:14 p.m.]

2302 [Walt Inabinett]: 02 Same traffic.

Female Command: 1514. [Military time, 3:14 p.m.]

2316 [Dep. Inabinett]: 16, out with other units en route to the ER in Andalusia.

Female Command: 1515. [Military time, 3:15 p.m.]

2308 [Inv. Spoon]: 08, 10-8. [Back in service, ready for another assignment]

Female Command: 1515. [Military time, 3:15 p.m.]

501 [Anderson]: 501 to 16

2316 [Dep. Inabinett]: 501.

501 [Anderson]: If we would 10-16 that equipment that's on there, I'll get it from you tomorrow. [If Chief Anderson's handcuffs on Neal Ainworth are transported, he will pick them up from Dep. Inabinett the next day]

2316 [Dep. Inabinett]: Uh, where you at?

501 [Anderson]: Back behind Scott [Connor].

2316 [Dep. Inabinett]: 10-4. Want me to leave you a set?

501 [Anderson]: Negative. I've got enough. Appreciate it.

Male Command: 2316

2316 [Dep. Inabinett]: Go ahead.

Male Command: DYS [Department of Youth Services] has also been notified of this occurrence. That boy is still on probation.

8

2316 [Dep. Inabinett]: 10-4. Can you give me _____

Male Command:           10-4.

237 [Ambulance]:        237 to Command

Female Command:         237

237 [Ambulance]:        10-23 at Andalusia Hospital. Engine miles is 38.

Female Command:         38 at 1533. [Military time, 3:33 p.m.]

2316 [Dep. Inabinett]: 2316 to Command, I'll be out at the ER.

Female Command:         1533. [Military time, 3:33 p.m.]

2308 [Inv. Spoon]:      2308 to Command

Male Command.           2308

2308 [Inv. Spoon]:      10-6, Andalusia ER. [2308 will be busy at the Andalusia Hospital Emergency Room]

Male Command:           1537. [Military time, 3:37 p.m.]

9