**Exhibit D to Exhibit J is filed conventionally**