**Exhibit E to Exhibit J**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANET AINSWORTH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-740-DRB |
| | ) |
| DEPUTY CHRIS INABINETT, et al., | ) |
| | ) |
| Defendants. | ) |

## TRANSCRIPTION OF AUDIO PORTION OF DASHBOARD VIDEO

Deputy Inabinett:   Where ya at, David?

Janet Ainsworth:   It's OK, it's all right. David's in . . .

Deputy Inabinett:   Just move.

Janet Ainsworth:   It's all right, David's in there with him.

Inaudible

Deputy Inabinett:   Where's David, Ma'am?

Janet Ainsworth:   It's OK.

Robert Ainsworth Sr.: In his room.

Deputy Inabinett:   What's up, man?

Neal Ainsworth:   I ain't goin' nowhere.

Chief Anderson:   Come on, Neal.

Deputy Inabinett:   Come on, Neal.

Neal Ainsworth:   No. I'm not goin' no goddamn where, man. Y'all are gonna have to choke me down, cause I fuckin' ain't goin' no goddamn-where.

Chief Anderson:   Come on, Chris.

1

| | |
|---|---|
| Deputy Inabinett: | I'm gonna shoot you with a TASER. |
| Neal Ainsworth: | You're not gonna shoot me with that TASER. |
| Janet Ainsworth: | Please don't. |
| Deputy Inabinett: | Get out of that bed. Get out of that bed. I'm fixin' to shoot you with the TASER. |
| Janet Ainsworth: | Please don't. |
| Deputy Inabinett: | How old are you? |
| Janet Ainsworth: | He's got mental problems, please. |
| Deputy Inabinett: | Hey. |
| Chief Anderson: | It won't hurt him. |
| Deputy Inabinett: | Come on. |
| Chief Anderson: | It won't hurt. It won't hurt him. |
| Deputy Inabinett: | Come on. |
| Neal Ainsworth: | I ain't going. |
| Janet Ainsworth: | Neal. |
| Neal Ainsworth: | I ain't going nowhere. |
| Janet Ainsworth: | Neal. |
| Chief Anderson: | Get up. |
| Deputy Inabinett: | Come on. |
| Janet Ainsworth: | Neal, go. Please. |
| Janet Ainsworth: | Don't make him shoot you with that (inaudible) to the hospital. |
| Neal Ainsworth: | I ain't goin' anywhere. |
| Chief Anderson: | Neal. |
| Deputy Inabinett: | Come on. |
| Chief Anderson: | Come on, Neal. |

2

| | |
|---|---|
| Neal Ainsworth: | Don't come across the bed, 'cause I'll have to hit ya. |

Sounds of scuffling

| | |
|---|---|
| Janet Ainsworth: | No. |

Inaudible background talking.

| | |
|---|---|
| Chief Anderson: | Get him. Light him up. |

Inaudible background talking.

| | |
|---|---|
| Janet Ainsworth: | No. |

Sounds of TASER discharge.

| | |
|---|---|
| Neal Ainsworth: | Oww. |
| Deputy Inabinett: | Get up. |
| Robert Ainsworth Jr.: | They shot him. |
| Deputy Inabinett: | Get up! Get up! |
| Neal Ainsworth: | (crying sounds) |
| Deputy Inabinett: | Now! |

TASER sounds stop.

| | |
|---|---|
| Deputy Inabinett: | Get on your belly. |
| Deputy Inabinett: | Get on your belly, now! Get on your belly. |
| Deputy Inabinett: | Handcuff him, David. Handcuff him. |
| Deputy Inabinett: | Don't you move or I'll shoot you again with this TASER. Do not move! |
| Neal Ainsworth: | I can't breath. |
| Deputy Inabinett: | Do not move. |
| Janet Ainsworth: | He's sick, y'all. He's really sick. I gotta get him to the hospital. |

