# EXHIBIT L

**Alabama Uniform Arrest Report, Case No. 040901229**

07/27/2006  17:49  3344282655  COVINGTON COUNTY INV  PAGE  03

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: ☒ Yes ☐ No
R84 Completed: ☒ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

- 1 ORI #: 0230000
- 2 AGENCY NAME: COVINGTON CO SHERIFF
- 3 CASE #: 040901229
- 5 LAST, FIRST, MIDDLE NAME: AINSWORTH, ROBERT N
- 7 SEX: M
- 8 RACE: W
- 9 HGT: 5'04"
- 10 WGT: 120
- 11 EYE: GRY
- 12 HAIR: BRO
- MARKS: TATTOOS ON BOTH FOREARMS
- 16 SSN: 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
- 17 DATE OF BIRTH: 01/30/45
- 18 AGE: 059
- 19 MISCELLANEOUS ID #: S417561870
- 22 DL #: 2185791
- 23 ST: AL
- 26: ☒ NON-RESIDENT
- 27 HOME ADDRESS: 21137 OLD SALT ROAD ANDALUSIA, AL 36421
- 28 RESIDENCE PHONE: (334) 222-1076

**ARREST**

- 33 LOCATION OF ARREST: COVINGTON COUNTY SHERIFF'S OFFICE ANDALUSIA, AL 36420
- 35 ARRESTED FOR YOUR JURISDICTION: ☒ YES  IN STATE
- Agency: CCSO
- 36 CONDITION OF ARRESTEE: ☒ SOBER
- 37 RESIST ARREST? ☒ NO
- 38 INJURIES? ☒ NONE
- 39 ARMED? ☒ N
- 41 DATE OF ARREST: 09/30/04
- 42 TIME OF ARREST: 21:20  ☒ PM
- 43 DAY OF ARREST: TH
- 44 TYPE ARREST: ☒ ON VIEW
- 45 ARRESTED BEFORE? ☒ UNKNOWN
- 46 CHARGE - 1: ☒ MISD — ASSAULT 3RD DOMESTIC VIOLENCE
- 47 UCR CODE: 1324
- 50 STATE CODE/LOCAL ORDINANCE: 0013-6A-0132

- 66 ARREST DISPOSITION: ☒ RELEASED
- 67 IF OUT ON RELEASE, WHAT TYPE? OTHER

**MULTIPLE CASES CLOSED**

- 111 ARRESTING OFFICER: SNODGRASS, JOHN W
- 112 ID #: 02314
- 113 ARRESTING OFFICER: FLOYD, JOHNNY
- 114 ID #: 02311
- 115 SUPERVISOR: INABINETT  ID # 02302

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

| DATE AND TIME OF ARREST | | CASE # | SFX |
|---|---|---|---|
| 09/30/04 | 21:20 PM | 040901229 | 1 |

I RECIEVED A CALL FROM 911 COMMAND THAT THERE WAS A JUVENILE THAT WAS BEING HIT IN THE ROADWAY BY A SUBJECT WITH A CANE.

WHEN I ARRIVED I LOCATED THE VICTIM WHO HAD SEVERAL MARKS OF PHYSICAL INJURY ON HIS BODY AND THE OFFENDER BOBBY

AINSWORTH WHO HAD THE CANE. AT THE SCENE BOBBY ADMITTED THAT HE HAD HIT CHRISTOPHER ON THE BUTT WITH THE CANE BUT IT WAS

BARELY A TAP. AFTER SPEAKING WITH SEVERAL WITNESSES THAT COOBERATED THAT EVENT I ARRESTED BOBBY FOR DOMESTIC VIOLENCE,

ASSAULT III DEGREE.

[ ] CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**