# EXHIBIT M

**7/13/05 Andalusia Regional Hospital Records for Christopher Neal Ainsworth**

# Andalusia Regional Hospital — EMERGENCY ENCOUNTER RECORD

| Patient | Unit # | Status | Triage Time | Account # |
|---|---|---|---|---|
| AINSWORTH, CHRISTOPHER NEAL | 0045064 | PRE ER | 07/13/05/1543 | D00100742964 |

DOB: 06/07/89  Age: 16  Sex: M
Emergency Physician: Preyear, Alzo
Reason For Visit: ALTERCATION
Triage Chief Complaint:
VS: T 99.4  P 121  R 20  B/P 151/97  Wt: 165
Spo2 on O2 ___  Spo2 on RM ___
MOA: EMS  Accompanied By: EMS  Family Doctor: NONE
Police Notified [ ] ___  Animal Control [ ] ___  Tet Hx: N/A
ALLERGIES: No Known Drug Allergies, No Known Food Allergies, No Known Contrast Allergies, No Known Other Allergies

**DIAGNOSTIC STUDIES / IMAGING**
- [ ] Chest ___ VIEW
- [ ] Port Chest ___
- [ ] Abd Series (F&E)
- [ ] Abd AP/KUB
- [ ] ___ View
- [ ] Skull ___ View
- [ ] Facial ___ View
- [ ] Sinus ___ View
- [ ] ___ View
- [ ] CT ___  Contrast: [ ] w/o  [ ] w/ &w/o
- [ ] w/o

**SPINE**
- [ ] Cervical  1V ___ AP/LAT ___ Complete
- [ ] Thoracic  1V ___ AP/LAT/SWIM
- [ ] Lumbar    1V ___ AP/LAT ___ Complete

**EXTREMITY**
- [ ] Shoulder  1V ___ Complete
- [ ] Elbow     1V ___ Complete
- [ ] Wrist     2V ___ Complete
- [ ] Hand      2V ___ Complete
- [ ] Foot      2V ___ Complete
- [ ] Ankle     2V ___ Complete
- [ ] Hip       1V ___ Complete
- [ ] Femur     1V ___ Complete

Other: ___

DIGITS  Hand LH ___ RH ___
        Foot LF ___ RF ___

- [ ] Cardiac: EKG, CHEST(port), Cardiac Enzymes CBC, CHEM12, CK, MG
- [X] CBC
- [X] Basic Metabolic
- [ ] Chem 12
- [ ] CC Urine  [ ] Cath Ua
- [ ] Lytes
- [ ] PT
- [ ] PTT
- [ ] Amylase
- [ ] Qual. HCG
- [X] Quick Strep
- [X] UDS
- [ ] Wet Prep
- [ ] ___
- [ ] Culture ___
Other: ___
SPLINT ___
IMMOBLIZER ___

- [ ] Old Records
- [ ] EKG ___
- [ ] ABG ___
- [ ] Monitor ___
- [ ] Aerosol ___
- [ ] O2 Sat ___
- [ ] ___
- [ ] GC ___
- [ ] Chlam ___
- [ ] Gram Stain

[ ] dT 0.5cc Lot NO. ___   [ ] Exp. ___

| Meds/ Treatment/ Dose/ IVS | Route | Initial | Time |
|---|---|---|---|
|  |  |  |  |

Physicians Discharge Instructions

NURSE ASSESSMENT REVIEWED: [ ]  Physician Signature ___   Departure Time ___


DEFENDANT'S EXHIBIT
2

**ANDALUSIA REGIONAL HOSPITAL**
**EMERGENCY PHYSICIAN RECORD**

## PEDIATRIC ILLNESS

AINSWORTH, CHRISTOPHER
D00100742964  D000045064
M/16    06/07/89    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
Preyear, Alzo

Time Seen: _____    Room: 1
Historian: (patient) / EMS / parent / _____
History limited by: _____    ☐ Translator

