# EXHIBIT N

**PBF Form 1097 for Christopher Ainsworth, dated 7/13/05**

Christopher Ainsworth
mr #21056                                                                 11

## Integument

No Problems Identified/Skin Intact    Skin Color: ☐ Pale  ☐ Flushed  ☐ Cyanotic  ☐ Jaundiced
Skin Temperature: ☐ Hot  ☒ Warm  ☐ Cool    Skin Turgor: ☒ Good  ☐ Fair  ☐ Poor
☐ Skin Problems (Identify affected areas below) ☐ Ulcers ☐ Rashes ☒ Wounds ☐ Lesions
☐ Bruises ☐ Abrasions ☒ Tatoos
History of Skin Problems: ☒ Yes ☐ No  If yes explain  Healing Abras numerous bruises + tazer marks 1/2 cm from altercation c police, 1/2 cm abrassion from running in tree, 1in cut on (L) for finger from TV. (Hand has 1/2in cuts from glass (possible)
History of Lice: ☐ Yes ☒ No  If yes explain

[Body diagram with annotations:
- 1/2 cm Abrassion (head)
- Bruise (head)
- tazer mark (chest)
- tazer mark (abdomen)
- 1/2 in cuts (hand)
- old scar (leg)
- Bruise (leg)
- Bruise (posterior shoulder)
- tattoo CNA (posterior arm)
- 1 in cut (posterior hand)]

Anterior    Posterior
Mark affected area

## TUBERCULOSIS (TB) SCREEN
### Symptoms and Complaints

☐ Cough (any duration) ☐ Fever or chills or night sweats ☐ Weight loss > 10 pounds ☐ Hemoptysis

Nursing Assessment by:
Signature: M Leach LPN    RN/LPN    Date 7/13/05   Time: 2130

PBF FORM 1097                                                   Child/Adol Admission Packet