# EXHIBIT O

**10/8/05 Andalusia Regional Hospital Records for Christopher Neal Ainsworth**

| Andalusia Regional Hospital | EMERGENCY ENCOUNTER RECORD |
|---|---|

| Patient | Unit # | Status | Triage Time | Account # |
|---|---|---|---|---|
| AINSWORTH, CHRISTOPHER NEAL | A00045064 | PRE ER | 10/08/05/1555 | D00100879658 |

DOB: 06/07/89   Age: 16   Sex: M
Emergency Physician: Abdulmagid, Ayman
Reason For Visit: PSYCHOSIS
VS: T 96.9   P 108   R 20   B/P 132/75   Wt: 150
Triage Chief Complaint:
Spo2 on O2 ___   Spo2 on RM 100
MOA: EMS   Accompanied By: EMS   Family Doctor: BARRETT
Police Notified [ ] _____   Animal Control [ ] _____   Tet Hx: UNKNOWN
ALLERGIES: No Known Drug Allergies. No Known Food Allergies. No Known Contrast Allergies.
No Known Other Allergies

DIAGNOSTIC STUDIES / IMAGING
[ ] Chest ___ VIEW     [ ] CT ___
[ ] Port Chest         Contrast: [ ] w/o
[ ] Abd Series (F&E)   [ ] w/o   [ ] w/ &w/o
[ ] Abd AP/KUB
[ ] ___ View
[ ] Skull ___ View
[ ] Facial ___ View
[ ] Sinus ___ View
[ ] ___ View

SPINE
[ ] Cervical   1V ___ AP/LAT ___ Complete
[ ] Thoracic   1V ___ AP/LAT/SWIM
[ ] Lumber     1V ___ AP/LAT ___ Complete

EXTREMITY
[ ] Shoulder   1V ___ Complete   Other: _____
[ ] Elbow      1V ___ Complete
[ ] Wrist      2V ___ Complete
[ ] Hand       2V ___ Complete
[ ] Foot       2V ___ Complete
[ ] Ankle      2V ___ Complete
[ ] Hip        1V ___ Complete
[ ] Femur      1V ___ Complete

DIGITS  Hand LH ___ RH ___
        Foot LF ___ RF ___

[ ] Cardiac: EKG, CHEST(port), Cardiac Enzymes CBC, CHEM12, CK, MG
[ ] CBC
[ ] Basic Metabolic
[ ] Chem 12
[ ] CC Urine   [ ] Cath Ua
[ ] Lytes
[ ] PT
[ ] PTT
[ ] Amylase
[ ] Qual. HCG
[ ] Quick Strep
[ ] ___
[ ] Wet Prep ___
[ ] ___
[ ] Culture
Other: UA

[ ] Old Records
[ ] EKG
[ ] ABG
[ ] Monitor
[ ] Aerosol
[ ] O2 Sat
[ ] ___
[ ] GC
[ ] Chlam
[ ] Gram Stain

SPLINT _____
IMMOBLIZER _____

[ ] dT 0.5cc Lot NO. _____   [ ] Exp. _____

| Meds/ Treatment/ Dose/ IVS | Route | Initial | Time |
|---|---|---|---|
| _Haldol_ 4 mg / IM | IM | SM | 1635 |

Physicians Discharge Instructions

NURSE ASSESSMENT REVIEWED: [ ]   Physician Signature _____   Departure Time: 1430

ANDALUSIA REGIONAL HOSPITAL
EMERGENCY PHYSICIAN RECORD
PAGE 2

BEHAVIORAL EPISODE

AINSWORTH, CHRISTOPHER
D00100879658  D000045064
M/16    06/07/89   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
Abdulmagid, Ayman

**GI/GU**
- ☑ non-tender
- ☑ NL bowel sounds
- ☑ no organomegaly
- ☐ tenderness
- ☐ bowel sounds increased / decreased
- ☐ CVA tenderness

**BACK**
- ☑ normal
- ☐ muscular / midline tenderness

**SKIN**
- ☑ normal
- ☐ rash
- ☐ diaphoresis

**EXTREMITIES**
- ☑ normal
- ☑ no pedal edema
- ☐ tenderness

**NEUROLOGICAL**
- ☑ gait normal
- ☑ CN II-XII intact
- ☑ no focal weakness
- ☑ no sensory loss
- ☐ ataxia
- ☐ focal weakness
- ☐ sensory loss

