# EXHIBIT Q

**Covington County Jail Inmate Data Form, dated January 11, 2006**

| Covington County Sheriff | INMATE DATA | Booking Number 200009631 |
|---|---|---|
| Printed: Wed Jan 11, 2006 | CHISTAPHER NIEL AIMSWORTH (S417332709) | Booking Date JANUARY 11th, 2006 |

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| HOLDING | | | | 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 | | |

| Address | | Home Telephone |
|---|---|---|
| 5825 SWEATT LN  RED LEVEL AL 36474 | | ( ) 469-2202 |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1989-06-07 | 16 | 5' 09" | 155 | WHITE | BLUE | BROWN |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telephone |
|---|---|
| JANET AIMSWORTH  SAME AS ABOVE | ( ) 469-2202 |

| Charge(s) | Bond |
|---|---|
| DV II  DV III | 20,000.00  3,000.00 |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ010  JACKSON, DON | CJ010  JACKSON, DON | CJ010  JACKSON, DON |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARREST | Y | N |

| Arrest Case Number | DNA Sample By |
|---|---|
| | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | 02326  SMITH, MAX |

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes