# EXHIBIT R

**Alabama Uniform Arrest Report, Case No. 060100309**

07/27/2006  17:49   3344282655            COVINGTON COUNTY INV            PAGE  01

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: ☒ Yes ☐ No
R84 Completed: ☒ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

- **1 ORI #:** 0230000
- **2 AGENCY NAME:** COVINGTON CO SHERIFF
- **3 CASE #:** 0601 00309
- **4 SFX:**
- **5 LAST, FIRST, MIDDLE NAME:** AINSWORTH, CHRISTOPHER N
- **6 ALIAS AKA:**
- **7 SEX:** ☒ M ☐ F
- **8 RACE:** ☒ W ☐ B ☐ A ☐ I
- **9 HGT:** 5'09"
- **10 WGT:** 155
- **11 EYE:** BLU
- **12 HAIR:** BRO
- **13:**
- **14:**
- **Scars/Marks/Tattoos/Amputations:** ☒ MARKS — RIGHT WRIST
- **15 PLACE OF BIRTH:**
- **16 SSN:** 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
- **17 DATE OF BIRTH:** 06/07/89
- **18 AGE:** 016
- **19 MISCELLANEOUS ID #:** S417332709
- **20 SID #:**
- **21 FINGERPRINT CLASS:**
- **22 DL #:**
- **23 ST:**
- **24 FBI #:**
- **25 IDENTIFICATION COMMENTS:**
- **26:** ☒ RESIDENT ☐ NON-RESIDENT
- **27 HOME ADDRESS:** 5825 SWEATT LN  RED LEVEL, AL 36474
- **28 RESIDENCE PHONE:** ( ) 469-2202
- **29 OCCUPATION:**
- **30 EMPLOYER:**
- **31 BUSINESS ADDRESS:**
- **32 BUSINESS PHONE:**

## ARREST

- **33 LOCATION OF ARREST:** COVINGTON COUNTY SHERIFF'S OFFICE, 290 HILLCREST DR ANDALUSIA, AL 36420
- **34 SECTOR #:**
- **35 ARRESTED FOR YOUR JURISDICTION?** ☒ YES ☐ NO  ☒ IN STATE ☐ OUT STATE AGENCY — CCSO
- **36 CONDITION OF ARRESTEE:** ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS
- **37 RESIST ARREST?** ☐ YES ☒ NO
- **38 INJURIES?** ☒ NONE ☐ OFFICER ☐ ARRESTEE
- **39 ARMED?** ☐ Y ☒ N
- **40 DESCRIPTION OF WEAPON:** ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN
- **41 DATE OF ARREST:** 01/10/06
- **42 TIME OF ARREST:** 21:40  ☐ AM ☒ PM ☐ MIL
- **43 DAY OF ARREST:** ☒ W
- **44 TYPE ARREST:** ☐ ON VIEW ☐ CALL ☒ WARRANT
- **45 ARRESTED BEFORE?** ☐ YES ☒ NO ☐ UNKNOWN
- **46 CHARGE - 1:** ☐ FEL ☒ MISD — D/V HARASSMENT
- **47 UCR CODE:** 1324
- **48 CHARGE - 2:** ☒ FEL ☐ MISD — ASSAULT 2ND DEG/DV
- **49 UCR CODE:** 1399
- **50 STATE CODE/LOCAL ORDINANCE:** 013A-06-0132
- **51 WARRANT #:** WR2006000046
- **52 DATE ISSUED:** 01/11/06
- **53 STATE CODE/LOCAL ORDINANCE:** 013A-06-0131
- **54 WARRANT #:** WR2006200014
- **55 DATE ISSUED:** 01/11/06
- **56 CHARGE - 3:** ☐ FEL ☒ MISD
- **58 CHARGE - 4:** ☐ FEL ☒ MISD
- **66 ARREST DISPOSITION:** ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT LE ☐ OTHER
- **67 IF OUT ON RELEASE WHAT TYPE?:**
- **68 ARRESTED WITH (1) ACCOMPLICE:**
- **69 ARRESTED WITH (2) ACCOMPLICE:**

## VEHICLE

- **70 VYR / 71 VMA / 72 VMO / 73 VST / 74 VCO TOP/BOTTOM / 75 TAG # / 76 LIS / 77 LIY:**
- **78 VIN:**
- **79 IMPOUNDED?** ☐ YES ☒ NO
- **80 STORAGE LOCATION/IMPOUND #:**
- **81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED:**
- ☐ CONTINUED IN NARRATIVE

## JUVENILE

- **82 JUVENILE DISPOSITION:** ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT
- **83 RELEASED TO:**
- **84 PARENT OR GUARDIAN:**
- **85 ADDRESS:**
- **86 PHONE:**
- **87 PARENTS EMPLOYER:**
- **88 OCCUPATION:**
- **89 ADDRESS:**
- **90 PHONE:**

## RELEASE

- **91 DATE AND TIME OF RELEASE:**  ☐ AM ☐ PM ☐ MIL
- **92 RELEASING OFFICER NAME:**
- **93 AGENCY/DIVISION:**
- **94 ID #:**
- **95 RELEASED TO:**
- **96 AGENCY/DIVISION:**
- **97 AGENCY ADDRESS:**
- **98 PERSONAL PROPERTY RELEASED TO ARRESTEE:** ☐ YES ☒ NO ☐ PARTIAL
- **99 PROPERTY NOT RELEASED/HELD AT:**
- **100 PROPERTY #:**
- **101 REMARKS:**
- **102 SIGNATURE OF RECEIVING OFFICER:**
- **103 SIGNATURE OF RELEASING OFFICER:**

MULTIPLE CASES CLOSED:
- **104 CASE #:**
- **105 SFX / 106 CASE #:**
- **107 SFX / 108 CASE #:**
- **109 SFX / 110 ADDITIONAL CASES CLOSED NARRATIVE**
- **111 ARRESTING OFFICER:** CONNERS, SCOTT
- **112 ID #:** 02307
- **113 ARRESTING OFFICER:**
- **114 ID #:**
- **115 SUPERVISOR:** INABINETT   ID # 02302
- **116 WATCH CMDR:** CLARK   ID # 02301

TYPE OR PRINT IN BLACK INK ONLY          ACJIC-34 REV. 10-90

07/27/2006  17:49    3344282655           COVINGTON COUNTY INV              PAGE  02

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

DATE AND TIME OF ARREST: 01/10/06  21:40  MIL.
CASE #: 0601003 09

ON THIS DATE AND TIME CHRISTOPHER NEAL AINSWORTH WAS ARRESTED ON THESE CHARGES AFTER OFFICERS WERE DISPATCHED TO A DOMESTIC CALL ON SWEATT LANE. STATEMENTS WERE OBTAINED FROM VICTIMS AND PHOTOS WERE TAKEN. SEE NARRATIVE OF I/O FOR COMPLAINT.

TYPE OR PRINT IN BLACK INK ONLY