IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 28 P 3: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JANET AINSWORTH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-cv-740-B |
| | ) |
| DEPUTY CHRIS INABINETT, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING EXHIBITS

Defendant Chris Inabinett gives notice of filing the following exhibits in support of his motion for summary judgment.

1. Exhibit A to the Declaration of Kristi Stamnes (recording of 911 call placed by Janet Ainsworth on July 13, 2005).

2. Exhibit B to the Affidavit of Chris Inabinett (Recording of the Covington County public safety radio traffic).

3. Exhibit D to the Affidavit of Chris Inabinett (Copy of the video taken from Deputy Inabinett's dashboard video system during the incident underlying the Plaintiff's Second Amended Complaint)

Gary L. Willford, Jr. (WIL198)
Attorney for Defendant Chris Inabinett

1

OF COUNSEL:

WEBB & ELEY, P.C.
P.O. Box 240909
Montgomery, Alabama 36124
Tel. (334) 262-1850
Fax (334) 262-1889
E-mail: gwillford@webbeley.com

## CERTIFICATE OF SERVICE

I, Gary L. Willford, Jr., certify that on July 28, 2006, I mailed a copy of this document, postage prepaid and properly addressed, to the following:

Jay Lewis
K. Anderson Nelms
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, Alabama 36103

Gary L. Willford, Jr.