UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, ) ) ) ) Plaintiff, ) ) v. ) ) DEPUTY CHRIS INABINETT, in his individual capacity ) ) ) ) Defendant. ) | 2:05-CV-740-B |

## ORDER

Upon review of the *Defendant's Motion for Summary Judgment* and supporting *Brief* filed on July 28, 2006 (Docs. 37 and 38), it is

**ORDERED** as follows:

1. Plaintiff shall file his response in opposition to the Defendant's Motion for Summary Judgment not later than August 21, 2006.

2. Defendant may file a reply to the Plaintiff's submissions not later than August 31 2006.

3. Oral arguments, requested by Defendant, are scheduled at 10:30 a.m. on September 14, 2006, in District Courtroom 4A.

Done this 31st day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE