IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| N.A., | ) |
|     Plaintiff, | ) |
| v. | )   Civil Action No. 2:05-cv-740-DRB |
| DEPUTY CHRIS INABINETT, | ) |
|     Defendant. | ) |

### DEFENDANT'S REPLY BRIEF

COMES NOW the Defendant, Covington County Deputy Sheriff Chris Inabinett, and files this Reply Brief in support of his Motion for Summary Judgment.

### INTRODUCTION

Deputy Inabinett filed his Motion for Summary Judgment on July 28, 2006 (Doc. 37.) In its Order dated July 31, 2006, the Court set August 21, 2006 as the deadline for the Plaintiff to file an opposition to the Motion for Summary Judgment. (Doc. 41 at p. 1.) As of the date of the filing of the instant brief, the Plaintiff has yet to file anything in opposition to Deputy Inabinett's Motion for Summary Judgment.

### ARGUMENT

In light of the Plaintiff's failure to file an opposition brief, there are two new reasons for granting Deputy Inabinett judgment in his favor as a matter of law on the Plaintiff's remaining claim. First, his motion is now unopposed. Second, the Plaintiff's failure to file an opposition brief constitutes a waiver of his claim against Deputy Inabinett. Greenbriar, Ltd. v. City of Alabaster, 881 F.2d 1570, 1573 n.6 (11th Cir. 1989). Accordingly, the Court should grant Deputy Inabinett's Motion for Summary Judgment.

## CONCLUSION

Based upon the foregoing and the materials previously submitted in support of his Motion for Summary Judgment, Covington County Deputy Sheriff Chris Inabinett requests that the Court issue an order granting him judgment in his favor as a matter of law on the Plaintiff's remaining excessive force claim and grant unto him costs and attorneys' fees in accordance with 42 U.S.C. § 1988.

Respectfully submitted, this 31st day of August, 2006.

        **s/Gary L. Willford, Jr.**
        DARYL L. MASTERS – Bar No. MAS018
        GARY L. WILLFORD, JR. – Bar No. WIL198
        Attorneys for Defendant
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Road (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  gwillford@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 31st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay B. Lewis, Esq., and Keith A. Nelms, Esq.**

        **s/Gary L. Willford, Jr.**
        OF COUNSEL