IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **N.A.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:05-cv-740-DRB |
| | ) |
| **DEPUTY CHRIS INABINETT,** | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO CANCEL HEARING

COMES NOW the Defendant, Covington County Deputy Sheriff Chris Inabinett, and requests that the Court cancel the oral argument scheduled for September 14, 2006. In support thereof, Defendant states as follows:

1. The sole remaining claim in this case is N.A.'s 42 U.S.C § 1983 Fourth Amendment excessive force claim against Covington County Sheriff's Deputy Chris Inabinett.

2. Deputy Inabinett filed a Motion for Summary Judgment along with a request for oral argument. The Court granted the request for oral argument and set the hearing for September 14, 2006.

3. However, the Plaintiff has not filed an opposition brief to the Motion for Summary Judgment thereby making the motion unopposed.

4. As there do not appear to be any contested issues, the Defendant does not believe that oral argument would be helpful or productive.

5. Accordingly, Deputy Inabinett withdraws his request for oral argument and requests that the Court rule on the Motion for Summary Judgment based upon the briefs submitted.

1

WHEREFORE, PREMISES CONSIDERED, Covington County Sheriff's Deputy Chris Inabinett requests that this Court enter an Order canceling the hearing for September 14, 2006.

Respectfully submitted, this 11th day of September, 2006.

        **s/Gary L. Willford, Jr.**
        DARYL L. MASTERS – Bar No. MAS018
        GARY L. WILLFORD, JR. – Bar No. WIL198
        Attorneys for Defendant
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Road (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  gwillford@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Jay B. Lewis, Esq., and Keith A. Nelms, Esq.**

        **s/Gary L. Willford, Jr.**
        OF COUNSEL