UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:05-CV-740-B |
| DEPUTY CHRIS INABINETT, in his individual capacity | ) ) ) ) | |
| Defendant. | ) | |

## ORDER ON MOTION

On July 31, 2006 this court, at the Defendant's request, set oral arguments on the Defendant's pending motion for summary judgment. Submitted now is the *Defendant's Motion to Cancel Hearing* (Doc. 43, filed Sept. 11, 2006) which – in response to the Plaintiff's lack of filed opposition to the motion – "withdraws his request for oral argument and requests that the Court rule on the Motion for Summary Judgment based upon the briefs submitted." For good cause shown, it is

**ORDERED** that the *Motion* **is GRANTED**; accordingly, the scheduled oral arguments on September 14, 2006 are CANCELLED, and the summary judgment motion is hereby submitted for determination on written submissions and the governing law.

Done this 11th day of September, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE