UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:05-CV-740-DRB |
| DEPUTY CHRIS INABINETT, in his individual capacity, | ) ) ) ) | wo |
| Defendant. | ) | |

# FINAL JUDGMENT

In accordance with the *Memorandum Opinion and Order* entered on this day granting the Defendant's *Motion for Summary Judgment*, it is the ORDER, JUDGMENT, and DECREE of this Court that:

1. **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is hereby entered in favor of the Defendant, *Covington County Deputy Sheriff Chris Inabinett, in his individual capacity*, and against the Plaintiff, *N.A., a minor who sues by and through Janet Ainsworth, his mother and next friend*.

2. Costs are hereby taxed against the Plaintiff.

3. This action is dismissed with prejudice.

Done this 20th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE