**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 3, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: N. A. v. Chris Inabinett**
**Case Number: 2:05-cv-740-DRB**

**Pleading : #45 - Memorandum Opinion and Order**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 9/20/2006 with a typographical error in the pdf document.**

**The corrected pdf document is attached to this notice.**