Multiple people talking, inaudible

| | |
|---|---|
| Janet Ainsworth: | By God he's sick. |

3

| | |
|---|---|
| Neal Ainsworth: | (Crying sounds) That thing hurts. |
| Deputy Inabinett: | I understand. |
| Neal Ainsworth: | (Screaming/crying sounds) |

Inaudible background talking

| | |
|---|---|
| Janet Ainsworth: | I called for a rescue squad. |
| Neal Ainsworth: | (Crying sounds) |
| Chief Anderson: | They're here. |
| Neal Ainsworth: | (Crying sounds) |
| Janet Ainsworth: | (inaudible) to the hospital. |
| Deputy Inabinett: | You need to stay and let me do my job. |
| Neal Ainsworth: | (Crying sounds) |
| Robert Anderson Sr.: | (inaudible) do your goddamn job. |
| Janet Ainsworth: | You did your part. |
| Chief Anderson: | Hey! Hey! Hey! |
| Deputy Inabinett: | Nobody's got hurt, get him on back up here. |
| Neal Ainsworth: | (Crying sounds) |
| Deputy Inabinett: | Try not to move it. |
| Deputy Inabinett: | Get off the bed. Get off the bed, and if you start fightin' I'm gonna do it again. |
| Chief Anderson: | Come on. |
| Deputy Inabinett: | Put your feet on the floor. Put your feet on the floor, you're fine. |
| Chief Anderson: | Come on. |
| Deputy Inabinett: | Put your feet on the floor, you can walk. Put your feet on the floor you can walk, you're fine. We've all been through it, pal. It's OK, walk. |
| Janet Ainsworth: | We gotta get you to the hospital. |

4

| | |
|---|---|
| Deputy Inabinett: | We're gonna have you checked out, buddy. |
| Chief Anderson: | Come on. |
| Janet Ainsworth: | The ambulance is here to get you, baby. |
| Deputy Inabinett: | You can walk. You can walk. You're fine. |
| Janet Ainsworth: | We're fixin' to get you some help, baby, just like mama said. |
| Deputy Inabinett: | Come on. |
| Janet Ainsworth: | Mama didn't cause you to do that. Let me get my shoes. |
| Inaudible | |
| Deputy Inabinett: | He's fine, I promise you. We've all been through this, he's fine. |
| Deputy Inabinett: | Get out here in front of me. |
| Deputy Inabinett: | Go right to that gold car, OK? |
| Neal Ainsworth: | That one? |
| Deputy Inabinett: | That gold car, yeah. Let's walk quick 'cause you know you're fine. |
| Chief Anderson: | 501, Command . . . |
| Deputy Inabinett: | Log that, TASER deployed. |
| Chief Anderson: | TASER deployed, send Rescue in. |
| Deputy Inabinett: | Face the camera. Face the camera, turn 'round and face the camera. (Inaudible) Right there. Turn around. See where we got you at, OK? Got you right here and in the arm. |
| Neal Ainsworth: | All right. |
| Deputy Inabinett: | Now, you turn around and look at your mama and you tell her, you tell her . . . |
| Janet Ainsworth: | He's scared. He's got mental problems. |
| Deputy Inabinett: | That's fine. |
| Janet Ainsworth: | That's why I called the rescue squad to take him to the hospital. |
| Deputy Inabinett: | That's fine. He's going to be checked out. OK? |