**CHIEF COMPLAINT:** ☐ fever ☐ cough ☐ seizure ☐ congestion ☐ vomiting ☐ diarrhea ☐ SOB ☐ wheezing ☐ pulling at ears
Pt had a hold around neck throat

**HISTORY OF PRESENT ILLNESS:** Suicidal
Age: 16   race: (W) B / H / O   gender: (M) / F
has ? bipolar disorder
Previous episode at _____
_____ can _____ Dothan

Onset: 1 hrs / (days) / weeks — October 04
Timing: persists  worse  better  resolved
Symptoms:
☐ fever (oral, axillary, rectal, tympanic)   ☐ sore throat
☐ cough   ☐ runny nose   ☐ wheezing
☐ congestion   ☐ pulling at ear   ☐ seizure
☐ ear pain R/L   ☐ decreased fluid intake
☐ abdominal pain  periumbilical  RLQ  RUQ  LLQ  LUQ
   solids only   liquids
☐ vomiting x _____   watery  formed  mucous
☐ diarrhea x _____   ☐ decreased urination
☐ change in behavior   ☐ time since last urination: _____

Severity of symptoms: mild  (moderate)  severe
pain scale (1—10): _____
Exacerbating factors:  ☑ none
Alleviating factors:  ☑ none
Feeding History: _____  Seroquel q o/n
Treatment prior to coming to ED:  ☐ none  ☐ tylenol  ☐ ibuprofen  ☐ inhaler

Similar symptoms previously: YES / NO
**ADDITIONAL HISTORY:** _____

**PMH/SH/FH** ☑ Reviewed on nurse's notes and agree
**PAST MEDICAL HISTORY**
☐ otitis media  ☐ diabetes  ☐ none  ☐ pneumonia  ☐ RSV
☐ asthma  ☐ febrile seizure  ☐ ear tubes
☐ previous hospitalizations:
Bipolar disorder

**BIRTH HISTORY**
☐ term pregnancy  ☐ uncomplicated
☐ spontaneous vaginal delivery  ☐ C-section
☐ premature: _____ weeks
☐ complications: _____

**IMMUNIZATIONS**
☐ UTD
☐ not current: _____

**MEDICATIONS** ☑ see nurse's notes
☐ acetaminophen  ☐ ibuprophen

**ALLERGIES**  ☑ NKDA
☑ see nurse's notes

**SOCIAL HISTORY**
☐ attends school / day care
☐ lives with parents / other caretaker: _____

**REVIEW OF SYSTEMS**
☑ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:
☑ General: _____
☑ ENT: _____
☑ Eyes: _____
☑ Resp: _____
☑ CV: _____
☑ GI: _____
☑ GU: _____
☑ Skeletal: _____
☑ Skin: _____
☐ Neuro/Psych:  Bipolar d/o
☑ Endocrine: _____

**PHYSICAL EXAM**  ☑ vital signs reviewed  ☐ VS stable
HR ___  Bp ___  RR ___  T ___ rectal/oral  SaO₂ % ___

**APPEARENCE:**
☑ normal   ☐ distressed: mild / moderate / severe
☐ playful  ☐ fussy   ☐ poor eye contact
☑ attentive  ☐ irritable  ☐ toxic appearing
☐ easily consoled  ☐ distracted
☑ non-toxic appearing
(+) chem _____

**HEENT**
☑ normal
☐ bulging fontanelles
☐ dry mucus membranes
☐ conjunctival erythema / discharge
☐ pharyngeal erythema / exudate / ulcer
☐ nasal congestion / drainage
☐ R/L  TM erythema
☐ R/L  TM loss of landmarks
☐ R/L  ext auditory canal erythema / edema
☐ R/L  TM non-mobile

**NECK**
☑ normal
☑ supple
☐ cervical adenopathy
☐ meningismus

**RESPIRATORY**
☑ NL breath sounds
☑ no resp distress
☐ nasal flaring
☐ grunting respirations
☐ respiratory distress
☐ accessory muscle use
☐ wheezing / rales / rhonchi  R/L
☐ prolonged expiration
☐ retractions