**PSYCHIATRIC**
- ☑ oriented x 3
- ☑ mood/affect NL
- ☐ disoriented: person / place / time
- ☐ depressed
- ☐ agitated
- ☐ hostile

Cardiac monitor strip: ☐ NSR    ☐ no ectopy

**ELECTROCARDIOGRAM**
rate:
rhythm: ☐ NSR    ☐ interpreted by me
axis: ☐ normal   QRS: ☐ normal   ST/T: ☐ normal

impression: ☐ normal EKG
☐ abnormal EKG: _____
☐ Comparison to previous EKG (date: ____)  ☐ unchanged

CXR: ☐ normal
☐ abnormal _____

Other radiographic studies: _____

CBC:  ☐ normal except: WBC ___ H/H ___
      plts: ___ segs/Bands ___
BMP:  ☐ normal except: _____
CMP:  ☐ normal except: _____
PT / PTT: ☐ normal
amylase:  ☐ normal
LFTs:   ☐ normal except: _____
U/A:    ☐ normal except: _____
HCG:    urine / serum  ☐ positive  ☐ negative
ETOH level: _____
ASA level: _____
APAP level: _____
drug screen: urine / serum  ☐ negative _____

**ABG:** FiO₂: ___  PaO₂: ___  ☐ hypoxia
pH: ___  SaO₂: ___  ☐ acidosis: metabolic
PaCO₂: ___           ☐ alkalosis: respiratory

**ED COURSE**
☐ poison control called @: ___  advised: ___
Treatment                      Response

16:08 Called Bradford, will call in [illegible]
16:40 pt Bradford called back will [illegible]
18:15 [illegible] state can't go to [illegible]
     will not have pt transport to [illegible]
     [illegible]
     no bed available [illegible]
     [illegible] [illegible] [illegible] [illegible]
     [illegible]  pt [illegible] to [illegible]

CRITICAL CARE TIME: _____ (minutes)
(Time for other billable procedures or teaching not included)

☐ Old records reviewed _____   ☐ Admission orders written
☑ Discussed with Dr. Eldridge
☑ Counseled patient/family: test results / diagnosis / follow-up
☐ Counseling / coordination of care accounted for > 50% of total patient care
  of _____ min / hr.

**CLINICAL IMPRESSION**
~~Suicide Attempt~~    Suicidal Ideation    Depression
Schizophrenia, Acute   Drug Overdose        Intoxication
Schizoaffective Disorder   Bipolar Disorder

acute psychosis

**DISPOSITION** (time: _____)   ☐ involuntary commit
☐ home  ☐ admit  ☑ transferred  ☐ AMA  ☐ observation  ☐ exp
☐ released to family  ☐ discharged in police custody
Condition: ☐ stable  ☐ fair  ☐ good  ☐ poor  ☐ critical  ☐ imp
Follow-up: ☐ ED  ☐ PMD  ☐ on-call  ___ in ___ days
Instructions: _____

Rx: [illegible] pt transfer via Dr. Hamilton

**ATTENDING NOTE**
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ labs reviewed         ☐ x-rays reviewed
☐ I agree with above diagnosis  ☐ I have reviewed the treatment plan / co

Resident / [illegible]
_____ MD / DO

☐ See Addendum Sheet

**ANDALUSIA REGIONAL HOSPITAL**
**EMERGENCY PHYSICIAN RECORD**

 **BEHAVIORAL EPISODE / OVERDOSE**

AINSWORTH, CHRISTOPHER
D00100879658  D000045064
M/16    06/07/89    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
Abdulmagid, Ayman

Time Seen: 15:35   Room: 7
Historian: patient / EMS / ___
History limited by: ___   ☐ Translator

**CHIEF COMPLAINT:**
☐ depressed        ☑ hallucinations
☐ anxious          ☐ suicide attempt
☐ suicidal ideation  ☐ homicidal ideation