5

| | |
|---|---|
| Janet Ainsworth: | And I want them to take him to the hospital so I can get him to take him to Luverne. |
| Janet Ainsworth: | He's sick, he's scared. |
| Deputy Inabinett: | You're under arrest for obstruction of governmental operations and resisting, OK? Turn around, go ahead and have a seat in the car. Matter of fact, come on back to the ambulance. |
| Janet Ainsworth: | He's sick. |
| Chief Anderson: | Yeah, come on back to the ambulance. |
| Janet Ainsworth: | He's sick now (inaudible) |
| Deputy Inabinett: | He's gonna be fine. |
| Unknown voice: | Hang on, hang on, hang on just a minute now. |
| Radio Traffic | |
| Deputy Inabinett: | He's going to (inaudible) Let's go ahead and get him straight. |
| Janet Ainsworth: | Are they going to take him to the hospital? |
| Unknown voice: | You OK, bud? |
| Deputy Inabinett: | Just a minute and we'll talk with you, OK? This ain't helpin' y'all . . . Listen to that man . . . what he tells you to do . . . all right? |
| Unknown voice: | What's goin' on, buddy. How old are you? |
| Neal Ainsworth: | 16. |
| Deputy Inabinett: | Hey, Elliot. Elliot. Would one of y'all get me a camera? Before we take him down. |
| Inaudible background voices | |
| Unknown voice: | What's going on? What happened? |
| Neal Ainsworth: | Me and my mama started talking about Luverne and I didn't want to go. |
| Unknown voice: | Why did she call us? |
| Radio Traffic | |

6

| | |
|---|---|
| Unknown voice: | Were you arguing? You know arguing with your mama is not good, right? |
| Radio Traffic | |
| Unknown voice: | Believe it or not, mama and dad usually knows better. |
| Deputy Inabinett: | Now look here, we're going to take them out of you in just a minute, but you need to understand, if you start bucking again, and I'm not trying to be a smart-aleck, I'm just telling you up front, You start bucking again, showing yourself in any way, resisting us or not listening to us, I'm going to shoot you with this TASER again. Do you understand? |
| Chief Anderson: | We warned you, Neal. You understand? We got it on tape. |
| Deputy Inabinett: | We tried to be easy with you. |
| Chief Anderson: | We got you on tape. |
| Deputy Inabinett: | So, I'm just fair warning you right now. You can be mad at whoever, but don't start bucking again. All right? |
| Neal Ainsworth: | OK. |
| Unknown voice: | You don't need to do it in the back of my truck and (inaudible). What's your name? |
| Neal Ainsworth: | Neal Ainsworth. |
| Unknown voice: | How do you spell your last name? |
| Neal Ainsworth: | A-i-n-s-w-o-r-t-h |
| Unknown voice: | What's your birthdate? |
| Neal Ainsworth: | (inaudible) |
| Unknown voice: | What's your social security number? |
| Neal Ainsworth: | I don't know. |
| Unknown voice: | You don't know it? |
| Deputy Inabinett: | Let me get a picture of your face, OK? Look at me. |
| Unknown voice: | What happened to your head? |
| Neal Ainsworth: | That's where I ran into a tree with a four-wheeler. |

7

| | |
|---|---|
| Deputy Inabinett: | That right forearm. Hang on and we'll get the handcuffs off him in just a minute. |
| Unknown voice: | Did you try…did you try to hang yourself, bud? |
| Neal Ainsworth: | Yeah. |
| Unknown voice: | How old are you, man? |
| Neal Ainsworth: | 16. |
| Unknown voice: | You're 16? Man, you got a whole damned life ahead of you. You don't need to be out doing that. |
| Deputy Inabinett: | All right. Whenever you're ready, man. |
| Deputy Inabinett: | Did you feel that? When it come out? |
| Neal Ainsworth: | A little bit. |
| Deputy Inabinett: | Little bit? Which one? Which one did you feel the worse? |
| Neal Ainsworth: | Both of 'em. |
| Deputy Inabinett: | Huh? |
| Neal Ainsworth: | Both. |
| Deputy Inabinett: | When he pulled 'em out? You still felt it? |
| Deputy Inabinett: | I got some right here, never mind. |
| Unknown voice. | Turn around and give me a quick look All right bud, I'm going to take your blood pressure and other things like that. |

Inaudible background talking

| | |
|---|---|
| Deputy Inabinett: | Would you mind standing by for just a second? I'm going to try to take your picture. |
| Unknown voice: | All right. |
| Radio: | 505 go ahead and show me 10-41. |
| Radio: | 1506 |
| Janet Ainsworth: | (coughing/crying noise) |