**CARDIAC**
☑ RRR
☑ no murmur
☐ abnormal rate: slow / fast
☐ murmur __/6  systolic / diastolic

**GI**
☑ soft / non-tender
☑ NL bowel sounds
☑ no organomegaly
☐ tenderness (see diagram)
☐ guarding
☐ bowel sounds: increased / decreased
☐ inguinal mass

**GENITALS**
☑ NL inspection
☐ female:  ☐ vaginal discharge
           ☐ vaginal erythema
☐ male:    ☐ undescended testicle  R/L
           ☐ circumcised / uncircumcised
           ☐ testicles descended bilaterally

**EXTREMITIES**
☑ normal   ☐ cap refill > 2 seconds

ANDALUSIA REGIONAL HOSPITAL  **PEDIATRIC ILLNESS** 
EMERGENCY PHYSICIAN RECORD
PAGE 2

**SKIN**
- ☑ no rash
- ☐ rash : face / trunk / extremities
  erythema / vesicles / papular
  petechiae
- ☐ poor skin turgor

*chronic eczema*

**NEUROLOGICAL**
- ☑ normal development for age _____
- ☑ orientation age appropriate
- ☐ brudzinski's sign
- ☐ kernig's signs

CXR: ☑ normal
    ☐ abnormal

Other radiographic studies: _____

CBC: ☐ normal        BMP: ☐ normal

```
   16.7
12<     211      142 | 104 \ 10
   48.5                    80
       segs: ___%     44 | 30 / 11.5
       bands: ___%
       lymphs: ___%
```

CMP: ☐ normal except: _____
U/A: ("clean catch" / cath specimen) ☐ normal _____
Sed rate: _____
Rapid strep:     ☐ negative    ☐ positive
Stool rotazyme:  ☐ negative    ☐ positive
RSV swab:        ☐ negative    ☐ positive

**PROCEDURE NOTE: - LUMBAR PUNCTURE**
- ☐ consent obtained
- ☐ patient position:   ☐ sitting    ☐ lying on side
- ☐ needle insertion site: ☐ L3/L4 interspace    ☐ L4/L5 interspace
- ☐ procedure successfully completed
- ☐ complications: _____

RESULTS: WBCs: ___ PMNs: ___ lymphs: ___ RBCs: ___
         glucose: ___ protein: ___
         bacterial antigens: _____
         gram stain

**ED COURSE**
Treatment                    Response
_____

☐ Old records reviewed       ☐ Admission orders written
☐ Discussed with Dr. _____
☐ Counseled patient/family: test results / diagnosis / follow-up

☐ I HAVE PERFORMED A MEDICAL SCREENING EVALUATION
☐ NO EMERGENCY MEDICAL CONDITION EXISTS
☐ FURTHER EVALUATION NEEDED TO RULE OUT AN EMC

**CLINICAL IMPRESSION**
| Viral Syndrome | Pharyngitis | URI | Otitis Media R / L |
| Pneumonia | Bronchitis | Asthma | Bronchiolitis |
| Croup | Gastroenteritis | Sepsis | Meningitis |
| Fever | Dehydration | | |

*Suicidal Ideation* *[illegible]*

**DISPOSITION** (time: _____)
☐ home  ☐ admit  ☑ transferred  ☐ AMA  ☐ observation  ☐ expired  ☐ MSO
Condition:      ☐ stable  ☐ fair  ☐ poor  ☐ critical  ☐ improved
Follow-up:      ☐ ED  ☐ PMD  ☐ on-call _____ in _____ days
Instructions: _____
Rx: _____

**ATTENDING NOTE**
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ labs reviewed            ☐ x-rays reviewed
☐ I agree with above diagnosis  ☐ I have reviewed the treatment plan / concur