**HISTORY OF PRESENT ILLNESS:**
age: 16   race: W / B / H / O   gender: M / F

*[handwritten notes — illegible]*

☐ prior psychiatric history: ___
☐ prior suicide attempts: ___
onset of recent exacerbation: ___ hrs / days / weeks
Associated symptoms:       ☐ none
  ☑ anger              ☑ agitation
  ☐ anxiety            ☐ suicidal thoughts
  ☐ depression         ☐ paranoid
  ☐ hallucinations: ☑ auditory, visual, tactile, olfactory
Exacerbating factors:      ☐ none
  ☐ family issues      ☐ spouse / girlfriend / boyfriend
  ☐ employment issues  ☐ recent death / anniversary
  ☐ medication non-compliance  ☐ financial issues
  ☐ IV drug use
Support system:            ☐ none
  ☐ spouse             ☐ children
  ☑ parents            ☐ friend: ___
  ☐ psychologist       ☐ social worker
  ☑ psychiatrist

**CHARACTER OF SUICIDE ATTEMPT** ∅
  ☐ self inflicted wound(s) ___
  ☐ hanging
  ☐ car exhaust
  ☐ drug ingestion:

| drug | dosage | # of tablets |
|------|--------|--------------|
|      |        |              |
|      |        |              |
|      |        |              |

☐ other: ___

**PMH/SH/FH**  ☐ Reviewed on nurse's notes and agree
**PAST MEDICAL HISTORY**    ☐ none
☐ HTN              ☐ CVA          ☐ cardiac disease
☐ seizures         ☐ diabetes     ☐ TIA
☐ COPD / asthma    ☐ pneumonia    ☐ renal disease
☐ peptic ulcer disease  ☐ hepatitis
☐ cancer ___
☐ other: Arthur / schizophrenia

**SURGERIES:**

**FAMILY HISTORY**    **SOCIAL HISTORY**
                      ☐ alcohol
                      ☐ tobacco
                      ☐ drug abuse
                      ☐ lives alone / spouse /

**MEDICATIONS** ☑ see nurse's note    **ALLERGIES** ☐ NKDA
                                      ☐ see nurse's note

**REVIEW OF SYSTEMS**
☑ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:
☐ General: ___
☐ ENT: ___
☐ Eyes: ___
☐ Resp: ___
☐ CV: ___
☐ GI: ___
☐ GU: ___
☐ Skeletal: ___
☐ Skin:   ☐ abscesses
☐ Neuro/Psych:  SEE HPI
☐ Endocrine: ___

**ADDITIONAL HISTORY**
*[handwritten notes — illegible]*

*[signature] Barnett*

**PHYSICAL EXAM**   ☑ vital signs reviewed   ☑ VS stable
HR ___  Bp ___  RR ___  T ___  SaO₂ % ___

**APPEARANCE:**
☑ normal          ☐ distressed: mild / moderate / severe
**HEENT**
☑ normal          ☐ icteric
                  ☐ pharyngeal erythema
                  ☐ nasal congestion / drainage
**NECK**
☑ normal          ☐ cervical adenopathy   ☐ meningismus
                  ☐ thyromegaly
**CARDIOPULMONARY**
☑ NL breath sounds   ☐ wheezing / rales / rhonchi R / L
                     ☐ respiratory distress
☑ RRR                ☐ abnormal rate: slow / fast
☑ no murmur          ☐ abnormal rhythm
                     ☐ murmur ___/6 systolic / diastolic

```
RUN DATE: 10/08/05            Andalusia Regional Hospital                    PAGE    1
RUN TIME: 1720           849 S Three Notch Street, Andalusia, Al. 36420

               *** BROADCAST REPORT/NOT PART OF PERMANENT RECORD ***

NAME: AINSWORTH,CHRISTOPHER NEAL    AGE/SEX: 16/M              LOCATION: D.ER
ACCT #: D00100879658                UNIT #: D000045064         ROOM/BED:
PHYSICIAN: Abdulmagid,Ayman                                    ADM DATE:
DIAG: PSYCHOSIS


Specimen: 1008:US:C00034S    COMP    Collected: 10/08/05-1700    Received: 10/08/05-1700

Test                    Low          Normal          High     Flag Reference         Site

                                 *** TOXICOLOGY ***

UR DRG SCR QL
  UR COCA QL                        NEGATIVE                       NEGATIVE
  UR THC QL                         NEGATIVE                       NEGATIVE
  UR AMPHET QL                      NEGATIVE                       NEGATIVE
  UR BARB QL                        NEGATIVE                       NEGATIVE
  UR BENZ QL                        NEGATIVE                       NEGATIVE
  UR OPIATES QL                     NEGATIVE                       NEGATIVE
  UR PCP QL                         NEGATIVE                       NEGATIVE
  UR TRICYCLICS                     NEGATIVE                       NEGATIVE
```