8

| | |
|---|---|
| Deputy Inabinett: | Look here, he's fine like we told him he'd be, OK? Are you all right? |
| Janet Ainsworth: | (Crying) |
| Deputy Inabinett: | Why don't you come on and sit. |
| Robert Ainsworth Sr.: | Come on mama. |
| Janet Ainsworth: | (Crying) |
| Deputy Inabinett: | You can breathe better when you're sitting |
| Janet Ainsworth: | No! (Crying) |
| Unknown voice: | Ma'am |
| Deputy Inabinett: | He's fine, mama. He's fine. He's fine. He's up walking talking. |
| Deputy Inabinett: | Listen, let me help you with something. We've all been shot with that. Every one of us has been through it. OK? That's why I told you . . . |
| Chief Anderson: | When it's over with, it's over with. |
| Deputy Inabinett: | It's not like mace or anything so you need to get yourself together and we know what we can do with him. Now, let's work on you. |
| Robert Ainsworth Sr.: | Where are y'all taking him? To the hospital down there? |
| Unknown voice: | He used a belt, is that what you said? |
| Robert Ainsworth Sr.: | Yes, sir. |
| Unknown voice: | Well, let's get some pictures of that |
| Deputy Inabinett: | Was it in that bedroom? |
| Janet Ainsworth: | There was vomit on the bed and on the floor. |
| Deputy Inabinett: | Can you come here? Come on help me. Show us. |
| Janet Ainsworth: | (Crying) |
| Deputy Inabinett: | Come on in help us. Show us. Show us. Hey David, she's going to show us. All right, that's what I'm trying to tell you. We've all been through that, so when I tell you he's fine I can tell . . . I assure you he's fine. |
| Unknown voice: | I gotta find that piece of paper. |

9

| | |
|---|---|
| Deputy Inabinett: | Come on in. |
| Deputy Inabinett: | Didn't y'all use to live on Old Salt Road? |
| Robert Ainsworth Sr.: | Yeah, I was there. |
| Deputy Inabinett: | That's where I seen you. |
| Robert Ainsworth Sr.: | We thought he was going to (inaudible) |
| Chief Anderson: | Yeah. |
| Deputy Inabinett: | Is he off his medication? |
| Robert Ainsworth Sr.: | No, he's been . . . I think he's been taking it. No. She called me. He's done got outrageous. |
| Deputy Inabinett: | Do you mind if I wash my hands? |
| Robert Ainsworth, Sr: | No Sir, you can go right here. |
| Deputy Inabinett: | No, I'm fine, I'm fine right here. |
| Unknown voice: | Is that blood? |
| Unknown voice: | That's . . . uh . . . barbeque. |
| Robert Sr.: | Get him a towel. |
| Unknown voice: | All right |
| Deputy Inabinett: | I'm good. Right here. I'm good. Right here. |
| Robert Ainsworth, Sr: | I understand you got to do what you got to do. |
| Unknown voice: | What did he have the belt hooked to? |
| Janet Ainsworth: | Nothing. He just had it around his neck. |
| Unknown voice: | (inaudible) |
| Janet Ainsworth: | He had it around his neck like this. And we couldn't get unhooked. So I called for a knife. I was going to cut it off when the big boy got it out unhooked. |