_____ Resident / NP / PA
_____ MD / DO

EDCare Templates only for use by Andalusia Emergency Physicians, LLC

```
RUN DATE: 07/14/05              ANDALUSIA REGIONAL HOSPITAL
RUN TIME: 0101                      CLINICAL LABORATORY
                                 849 SOUTH THREE NOTCH STREET
                                      ANDALUSIA, AL  36240

                    *** OUTPATIENT REPORT *** *****DO NOT DESTROY*****
```

| NAME: AINSWORTH,CHRISTOPHER NEAL | AGE/SEX: 16/M | CLIENT: |
|---|---|---|
| ACCT #: D00100742964 | REG DATE: 07/13/05 | LOCATION:D.ER |
| UNIT #: D000045064 | ORD BY: Preyear,Alzo | |
| | FAMILY DOCTOR: | |

| Specimen: 0713:US:C00078S | Collected: 07/13/05-1624 | Status: COMP | Req#: 00374638 |
|---|---|---|---|
| | Received: 07/13/05-1624 | Subm Dr: Preyear,Alzo | |

Ordered: BASIC METABOLIC

| Test | Low | Normal | High | Flag | Reference | Sit |
|---|---|---|---|---|---|---|

*** CHEMISTRY ***

*** CHEMISTRY PROFILES ***

| BASIC METABOLIC | | | | | | |
|---|---|---|---|---|---|---|
| NA | | 142 | | | 136-146 MMOL/L | |
| K | | 4.4 | | | 3.5-5.1 MMOL/L | |
| CL | | 102 | | | 98-108 MMOL/L | |
| CO2 | | 30 | | | 21-32 MMOL/L | |
| ANION GAP | | 14 | | | 10-20 MMOL/L | |
| OSMOLALITY CALC | | 300 | | | 270-315 mOsm/kg | |
| GLUCOSE | | 83 | | | 65-99 MG/DL | |
| BUN | | 10 | | | 7-18 MG/DL | |
| CREATININE | | 1.3 | | | 0.6-1.3 MG/DL | |
| BUN/CREAT RATIO | | 7.6 | | L | 12-20 RATIO | |
| CALCIUM | | 9.6 | | | 8.8-10.5 MG/DL | |

| Specimen: 0713:US:C00079S | Collected: 07/13/05-1624 | Status: COMP | Req#: 00374638 |
|---|---|---|---|
| | Received: 07/13/05-1624 | Subm Dr: Preyear,Alzo | |

Ordered: UR DRG SCR QL

| Test | Low | Normal | High | Flag | Reference | Sit |
|---|---|---|---|---|---|---|

*** CHEMISTRY ***

*** TOXICOLOGY ***

| UR DRG SCR QL | | | | | | |
|---|---|---|---|---|---|---|
| UR COCA QL | | NEGATIVE | | | NEGATIVE | |
| UR THC QL | | NEGATIVE | | | NEGATIVE | |
| UR AMPHET QL | | NEGATIVE | | | NEGATIVE | |
| UR BARB QL | | NEGATIVE | | | NEGATIVE | |
| UR BENZ QL | | NEGATIVE | | | NEGATIVE | |
| UR OPIATES QL | | NEGATIVE | | | NEGATIVE | |

```
RUN DATE: 07/14/05              ANDALUSIA REGIONAL HOSPITAL
RUN TIME: 0101                      CLINICAL LABORATORY
                                849 SOUTH THREE NOTCH STREET
                                    ANDALUSIA, AL  36240

                    *** OUTPATIENT REPORT ***  *****DO NOT DESTROY*****
```

| Test | Low | Normal | High | Flag Reference | Sit |
|---|---|---|---|---|---|
| PATIENT: AINSWORTH, CHRISTOPHER NEAL | | ACCT #: D00100742964 | | ROOM/BED: | |

*** CHEMISTRY *** (continued)

*** TOXICOLOGY *** (continued)

| Test | Low | Normal | High | Flag | Reference |
|---|---|---|---|---|---|
| UR PCP QL | | NEGATIVE | | | NEGATIVE |
| UR TRICYCLICS | | NEGATIVE | | | NEGATIVE |

Specimen: 0713:US:H00052S    Collected: 07/13/05-1624   Status: COMP    Req#: 00374638
                             Received:  07/13/05-1624   Subm Dr: Preyear, Alzo