| | |
|---|---|
| Deputy Inabinett: | He was over in that corner. He was sitting with his back against the wall and his feet on the bed looking out, facing us. That's when we got in the tussell with him. |
| Janet Ainsworth: | He sat over there because we had to hold him down. He was jumping up and throwing on the bed. |
| Deputy Inabinett: | What kind of medication is he taking? |
| Janet Ainsworth: | He's taking Ritalin . . . |
| Deputy Inabinett: | OK. |
| Janet Ainsworth: | And Zoloft. They took him off of everything else and put him on Ritalin . . . |
| Unknown voice: | So, Ritalin and Zoloft? |
| Janet Ainsworth: | Yeah, he was taking Depakote, and all but he went to having seizures . . . |
| Unknown voice: | Was it only today or… |
| Janet Ainsworth: | No, huh uh. |
| Janet Ainsworth: | No, huh uh He took his morning and dinner dose and then he will take it again tonight. |
| Deputy Inabinett: | Let me tell you what you need to do. You need to get yourself together and go to Sheriff (inaudible) office. You know where I'm talking about? The Probate Judge. In the meantime, I'm gonna try to get up with him by telephone. Right now arrest him for: (1) for obstruction of a government operation, and (2) for resisting arrest. |
| Janet Ainsworth: | But if you do they'll send him off, because he's on probation. |
| Deputy Inabinett: | Not necessarily. |
| Janet Ainsworth: | Yeah cause he's on probation. |
| Deputy Inabinett: | He may, but maybe we can work something else out. Who's his probation officer? |
| Janet Ainsworth: | Freda Barton. |
| Deputy Inabinett: | Let me get with Freda and see if we can since he's not an adult will see if there is something that we can do. |

| | |
|---|---|
| Janet Ainsworth: | Y'all please don't take him in. Hopefully cause we got to get him to the hospital. |
| Deputy Inabinett: | We got him under arrest and he's got to go with us, but let me see if there is something that I can do on that other. |
| Janet Ainsworth: | Because I called for an ambulance to come help me. |
| Deputy Inabinett: | We got the call so I had to come out, and that's the way things happen some time. |
| Robert Ainsworth,Sr: | What the hell y'all come out here for? Wait a minute, we called the ambulance to help him, we didn't call y'all. |
| Unknown voice: | Anytime someone is trying to take their life we get involved. |
| Robert Ainsworth,Sr: | (inaudible) |
| Deputy Inabinett: | We are gonna stay until the rescue squad gets here. |
| Robert Ainsworth,Sr: | What's your name? |
| Deputy Inabinett: | Chris Inabinett. |
| Robert Ainsworth,Sr: | Wait a minute, your daddy's the one that arrested me for nothing buddy. |
| Janet Ainsworth: | They gonna get him to the doctor. You settle down and I'll go call Freda okay? |
| Deputy Inabinett: | Well guess what? We gonna get a (inaudible). He's fine. We're fixin' to leave. |
| Unknown voice | What's the mama gonna do? What's the plans? They gonna get him a room? |
| Deputy Inabinett: | They're upset at us, because they called the ambulance they didn't call us. |
| Chief Anderson | Well he attempted suicide I mean that's, they gonna take him to the hospital. |
| Deputy Inabinett: | They are gonna take him to the hospital? |
| Chief Anderson: | Yes, you don't need a headache on you. |
| Inaudible background noise: | |
| Unknown voice: | You gonna get 'em? |

12

| | |
|---|---|
| Unknown voice: | Does it burn a little? |
| Neal Ainsworth: | Yes sir. |
| Inaudible background noise: | |
| Unknown voice: | I appreciate it David. |
| Chief Anderson: | No problem bubba? |
| Unknown voice: | I tried to get here earlier, but I heard about five people come out right behind you. |
| Deputy Inabinett: | He started fighting us, if he'd a come on out like we asked him to. |
| Radio traffic | |
| Background noise | |
| Deputy Inabinett: | We got a call, told him come on out and let us talk to y'all and he was backed up in the corner and wouldn't come on and he kept on saying don't make me hit you, don't make me hit you and then he wouldn't come out. |
| Deputy Inabinett: | Chief, thank you, see you later. Hey, if you haven't found that (inaudible) and you need somewhere to put him just let me know. |
| Phone rings | |
| Deputy Inabinett: | Hello. Steve man can I call you back, I'm at work out on a call, can I call you back? Thank you man. |
| Radio traffic | |
| Deputy Inabinett: | 16, en route to (inaudible). |
| Radio traffic | |
| At the hospital. | |
| Deputy Inabinett: | Do you want to talk to me out back for just a minute? |
| Janet Ainsworth: | No, I asked you boys to stay out there. |
| Deputy Inabinett: | Yeah, but if he wants to talk, he's under arrest. |
| Janet Ainsworth: | Freda told me that you don't have no reason to arrest him, because he is a mental patient. |