Ordered: CBC

| Test | Low | Normal | High | Flag | Reference | Sit |
|---|---|---|---|---|---|---|

*** HEMATOLOGY ***

*** COMPLETE BLOOD COUNT ***

| Test | Low | Normal | High | Flag | Reference |
|---|---|---|---|---|---|
| CBC | | | | | |
| WBC | | 9.2 | | | 4.5-13.5 K/MM3 |
| RBC | | 5.55 | | | 4.70-6.10 M/MM3 |
| HGB | | 16.7 | | H | 11.5-15.5 GM/DL |
| HCT | | 48.5 | | | 36.0-50.0 % |
| MCV | | 87.4 | | | 78.0-98.0 FL |
| MCH | | 30.0 | | | 27.0-31.0 PG |
| MCHC | | 34.3 | | | 31.0-37.0 GM/DL |
| RDW | | 12.1 | | | 11.5-14.4 % |
| PLT | | 211 | | | 130-400 K/MM3 |
| MPV | | 8.2 | | | 7.4-10.4 FL |
| NEUT % | | 68.9 | | H | 43.0-65.0 % |
| LYMPH % | | 17.3 | | L | 20.5-45.5 % |
| MONO % | | 5.8 | | | 5.5-11.7 % |
| EOS % | | 4.4 | | H | 0.9-2.9 % |
| BASO % | | 3.6 | | H | 0.2-1.0 % |
| NEUT # | | 6.4 | | H | 2.2-4.8 K/MM3 |
| LYMPH # | | 1.6 | | | 1.3-2.9 K/MM3 |
| MONO # | | 0.5 | | | 0.3-0.8 K/MM3 |
| EOS # | | 0.4 | | H | 0.0-0.2 |
| BASO # | | 0.3 | | H | 0.0-0.1 K/MM3 |

| RUN DATE: 07/13/05 | Andalusia Regional Hospital | PAGE 1 |
| --- | --- | --- |
| RUN TIME: 1640 | 849 S Three Notch Street, Andalusia, Al. 36420 | |

*** BROADCAST REPORT/NOT PART OF PERMANENT RECORD ***

| NAME: AINSWORTH, CHRISTOPHER NEAL | AGE/SEX: 16/M | LOCATION: D.ER |
| --- | --- | --- |
| ACCT #: D00100742964 | UNIT #: D000045064 | ROOM/BED: |
| PHYSICIAN: Preyear, Alzo | | ADM DATE: |
| DIAG: ALTERCATION | | |

| Specimen: 0713:US:C00079S    COMP | Collected: 07/13/05-1624 | Received: 07/13/05-1624 |
| --- | --- | --- |

| Test | Low | Normal | High | Flag Reference | Site |
| --- | --- | --- | --- | --- | --- |
| *** TOXICOLOGY *** | | | | | |
| UR DRG SCR QL | | | | | |
| UR COCA QL | | NEGATIVE | | NEGATIVE | |
| UR THC QL | | NEGATIVE | | NEGATIVE | |
| UR AMPHET QL | | NEGATIVE | | NEGATIVE | |
| UR BARB QL | | NEGATIVE | | NEGATIVE | |
| UR BENZ QL | | NEGATIVE | | NEGATIVE | |
| UR OPIATES QL | | NEGATIVE | | NEGATIVE | |
| UR PCP QL | | NEGATIVE | | NEGATIVE | |
| UR TRICYCLICS | | NEGATIVE | | NEGATIVE | |


Teri

```
RUN DATE: 07/13/05              Andalusia Regional Hospital                PAGE    1
RUN TIME: 1700           849 S Three Notch Street, Andalusia, Al. 36420

                  *** BROADCAST REPORT/NOT PART OF PERMANENT RECORD ***
```

| | | |
|---|---|---|
| NAME: AINSWORTH, CHRISTOPHER NEAL | AGE/SEX: 16/M | LOCATION: D.ER |
| ACCT #: D00100742964 | UNIT #: D000045064 | ROOM/BED: |
| PHYSICIAN: Preyear, Alzo | | ADM DATE: |
| DIAG: ALTERCATION | | |