13

| | |
|---|---|
| Deputy Inabinett: | Well Freda told you wrong, because I have already talked to Freda, he's got two charges. If he wants to talk to me that's fine. |
| Janet Ainsworth: | No, he's not gonna go out there with you. |
| Deputy Inabinett: | Excuse me. Y'all will have to settle down, or you'll all have to leave. |
| Janet Ainsworth: | Sit down in that chair. |
| Inaudible background noise: | |
| Janet Ainsworth: | Hi how are you? |
| Unknown voice: | I'm fine and y'all? |
| Janet Ainsworth: | I've been better. |
| Inaudible background noise | |
| Radio traffic | |
| Janet Ainsworth: | He's on Ritalin three times a day and Zoloft (inaudible) a day. |
| Unknown voice: | How long has he been on Zoloft? |
| Unknown voice: | Oh, he's been on it for years (inaudible), he was on Depakote and he was having seizures real bad, and they took him off all the rest. |
| Unknown voice: | What's his name? |
| Janet Ainsworth: | Christopher Neal Ainsworth. |
| Unknown voice: | What's your date of birth? |
| Unknown voice: | (inaudible) |
| Inaudible background conversations | |
| Radio traffic and silence | |
| Neal Ainsworth: | Yeah I didn't have it wrapped around my throat. |
| Unknown voice: | You had it around your throat not in a knot, with the buckle. |
| Deputy Inabinett: | What they're gonna try to do is get your medication get you regulated right get you back on something. |
| Neal Ainsworth: | All right. |

| | |
|---|---|
| Deputy Inabinett: | I talked to Freda and I think she thinks that you have mental conditions to say the least, right now detention is probably not the best place for you, they want to keep an eye on you overnight. You see the position you have put everybody in today. Having your daddy pissed off at me. |
| Neal Ainsworth: | Yeah he is. |
| Deputy Inabinett: | But the main thing is other than going to Dothan I understand you still have these two charges, but they are just misdemeanors, you still have to see Freda but other than going to Dothan, they're probably just gonna keep you here they just gonna get you regulated |
| Neal Ainsworth: | Here? |
| Deputy Inabinett: | Yeah, they're gonna try to. |
| Neal Ainsworth: | At this hospital? |
| Deputy Inabinett: | Yeah. |
| Unknown voice: | Have you been to Luverne before in the hospital, in the unit over there? |
| Neal Ainsworth: | I don't know. |
| Unknown voice: | Have you been in any unit |
| Unknown voice: | You've been to Laurel Oaks before. |
| Unknown voice: | Where is that? |
| Unknown voice: | In Dothan. |
| Unknown voice: | What was going on then? Why did you have to go down there? |
| Neal Ainsworth: | I was (inaudible) first time, I was on assault and my parents (inaudible). Last time was last week and I was supposed to be off probation and they uh called the cops on me and I got arrested again. Daddy said I put a dent in the truck, I've been learning how to drive it so I can get my permit. |

Inaudible background conversations and radio traffic

| | |
|---|---|
| Deputy Inabinett: | We are not going to take him directly to jail. What ever you have to do, I have talked to his probation officer and he's got two new charges on him, other than taking him to jail and I'm saying with the medication, is there anyway that you could watch him, without us taking him to jail? |
| Unknown voice: | Yeah, (inaudible). |

| | |
|---|---|
| Deputy Inabinett: | If I were his probation officer, I would rather do that way than taking him to jail. If you could make that happen that would be great. |
| Unknown voice: | Yeah, (inaudible) and it was Dr. Montgomery (inaudible). |
| Janet Ainsworth: | I need to get a place to put him, to get him evaluated to get him seen about. She is on the phone. |
| Deputy Inabinett: | Other than us taking him to Dothan, they are going to try to work things out. |
| Janet Ainsworth: | Yeah, they told me. |

The DVD concluded.