Specimen: 0713:US:C00078S   COMP   Collected: 07/13/05-1624   Received: 07/13/05-1624

| Test | Low | Normal | High | Flag | Reference | Site |
|---|---|---|---|---|---|---|
| *BASIC METABOLIC* | | | | | | |
| NA | | 142 | | | 136-146 MMOL/L | |
| K | | 4.4 | | | 3.5-5.1 MMOL/L | |
| CL | | 102 | | | 98-108 MMOL/L | |
| CO2 | | 30 | | | 21-32 MMOL/L | |
| ANION GAP | | 14 | | | 10-20 MMOL/L | |
| GLUCOSE | | 83 | | | 65-99 MG/DL | |
| OSMOLALITY CALC | | 300 | | | 270-315 mOsm/kg | |
| BUN | | 10 | | | 7-18 MG/DL | |
| CREATININE | | 1.3 | | | 0.6-1.3 MG/DL | |
| BUN/CREAT RATIO | 7.6 | | | L | 12-20 RATIO | |
| CALCIUM | | 9.6 | | | 8.8-10.5 MG/DL | |

- lowl ock - Dothan
- Dr McGo----
- 334-794-7373

Natalie

```
RUN DATE: 07/13/05              Andalusia Regional Hospital              PAGE    1
RUN TIME: 1629           849 S Three Notch Street, Andalusia, Al. 36420

                  *** BROADCAST REPORT/NOT PART OF PERMANENT RECORD ***

NAME: AINSWORTH,CHRISTOPHER NEAL    AGE/SEX: 16/M           LOCATION: D.ER
ACCT #: D00100742964                UNIT #: D000045064      ROOM/BED:
PHYSICIAN: Preyear,Alzo                                     ADM DATE:
DIAG: ALTERCATION


Specimen: 0713:US:H00052S   COMP   Collected: 07/13/05-1624   Received: 07/13/05-1624

Test                    Low         Normal         High     Flag Reference         Site
************************************** HEMATOLOGY *************************************
CBC
  WBC                               9.2                          4.5-13.5 K/MM3
  RBC                               5.55                         4.70-6.10 M/MM3
  HGB                               16.7                    H    11.5-15.5 GM/DL
  HCT                               48.5                         36.0-50.0 %
  MCV                               87.4                         78.0-98.0 FL
  MCH                               30.0                         27.0-31.0 PG
  MCHC                              34.3                         31.0-37.0 GM/DL
  RDW                               12.1                         11.5-14.4 %
  PLT                               211                          130-400 K/MM3
  MPV                               8.2                          7.4-10.4 FL
  NEUT %                            68.9                    H    43.0-65.0 %
  LYMPH %                           17.3                    L    20.5-45.5 %
  MONO %                            5.8                          5.5-11.7 %
  EOS %                             4.4                     H    0.9-2.9 %
  BASO %                            3.6                     H    0.2-1.0 %
  NEUT #                            6.4                     H    2.2-4.8 K/MM3
  LYMPH #                           1.6                          1.3-2.9 K/MM3
  MONO #                            0.5                          0.3-0.8 K/MM3
  EOS #                             0.4                     H    0.0-0.2
  BASO #                            0.3                     H    0.0-0.1 K/MM3
```



Andalusia Regional Hospital
INTENSIVE CORONARY CARE UNIT
MONITOR RECORD

| Date Time | STRIP | REMARKS |
|---|---|---|

Exam 1 7/1:  HY PULSE -?- PVC 0 NBP 151/97 (113)

2:45  HR 111  SINUS TACHY  PULSE -?-  PVC 0  NBP 146/77 (99)  RESP 21  %SpO2 96  25 mm/sec

P.R. Interval: _____
Ventricular Rate: _____

P.R. Interval: _____
Ventricular Rate: _____

P.R. interval: _____
Ventricular Rate: _____